# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRUCTUOSO ZAVALA-ALVAREZ, an )
individual a/k/a ALBERTO        )
ZAVALA,                         )
                                )
        Plaintiff,              )
                                )
    vs.                         ) Case No. 1:19-cv-4041
                                )
DARBAR MANAGEMENT, INC., an     )
Illinois corporation d/b/a      )
DELHI DARBAR KABAB HOUSE, and   )
IRFAN MOTEN, an individual,     )
                                )
        Defendants.             )

The deposition of IRFAN MOTEN, taken before BETH SKLAR, Certified Shorthand Reporter and Registered Professional Reporter, pursuant to the Federal Rules of Civil Procedure pertaining to the taking of depositions for the purpose of discovery at Nolan Law Office, 53 West Jackson Boulevard, Suite 1137, Chicago, Illinois, commencing at 9:49 a.m. on the 4th day of March, 2020.

---

I N D E X

WITNESS         DIRECT    CROSS    REDIRECT    RECROSS
IRFAN MOTEN
BY MR. NOLAN      5
BY MR. MILLER            127
BY MR. NOLAN                     132
                    - - -
E X H I B I T S
NUMBER            DESCRIPTION            PAGE
DEPOSITION EX. 1    CORPORATION/LLC            11
SEARCH/CERTIFICATE OF GOOD
STANDING
DEPOSITION EX. 2    DEFENDANT'S RULE 26(A)(1)   21
INITIAL DISCLOSURES
DEPOSITION EX. 3    ANSWER TO PLAINTIFF'S      25
INTERROGATORIES
DEPOSITION EX. 4    RESPONSE TO PLAINTIFF'S     26
REQUEST TO PRODUCE
DOCUMENTS
DEPOSITION EX. 5    VERIFICATION            27
DEPOSITION EX. 6    DEFENDANTS' ANSWER TO      27
COMPLAINT
DEPOSITION EX. 7    QUARTERLY WAGE REPORT      28
DEPOSITION EX. 8    DEFENDANTS' ANSWER TO      31
PLAINTIFF'S AMENDED
COMPLAINT
DEPOSITION EX. 9    AFFIDAVIT OF VERIFICATION    33
AND COMPLIANCE WITH
SUPREME COURT RULES 33 &
34
DEPOSITION EX. 10    SECOND SUPPLEMENTAL ANSWER   33
TO PLAINTIFF'S
INTERROGATORIES
DEPOSITION EX. 11    SECOND SUPPLEMENTAL        33
RESPONSES TO PLAINTIFF'S
REQUEST TO PRODUCE
DOCUMENTS
DEPOSITION EX. 12    SUPPLEMENTAL ANSWERS TO      39
PLAINTIFF'S
INTERROGATORIES

E X H I B I T S

(CONTINUED)
NUMBER            DESCRIPTION            PAGE
DEPOSITION EX. 13    SUPPLEMENTAL RESPONSES TO    39
PLAINTIFF'S REQUEST TO
PRODUCE DOCUMENTS
DEPOSITION EX. 15    PHOTOCOPY OF A BUSINESS      40
CARD
DEPOSITION EX. 17    CHART AND timecards        87
DEPOSITION EX. 18    AFFIDAVIT OF IRFAN MOTEN    102
DEPOSITION EX. 19    2016 U.S INCOME TAX RETURN  109
FOR AN S CORPORATION
DEPOSITION EX. 20    2016 FUTA            109
DEPOSITION EX. 21    STATE OF ILLINOIS        109
QUARTERLY REPORT
DEPOSITION EX. 29    SALES INFORMATION      125 and
DEPOSITION EX. 30    PNC BANK CHECKING ACCOUNT   123
STATEMENT
DEPOSITION EX. 31    PHOTOCOPY OF A PHOTOGRAPH   134
OF DELHI DARBAR KABAB
HOUSE

---

APPEARANCES:

On behalf of the Plaintiff:

TIMOTHY M. NOLAN, ESQUIRE
NOLAN LAW OFFICE
53 West Jackson Boulevard
Suite 1137
Chicago, Illinois 60604
Phone: 312-322-1100
Email: Tnolan@nolanwagelaw.com

On behalf of the Defendants:

RICHARD J. MILLER, ESQUIRE
THE MILLER LAW FIRM, P.C.
1051 Perimeter Drive
Suite 400
Schaumburg, Illinois 60173
Phone: 847-995-1205
Email: Richard.miller@millerlawfirm.org

PROCEEDINGS

- - -

Deposition taken before Beth Sklar, CSR, RPR, in and for the State of Illinois, in the above cause.

- - -

(Witness sworn.)

Thereupon,

IRFAN MOTEN,

having been first duly sworn or affirmed, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. NOLAN:

Q. My name is Tim Nolan. I'm the attorney for the plaintiff.

Would you state your name and spell it for the record, please?

A. Irfan Moten. I-r-f-a-n M-o-t-e-n.

Q. Have you given a deposition before, Mr. Moten?

A. Oh, like ten years ago.

Q. What kind of case was it?

A. It was a slip and fall. A slip and fall.

Q. Okay. A personal injury matter?

A. If that's what it's called, yeah.

Q. Okay.

Let the record reflect this is the deposition of Irfan Moten taken pursuant to agreement between counsel in the matter of Zavala-Alvarez versus Darbar Management, Inc., 19-cv-4041.

It's been a while since you've been deposed. The rules really haven't changed. I ask questions. You provide answers. Is that understood?

A. Yes.

Q. Please keep your answers out loud so the court reporter can take them down. Is that understood?

A. Yes.

Q. And let's try not to speak over each other. Please allow me to state my question and then you can go ahead and give an answer. Okay?

A. Okay.

Q. If your attorney wishes to interpose an objection, let Mr. Miller state his objection and then you can go on and give your answer. Is that understood?

A. Yes.

Q. All right. If you answer a question, I'm going to assume that you understood it and that you answered it truthfully. Is that understood?

A. Yes.

Q. And if you don't understand a question, let me

know and we'll work through it. Okay?

A. Okay.

Q. I expect we're going to be here at least three hours, so we can take a break along the way; I just ask that we do it at a point when there's no question pending. Is that understood?

A. Yes.

Q. Can I have your residence address, please?

A. 6448 Tower Court, Lincolnwood, Illinois.

Q. How long have you lived there?

A. Two years.

Q. And what's your date of birth?

A. 2/17/77.

Q. Do you know who Imran Moten is? I-m-r-a-n Moten.

A. He's my brother.

Q. And he lives up at 6715 North Longmeadow in Lincolnwood?

A. Correct.

Q. Do you know why he would have placed a call to Mr. Zavala a couple of weeks ago?

A. No.

Q. Do you know that he did place a call to him?

A. No.

Q. Was he doing that at your direction?

A. No.

Q. Do you know of any reason why he would tell Mr. Zavala that conditions in Mexico are currently bad?

A. I'm sorry?

Q. Go ahead and restate that.

MR. MILLER: I'm going to object. He said he doesn't know that he actually called him, so how would he know what he said?

But go ahead and answer the question.

BY MR. NOLAN:

Q. Do you have the question in mind?

A. No.

MR. NOLAN: Can you read it back, please?

(A portion of the record was read by the reporter.)

BY THE WITNESS:

A. No.

Q. Do you know his phone number?

A. Whose?

Q. Imran Moten's phone number.

A. Yes.

Q. Can you state it for the record, please?

A. (847) 409-7460.

9

Q. And you have a cell phone too, correct?

A. Correct.

Q. What's your number?

A. 418-2300.

Q. What's the area code for that?

A. 773.

Q. How long have you had that phone?

A. Five -- five, ten years.

Q. The number. How about the phone?

A. The device itself?

Q. Yes.

A. I think I changed it last year.

Q. Do you know what kind it is?

A. No. Samsung.

Q. I understand Mr. Zavala received three calls on or about February 10 at 5 p.m. and that the conversation was purportedly from you through a translator. Are you familiar with those phone calls?

A. No.

Q. You never made any calls to Mr. Zavala through a translator in February?

A. Last month?

Q. Yeah.

A. No.

10

Q. When did you acquire the Delhi Darbar Kabab House, the restaurant?

A. 2010.

Q. And you acquired that through Darbar Management, Inc., correct?

A. Correct.

Q. Well, the restaurant is owned and operated by Darbar Management, Inc., correct?

A. Correct.

Q. And you own Darbar Management, Inc., correct?

A. Correct.

Q. All right. Do you still own it today?

A. No.

Q. During 2016, '17, and '18, were you the sole owner of Darbar Management, Inc.?

A. Yes.

Q. And then you were the sole owner of the restaurant business itself, correct?

A. Yes.

Q. You were also president of Darbar Management, Inc., correct?

A. Correct.

Q. And you were president since 2009, correct?

A. Correct.

11

Q. Are you currently the president?

A. Correct.

Q. All right. Are there any other officers for Darbar Management, Inc., currently?

A. I think it's just me.

Q. All right. Let me do it this way.

A. You have the Secretary of State -- what's on the Secretary of State, right?

Q. Yeah. I'm going to do that right now, Mr. Moten; that will be easier.

(Deposition Exhibit Number 1 was marked for identification.)

BY MR. NOLAN:

Q. I'm going to show you what I've marked as Deposition Exhibit 1.

I should have copies of everything for you, Rich.

MR. MILLER: Okay.

BY MR. NOLAN:

Q. If you would take a look at that, please. Are you familiar with this?

A. The Secretary of State. They CyberDrive.

Q. Correct. This is the corporate report for Darbar Management, Inc., correct?

12

A. Correct.

Q. And it's dated at the lower right February 26th of 2020, correct?

A. Correct.

Q. And you're listed as the registered agent, correct?

A. Correct.

Q. And you're listed as the president, correct?

A. Correct.

Q. And I don't see any other officers other than you. If you turn to page 2, you can see you're listed as secretary as well, correct?

A. Correct.

Q. And at least as of February 26th, Darbar Management, Inc., was conducting its business under the assumed name Delhi Darbar Kabab House, correct?

A. Correct.

Q. And it's still doing that today, correct?

A. Well, the restaurant is -- Delhi Darbar is -- I mean, we're not running the business no more, so -- that corporation is active, correct.

Q. Okay. The corporation is active. Is it still conducting business under the assumed name Delhi Darbar Kabab House or did that end at some point?

13

A. It ended.

Q. Okay. When do you contend that ended?

A. I'm sorry?

Q. When do you contend Delhi Darbar Management --

A. It was like --

Q. -- ceased conducting business as Delhi Darbar Kabab House?

A. It was like late second quarter of 2019 or late third quarter. Sorry.

Q. Late third quarter?

A. Yeah, it was.

Q. So what are we talking about, September of 2019?

A. Like July, August.

Q. Okay. Just so I'm clear: You were owner of Delhi Darbar Management in the first and second quarter of 2019, correct?

A. Correct.

Q. You were also the owner of Delhi Darbar Management in the third quarter of 2019, correct?

A. Correct.

Q. All right. And Delhi Darbar Management, Inc., was operating the Delhi Darbar Kabab House in the first two quarters entirely of 2019, correct?

14

A. Yes.

Q. And it was operating the restaurant for some portion of the third quarter in 2019; is that correct?

A. Yes.

Q. Okay. Do you have a firm date in your mind as to when Delhi Darbar Management ceased operating the Kabab House Restaurant?

A. I don't know a firm date, no.

Q. When did you cease owning the restaurant business? Do you know?

A. I'm sorry?

Q. When did you cease owning the restaurant business?

A. What does that mean?

Q. When did you stop owning the business, or do you still own it?

A. No. Third quarter like last year.

Q. Okay. So at the time that Delhi Darbar Management, Inc., stopped operating the restaurant, that's when you stopped owning it?

A. Yes.

Q. Are you aware of any documents which would identify the date on which Delhi Darbar Management ceased operating the Kabab House Restaurant?

15

A. No.

Q. There's no corporate resolution showing that there was a cessation of that business?

A. No.

Q. Did you ever tender a written resignation of any sort as an officer or owner?

A. No.

Q. Is there any type of business sale document from Delhi Darbar Management, Inc., to any other person or entity reflecting the sale of the Kabab House Restaurant business?

A. No.

Q. Do you know if a bulk sale filing was made with the Secretary of State or the Department of Labor?

A. It was not.

Q. Is there any corporate resolution of any kind showing the cessation of business or the transfer of the business?

A. I'm not sure what a corporate resolution is.

Q. Well, a document, a formal document, that would have been signed by the officer of Delhi Darbar Management, Inc., showing that the business was transferred.

A. No.

16

Q. Just so I'm clear, Mr. Moten: You still own Delhi -- strike that.

You still own Darbar Management, Inc.?

A. Yeah. The corporation, I think, is -- I think is still active.

Q. Yeah. It shows active under the Secretary of State. And you still own it, correct?

A. Yes.

Q. So when you sold whatever you sold, you didn't sell any aspect of Darbar Management, Inc., did you? You just sold the restaurant business?

A. Correct.

Q. Okay. Does Darbar Management, Inc., conduct any other businesses?

A. No.

Q. Did you actually sell the business or is it in the process of being sold? Do you know what's going on?

A. No, we sold it.

Q. Okay. But you just don't know the date, right?

A. Correct.

Q. But we know it's sometime in the third quarter?

A. Correct.

17

Q. Who did you sell it to?
A. The name of the new owner?
Q. Yeah.
A. A-s-i-f.
Q. Could -- I'm sorry?
A. A-s-i-f.
Q. Okay.
A. R-a-n.
Q. That's a second word?
A. A second name, correct.
Q. I'm sorry. A second name. R-a-n.
A. R-a-n.
Q. Yeah.
A. G-o-n-w-a-l-a.
Q. Asif, correct?
A. Correct.
Q. All right. Did Asif buy the business in his individual capacity or did he buy it through a business or an operating entity? Do you know?
A. No.
Q. Is there any bill of sale that was signed?
A. No.
Q. Was there any document of any kind that was signed?

18

A. No.
Q. Was any money transferred between Asif and you?
A. No.
Q. Are you planning to transfer any money from Asif to you for the sale?
A. Yeah. The sale was for 24,000.
Q. 24,000? Is that written anywhere?
A. No.
Q. When is that to be paid?
A. Well, we're planning payments will start this summer.
Q. Let me ask this. Did he approach you or did you approach him to sell the business?
A. Who, Asif?
Q. Yeah.
A. He approached my brother.
Q. Did Asif ever work at the restaurant?
A. Yeah, he was a family friend, so he was --
Q. Now, did he ever work at the restaurant?
A. No.
Q. When is the last time you actually worked at the restaurant?
A. Probably last year.

19

Q. Do you know when?
A. The middle of the year.
Q. Are we talking mid-2019?
A. Correct.
Q. Did you inform Asif of the pending lawsuit?
A. Yes.
Q. When did you do that?
A. Probably toward later of the year, 2019.
Q. I'm sorry? When?
A. Toward later of the year, 2019.
Q. Well, did you inform him before or after you sold him the business?
A. I don't even remember.
Q. I'm curious. If there's no documents, what records will show ownership of the restaurant business in Asif's name currently?
A. What records?
Q. Mm-hmm. Are you aware of any records that will show that he owns the business?
A. He's probably got his own corporation made, his own licenses and stuff.
Q. Wouldn't the licenses have been changed to his name?
A. Yes.

20

Q. When did that occur?
A. He was doing inspections towards the fourth quarter of last year. The third quarter of last year.
Q. And by "licenses," what do you mean?
A. The City of Chicago license.
Q. Have you seen the license or are you assuming that it was changed?
A. I'm assuming it's changed.
Q. Okay. So you don't know that it's been changed?
A. No. I believe my license expired, so, I mean, it had to be changed.
Q. Do you know when it expired?
A. I think it was supposed to expire in February.
Q. Of this year?
A. Yeah. February or January they expire. I don't remember the exact dates.
Q. Was it a two-year license?
A. I think -- I think so.
Q. Let's do this, because we're going to be using some documents during the course of the deposition and I want to get them authenticated now so we can save some time. Okay?
I'm going to hand you what has been marked as

**21**

Deposition Exhibit 2, have you take a look at that.

(Deposition Exhibit Number 2 was marked for identification.)

MR. MILLER:  Thank you.

BY MR. NOLAN:

Q.   Now, this isn't signed by you, Mr. Moten, but my first question is:  Do you know what this is?  Have you seen it before?

A.   I can't tell you by just reading through it fast.

Q.   Sure.  Sure.  And, like I say, we -- you know, lawyers serve these on each other usually under our own signature, so it's not always that we draft the language in front of our clients first.

If you turn to page 2, you're identified as a person having knowledge about this case.  Do you see your name there?

A.   Yes.

Q.   And you're identified as president of Darbar Management, Inc., and that was correct, right, at the time?

A.   Yes.

Q.   All right.  In 1B, there's an indication that there were no documents responsive, data compilations,

**22**

or other tangible things.  Did you search for records in connection with this litigation?

A.   I had my brother -- Imran was searching for them, yes.

Q.   You and your brother searched for them?

A.   Imran and Salim.

Q.   Salim is the co-defendant, correct?

A.   Correct.

Q.   All right.  Did you search for any documents?

A.   Well, they kind of knew where everything was, so they were -- they were searching for them.

Q.   Okay.  I just want to know if you searched for any documents.

A.   Physically?

Q.   Yeah.

A.   No, I've asked for them.

Q.   Okay.  And so your search involved your asking your brother, Imran, and the co-defendant, Salim Moten, to look for documents and records, correct?

A.   Correct.

Q.   I take you don't know how they went about looking for documents, do you?

A.   Correct.

Q.   And you don't know where they looked?

**23**

A.   No.

Q.   Why would you ask your brother --

A.   Well, we had --

Q.   Go ahead.

A.   We had like a little soda room you can say.

Q.   At the restaurant?

A.   Yeah.  And there's a box and all the paper goes -- whatever extra paper we had was left in that box.

Q.   And what is it, like a banker's box?  How big is it?  What are you talking about?

A.   No, like --

Q.   Like that box over there?  Is it something like that on the floor?

A.   About the size --

Q.   You can stand up and take a look at it.

A.   -- of your printer maybe.

Q.   Ah.  Okay.  One box?

A.   Yeah.

Q.   What was kept in that box?  If you know.

A.   I mean, whatever, like -- I don't know exactly what was in there, but whatever paper they had they would keep it in there.

Q.   Do you know if your brother looked for records

**24**

at any other location?

A.   Yeah.

Q.   Where?

A.   I mean, in the restaurant.

Q.   Do you know if he looked for records outside of the restaurant?

A.   No.

Q.   Do you know when he looked for the records?

A.   After we got the lawsuit and I asked him to find them.

Q.   Okay.  What about M. Salim Moten?  Do you know where he looked for records?

A.   No.  Salim was -- I mean, he just forgets a lot, so he's at an age where he just --

Q.   Well, you said that you asked him to look for records, so my question --

A.   Yes.

Q.   -- is, Do you know where he looked for the records?

A.   No, I do not.

Q.   Did he ever turn any documents over to you?

A.   Who?

Q.   M. Salim Moten.

A.   No.

Q.  Did your brother ever turn any documents over to you?

A.  Yeah.

Q.  What did he turn over to you?

A.  The cards that we have -- the timecards.

Q.  Anything else?

A.  Not that I can remember, no.

Q.  Okay.  Let's go through some more documents so this will maybe make things easier.  I'll take the documents from you, Irfan, and I'll keep them here.

The next one I'm going to give you is the answers, the initial answers to interrogatories.  This is Number 3.

(Deposition Exhibit Number 3 was marked for identification.)

MR. MILLER:  Thank you.

BY MR. NOLAN:

Q.  You've seen these before, right?

A.  Yes.

Q.  And these are Answers to Plaintiff's Interrogatories, correct?

A.  Yes.

Q.  You read these before they were turned over to me, correct?

A.  Correct.

Q.  And at the same time, we received your response to the request to produce and that's Number 4, correct?

(Deposition Exhibit Number 4 was marked for identification.)

BY THE WITNESS:

A.  Correct.

Q.  And you read these before they were turned over to me, correct?

A.  Yes.

Q.  All right.  And the answers to interrogatories and the responses to the production requests were truthful, complete, and accurate, correct?

A.  Correct.

Q.  All right.  If we come across any responses or answers during the course of today that you now understand to be incomplete or inaccurate, please let me know.  Okay?

A.  Okay.

Q.  The last I'm going to hand you with respect to this first set of discovery, your verification, this is Number 5.  Okay?

(Deposition Exhibit Number 5 was marked for identification.)

BY MR. NOLAN:

Q.  And that is your signature, correct?

A.  Yes.

Q.  And you signed this on or about November 4, 2019, correct?

A.  Correct.

Q.  All right.  Let's try to keep this moving.  We'll go back to these.

Let's look at Number 6.

(Deposition Exhibit Number 6 was marked for identification.)

BY MR. NOLAN:

Q.  This is the answer to the complaint.  You recognize this, correct?

A.  Correct.

Q.  And did you read the entire answer to the complaint?  I know it's lengthy.

A.  Yes.

Q.  Okay.  And you read the answer prior to it being filed with the court, correct?

A.  Correct.

Q.  All right.  And at the time you read the complaint -- the answer to the complaint, it was truthful and accurate, correct?

A.  Correct.

Q.  All right.  If you would turn to page 3 -- I know they're not numbered -- at the very bottom, allegation 10, we state that "Moten," that's you, "is an owner of the Delhi Darbar Restaurant as the president of the restaurant's operating entity, Defendant Darbar Management, Inc." And you admit those allegations, correct?

A.  Number 10?

Q.  Yeah.

A.  Correct.

Q.  All right.  So as we try to zero in on the date when you ceased being an owner, we know you were owner as of August 15th of 2019, correct?

A.  Correct.

Q.  All right.  Now I'm going to hand you what I think is the most recent UI-3/40 that I was provided, but let me give it to you.  This is Number 7, and have you take a look at that.

(Deposition Exhibit Number 7 was marked for identification.)

**29**

BY MR. NOLAN:

Q. Do you know what this is?

A. I think it's like a wage report.

Q. Yeah. This is a State of Illinois Wage Report and it's for Darbar Management, Inc., correct?

A. Correct.

Q. And you submitted this on October 22, 2019, to the State of Illinois, correct?

A. Correct.

Q. And at the time you certified, under penalty of law, that the information is true and correct, right?

A. Correct.

Q. All right. And you actually were the one that filed this, correct, electronically?

A. The accountant, yes.

Q. Well, the accountant. What's his name?

A. Crescent CPA.

Q. Okay. Did you authorize him to file this?

A. Yeah.

Q. Okay. Were you the owner of the business on October 22nd of 2019?

A. October?

Q. Yeah.

A. I don't believe so.

**30**

Q. Were you the owner through the third quarter, September 30, 2019?

A. Yes.

Q. Okay. So now we're zeroing in a little bit more. We think the ownership ended sometime after September 30 and prior to October 22 then, correct?

A. Correct.

Q. All right. The last name at the bottom of this sheet -- well, let's do both names. There's a Mohammed Moten, correct?

A. Correct.

Q. Is that M. Salim Moten?

A. Correct.

Q. All right. And the M. Stands for Mohammed. Thank you. And he's the co-defendant, correct?

A. Correct.

Q. All right. And who is Patel?

A. Patel is another employee.

Q. Do you know how long Patel had been working for the restaurant?

A. I believe he started that month.

Q. All right. Thank you. Because I had not seen his name before. He's not related to the owner, is he?

A. No.

**31**

Q. Okay. You can turn that one over. Thank you. Now I'm going to hand you the answer to the amended complaint, have you take a look at that. That's Number 8, Mr. Moten, Rich.

(Deposition Exhibit Number 8 was marked for identification.)

MR. MILLER: Thank you.

BY MR. NOLAN:

Q. The same question as with respect to the original answer: You read this answer to plaintiff's amended complaint before it was filed on December 10, correct?

A. Correct.

Q. All right. And if I have you turn to the third page of this answer and have you look at paragraph 10, this is the first time that I saw, at least in writing, where you indicate you're the former owner and former president, correct?

A. What number are we looking at?

Q. Ten. The answer to ten.

A. Correct.

Q. All right. Now, it says "was the president of the restaurant's operating entity, Darbar Management, Inc.," but you're still the president, aren't you?

**32**

A. Well, the corporation is not being used.

Q. But the corporation is active. It hasn't been dissolved, has it?

A. I don't believe so.

Q. Okay. And you haven't been replaced as president, correct?

A. Correct.

Q. It's just dormant, right?

A. I don't know what that means.

Q. Not operating.

A. Yes.

Q. All right. Just a couple more here and then we can get onto more pressing issues. All right. Let me do it -- I want to do this in order and I don't know if I have it in order, but let's do it this way. I'm going to hand you a verification, an affidavit of verification, that was provided to me by your attorney and have you take a look at this. It's dated February 20. There you go. What's the number on that one, Mr. Moten? I'm sorry. The exhibit number. Could I see that? I'll read it for you.

MR. MILLER: It's nine.

MR. NOLAN: It's nine. Thank you.

**Page 33**

(Deposition Exhibit Number 9 was marked for identification.)

MR. NOLAN: And then what I'll do is, I will -- let me make sure I've got the right one. I'm going to hand you 10, which is the second supplemental answers to interrogatories.

(Deposition Exhibit Number 10 was marked for identification.)

MR. NOLAN: And I'll hand you 11, which is the second supplemental response to the document requests. Do we have enough paper yet?

(Deposition Exhibit Number 11 was marked for identification.)

BY MR. NOLAN:

Q. Now, your verification, Exhibit 9, references both the second supplemental answers to interrogatories, Number 10, and the second supplemental response to document request, Number 11, correct?

A. Correct.

Q. All right. And you read the second supplemental interrogatory answers and second supplemental response to document request before signing your affidavit and verification, correct?

A. These are these two, right?

**Page 34**

Q. Yes. Yes.

A. Yeah.

Q. All right. In your verification, sentence one, again you say, "I was the president," but I think we're in agreement you still are the president, for whatever that is worth, correct?

A. Of the --

Q. You haven't been replaced?

A. Of the dormant corporation? Yeah. Yes.

Q. Of Darbar Management, Inc., correct?

A. Correct.

Q. And directing your attention to line four, this is your statement to me in which you indicate that, except for the documents that have been produced in this case and those are numbered D1 through D264, the defendants do not possess any other responsive documents to any of my requests, correct?

A. Correct.

Q. All right. And that's accurate and truthful and complete as of today, correct?

A. Correct.

Q. All right. And that answer is based on the search for records conducted by your brother, which produced some records, and M. Salim Moten, who produced

**Page 35**

no records, correct?

A. Correct.

Q. Are you aware of any other person or entity that might be in possession of documents related to the Delhi Darbar Kabab Restaurant business?

A. No.

Q. How about your accountant?

A. No.

Q. Did you transfer any documents over to Asif, the buyer of the business?

A. No.

Q. Did you ask for anyone else to search for documents other than your brother and your co-defendant?

A. No.

Q. All right. We can turn those over. Okay? Who filed the Secretary of State report on September 30, 2019? Did you do that online or did your accountant do that?

A. What is that?

Q. That was Exhibit 1 that we looked at, Irfan. Do you mind if I call you Irfan or do you want Mr. Moten?

A. Irfan is fine.

Q. All right. Irfan, here's Exhibit 1.

**Page 36**

A. The accountant does that.

Q. Your accountant did that?

A. Yeah.

Q. Okay. I assume he keeps a file concerning whatever work he might do on behalf of the business and Delhi Darbar Kabab House?

A. I'm guessing.

Q. Did you ask him to look for any reports when you were getting ready to respond to my discovery requests?

A. Yes.

Q. You did? So you asked your brother, M. Salim Moten, and the accountant, correct?

A. Correct.

Q. Did the accountant produce anything to you?

A. Well, we -- I think we sent over what he gave me.

Q. Well, do you know what he sent over to you?

A. They were the tax returns. The sales tax.

Q. So you're talking about the sales tax returns?

A. Correct.

Q. All right. And you're also talking about your federal and state corporate returns?

A. Correct.

Q. Did he provide any other documents to you?

A. No.

Q. Do you have any other income or job?

A. I'm a full-time real estate broker with Century 21.

Q. Got it. Do you own a gas station?

A. I lease a gas station, yes.

Q. You lease a gas station? How is that owned?

A. I'm sorry?

Q. How is that owned?

A. What do you mean?

Q. Who owns the gas station?

A. Who owns the gas station?

Q. Yeah, that you lease.

A. The landlord.

Q. Do you work at that gas station?

A. Yes.

Q. What are your hours?

A. Five -- no set schedule.

Q. How long have you been working at that gas station?

A. 2000 -- I would say a good eight years. Eight, nine years.

Q. Do you work there every day?

A. Yes.

Q. And what are your hours typically?

A. No, I fill in shifts when we don't have -- when I'm short employees or --

Q. Okay. And how much time do you devote to the real estate business?

A. It's seasonal. So, I mean, in the winter, it's, you know, it's like very slow, and now the season's picking up, so.

Q. And how long have you been a real estate broker?

A. I've been a real estate broker since 2000 and I would say 5.

Q. Okay. Where is your office?

A. On Western and Touhy.

Q. And has that been the office for the last several years?

A. Yes.

Q. And where is the gas station?

A. In Wheeling, Illinois.

Q. Wheeling? All right.

Let's get one more knocked off here, and this is the supplemental answers. This will be Exhibit 12.

(Deposition Exhibit Number 12 was marked for identification.)

MR. NOLAN: And 13.

(Deposition Exhibit Number 13 was marked for identification.)

MR. NOLAN: You can keep the stamped ones, give Richard the other stamped ones.

BY MR. NOLAN:

Q. The same question: I take it you saw these supplemental answers to my interrogatories and supplemental responses to my document requests before they were filed? Or, I'm sorry. Before they were served on me, correct?

A. Correct.

Q. And they were truthful and accurate at the time, correct?

A. Correct.

Q. I'm pretty good at taking -- off the record.

(Discussion held off the record.)

BY MR. NOLAN:

Q. All right. You can turn those over. We'll get back to them later.

Are you related to M. Salim Moten, the co-defendant?

A. No.

Q. He's not a nephew? I mean you're not a nephew of him?

A. I'm not a what?

Q. Nephew.

A. No.

Q. I ask because the names are obviously identical.

A. Yeah. We have identical last names, but we're not related.

Q. All right. Let me do this. I'm going to hand you -- I'm probably going to skip a couple out of order. Let's get you a copy of Exhibit 15 and have you take a look at that.

(Deposition Exhibit Number 15 was marked for identification.)

BY MR. NOLAN:

Q. Now, this is a document I produced in the case. This was a business card that purports to be the business card of the co-defendant, M. Salim Moten. Have you seen this before?

A. Yes.

Q. Okay. This is his business card?

A. Yes.

**41**

Q. Do you know what timeframe this business card was used?

A. No. It looks pretty old.

Q. All right. The address is correct, right?

A. Yes.

Q. The telephone numbers are correct?

A. Yes.

Q. And there's hours of operation on this business card, correct?

A. Yes.

Q. And do you know when the restaurant operated with those hours?

A. No. My brother changed those hours years ago.

Q. Do you know when?

A. I don't want to guess. No, I don't. I do not.

Q. So you don't know what years those hours were in operation, correct?

A. Correct.

Q. And by "hours," I can see Sunday through Thursday 4 p.m. through 3 a.m., and then Friday and Saturday 4 p.m. to 4 a.m., correct?

A. Correct.

Q. Who changed them? You said your brother

**42**

changed them?

A. Correct.

Q. And you don't know when?

A. Correct.

Q. Did your brother have a title with the restaurant?

A. It was just a family-owned restaurant. It was under my name, but he was --

Q. Was he the boss, a supervisor? What was he?

A. I mean, no official title, but you can say boss.

Q. Okay. At least according to this business card, the restaurant was opened seven days a week, right?

A. Correct.

Q. Was it ever closed seasonally, to your knowledge?

A. The end of winter they used to close on Mondays in the month of the Ramadan, which is our fasting month.

Q. And that varies, correct?

A. That varies every year. It's closed on Thursdays, and --

Q. What do you mean, "it's closed on Thursdays"?

**43**

A. The restaurant would be closed on most Thursdays.

Q. In Ramadan or just always?

A. In Ramadan.

Q. Okay.

A. And, like, the opening of the fast is at sunset.

Q. Right.

A. Which is -- I'd probably, like, guess at times. Like 7, 7:30, 8:00, so the restaurant would open an hour prior.

Q. And that was during the month of Ramadan, correct?

A. Correct.

Q. Other than the month of Ramadan was the restaurant ever closed?

A. New Year's Day it was closed.

Q. I'm sorry?

A. New Year's Day.

Q. Okay. Other than New Year's Day and the month of Ramadan, as you described the hours being curtailed, was the restaurant ever, to your knowledge, shut?

A. Not that I can recall.

Q. Now, you testified that your brother changed

**44**

the hours of operation from what is stated in this business card to something else, correct?

A. Correct.

Q. Do you know what the hours were changed to?

A. 4 p.m. to 3 a.m., and they would take the last customer at 2 a.m.

Q. So the restaurant, when your brother changed the hours, it went to 4 p.m. in the afternoon until 3 a.m. in the morning, correct?

A. Correct.

Q. Seven days a week?

A. Correct.

Q. And the last customer was allowed in at 2 a.m.?

A. Correct.

Q. Got it. So that was just really a minor reduction in hours, correct?

A. Correct.

Q. Like, if my math is right, it went from approximately 79 down to 77 or something like that, correct?

A. It sounds about right.

Q. Less the hours that would have been eliminated by the reduction during the month of Ramadan, correct?

A.  Correct.

Q.  Okay.  And those reduced hours that you just described as being approximately 77 per week, those were the hours during 2016, '17, '18, and '19, correct?

A.  Can you ask that question again?

Q.  Sure.  You stated that your brother reduced the hours from approximately 79 per week down to 77 per week, and when he reduced it down to 77 hours per week, that was the hours of operation in 2016, '17, '18, and '19, correct?

A.  It sounds about right.

Q.  Do you have any day-to-day duties with the restaurant?

A.  In the past, you can say five years of my involvement was very minimum.

Q.  Okay.  How often would you go to the restaurant and check out the operations during 2016 through 2019, when you sold it?

A.  After I sold it or before?

Q.  No, before.  From 2016 until you sold it, how often would you go to the restaurant?

A.  I would go there often.  Four, five times a week.

Q.  And how much time would you spend there?

A.  Imran and Salim.

Q.  Both of them?

A.  Yes.

Q.  All right.  Were they also the people who decided the wage rates to be paid to employees?

A.  Correct.

Q.  Did they also set the work schedule for employees?

A.  Correct.

Q.  And you testified that your brother set the hours of operation, correct, for the restaurant?

A.  Correct.

Q.  Who decided the method of wage payment?  By that I mean, Irfan, whether employees were paid cash or check or both.

A.  Imran or Salim.

Q.  Imran or Salim?  Not you?

A.  Correct.

Q.  How long had your brother been involved in the business?

A.  We've always worked together, so.

Q.  So back to '09?

A.  Correct.

Q.  How about M. Salim Moten, the co-defendant?

A.  Sometimes 20 minutes; sometimes three hours, four hours.

Q.  Who was in charge of the restaurant in your absence?

A.  Imran, my brother.

Q.  Is it fair for me to assume that your brother was the day-to-day boss of the restaurant?

A.  Correct.

Q.  I mean, this might be a hard question to answer, but if you were there and your brother was there, who was in charge?

A.  He was.

Q.  All right.  So if there was an employee who had an issue, whether you're there or not, they're going to go to your brother, correct?

A.  Correct.

Q.  During the period -- most of my questions now will concern the period from 2016 until you sold the business.  Okay?

A.  Okay.

Q.  Unless I tell you otherwise, so let's make that assumption now.

Who was generally in charge of hiring the employees during that period?

How long has he been involved with the business?

A.  '09.

Q.  Since '09 as well?

A.  Correct.

Q.  Is your brother still involved with the business?

A.  No.

Q.  Did he cease when you sold it?

A.  Did he -- what does that mean?

Q.  Did he stop working at the restaurant at the time you sold it?

A.  Yes.

Q.  And do you know if M. Salim Moten still works at the restaurant?

A.  He does not.

Q.  Did he stop working at the restaurant at the time you sold it?

A.  He stopped, I believe, in it was the second or third quarter of last year.

Q.  Okay.

A.  I think it was the third quarter of last year.

Q.  So M. Salim Moten stopped working at the restaurant prior to your selling it?

A.  No, it was around the same timeframe.

49

Q. Okay.
A. He just retired.
Q. Well, we identified that as slightly after the third quarter. Did he work through September of 2019?
A. I don't remember the dates. I mean --
Q. Did you ever get paid any compensation from the restaurant?
A. No.
Q. Did you ever get paid any profits or distributions of any kind?
A. Profits?
Q. Yeah. Did you ever take any money from the business?
A. No.
Q. You never took any cash?
A. No.
Q. Were you ever paid any wages?
A. No.
Q. Do you know if your brother was paid any wages?
A. I do not.
Q. Do you know if M. Salim Moten was paid any wages?
A. He was. It was on the document you showed me.

50

Q. You're talking about the third-quarter report that we looked at, right?
A. Correct.
Q. So we know he was working then in the third quarter of 2019, correct?
A. Correct.
Q. What was M. Salim Moten's title at the business? Do you know?
A. He was like a host or --
Q. He also made decisions on hiring, firing, and wage payment as you described, correct?
A. Correct.
Q. Is it fair to call him a manager, an employee manager?
A. Yeah.
Q. Have you spoken to him about this lawsuit?
A. Yes.
Q. When did you speak with him last about this lawsuit?
A. About a month ago.
Q. And in what context were you speaking with him about?
A. Well, he doesn't really have a full understanding of what the lawsuit is.

51

Q. So you explained to him what the lawsuit was about?
A. Correct.
Q. Did you translate the complaint for him?
A. Yes. Well, my brother did actually.
Q. Your brother did?
A. Yeah.
Q. So the three of you were together at the time?
A. We were on a conference call.
Q. Let's take a break for a couple minutes.
(A short recess was taken.)
BY MR. NOLAN:
Q. Mr. Moten, I'm put from our pile Exhibit 10. This is the second supplemental answers to plaintiff's interrogatories, and I'm directing you to the response you gave me to Interrogatory Number 1. And in that response, you identified only three employees for me, correct?
A. Correct.
Q. All right. You identified -- why don't you state the name?
A. Anjaam Shaikh, Rogelio, Salim Moten.
Q. Got it. Salim Moten is the co-defendant, correct?

52

A. Correct.
Q. And Rogilio, we'll get to him. And then, Mr. Shaikh, you provided some information to me. You say Mr. Shaikh is in Pakistan?
A. Correct. He was involved in an auto accident.
Q. In Pakistan?
A. No, over here.
Q. When did that take place?
A. Mid last year.
Q. What timeframe?
A. I think it was around the summertime.
Q. Well, how long had he been working at the restaurant?
A. Anjaam Shaikh?
Q. Yeah.
A. I don't remember. I think four or five years maybe.
Q. Okay. This list, by the way, this is not a comprehensive list. This is just all the people you can recall, correct?
A. Correct.
Q. Now, you testified earlier that you went to your brother and you went to the codefendant when you were looking for documents, correct?

**53**

A. Correct.

Q. Did you go to your brother and the codefendant when you were answering this interrogatory?

A. Yes.

Q. Okay. Did they not provide you the names of any other employees other than these three?

A. Yeah, they didn't have it.

Q. They didn't have the information?

A. Correct.

Q. They didn't have in their head the recollection of the names of employees?

A. Correct.

Q. There are more employees than this list, correct?

A. There are a few part-time guys, correct.

Q. Do you have in your mind the names of any other employees other than these three?

A. No.

MR. MILLER: Just a clarification for the record: It wasn't all the employees but limited --

MR. NOLAN: Correct.

MR. MILLER: -- in scope to cooks, dishwashers, and cleaners.

MR. NOLAN: Correct.

**54**

BY MR. NOLAN:

Q. Do you have in your mind, Mr. Moten, the names of any other kitchen staff employees that worked at the restaurant between 2016 and 2019?

A. No.

Q. And your brother didn't provide you any other names other than this list?

A. Correct.

Q. And M. Salim Moten didn't provide you any other names other than this list?

A. Correct.

Q. The number that you provided for Mr. Shaikh, who gave that to you?

A. Salim.

Q. The codefendant, right?

A. Correct.

Q. You don't have his number in your phone, do you?

A. Correct.

Q. And how about the number for Rogelio? Where did that come from?

A. That was written on a wall at the restaurant.

Q. What do you mean it was written on the wall?

A. It was written on a wall with pencil.

**55**

Q. Was there a list of names or was it just graffiti?

A. It was not graffiti. It was just his name and his phone number.

Q. By the phone, so someone could call him or --

A. Yeah.

Q. Any other names or numbers there?

A. No.

Q. When is the last time you spoke to Rogelio?

A. Probably six months ago.

Q. Was he still working at the restaurant then?

A. No.

Q. Did you speak to him about the lawsuit?

A. No.

Q. Did you speak with him before or after the lawsuit was served on you? Do you recall?

A. I don't know the timeframe. No, I do not.

Q. Other than the kitchen staff employees, are you able to name any other employees who worked at the restaurant between 2016 and 2019?

A. My family or --

Q. Yeah, anyone.

A. Anybody that worked?

Q. Yeah. During those years, yeah.

**56**

A. My uncle was working there when he was there visiting for a few years.

Q. Between 2016 and 2019?

A. I think it was like in late '16.

Q. Do you know his name?

A. A-h-m-e-d.

Q. Ahmed?

A. Correct.

Q. Moten?

A. No. Nor, N-o-r.

Q. He was your uncle?

A. Yes.

Q. And you think he worked there in late 2016?

A. While he was living with me, yes.

Q. What did he do there?

A. He would just help out in the kitchen.

Q. Was he paid?

A. Not that I'm aware of, no.

Q. He wasn't paid anything?

A. Because we lived together.

Q. Can you name any other employees?

A. No.

Q. Not just kitchen but front of the house, anything.

A. No.

Q. Anjaam Shaikh, do you know when he started working at the restaurant?

A. Probably five, six years ago.

Q. Okay. And did he work continually through the third quarter of 2019?

A. I don't remember the exact dates of when he left.

Q. Well, was he there when you sold the business?

A. No.

Q. Do you know how long before you sold the business he stopped working at the restaurant?

A. No, I do not.

Q. Was he working there in the summer of 2019?

A. I don't remember.

Q. Do you know who hired him?

A. Salim or Imran. I'm not sure.

Q. What were his job duties? Do you know that?

A. He was working in the front as a waiter.

Q. He was a waiter?

A. Mm-hmm.

Q. Do you know what his work schedule was?

A. No, I do not.

Q. Do you know how many days a week he worked?

58

A. No, I do not.

Q. Would your brother or M. Salim know that?

A. Yeah.

Q. Do you know if he was assigned any particular shift or days?

A. I do not know.

Q. Do you know if he kept time of the hours that he worked?

A. I do not know.

Q. Do you know if the computers at the restaurant allowed employees to keep their time digitally?

A. I don't think so.

Q. Do you know if timesheets were used by Mr. Shaikh?

A. I don't know.

Q. Do you know if anyone used timesheets?

A. What's a timesheet?

Q. You know, a sheet that you write when you work: Monday I showed up at 8 o'clock, I left at 4 o'clock.

A. I do not know.

Q. You never saw any, did you?

A. Correct.

Q. Did you ever see anyone use the point of sale

system, the POS system, to log their time?

A. No.

Q. Were timecards used?

A. Yes.

Q. Who used the timecards?

A. Any part-time employees that would come in and out.

Q. I'm sorry. I asked, "Who used the timecards," and it's just a subset of employees that used them? Is that what you're saying, part-time employees?

A. What does that mean, like --

Q. Well, let me just ask. Who used the timecards?

A. Employees that were working there.

Q. All employees?

A. I don't think so.

Q. Well, who used timecards and who didn't use timecards?

A. I don't know actually.

Q. Was there a time clock? You know, the traditional stick the time card in the time clock?

A. No.

Q. So there was no time clock, to your knowledge, ever at the restaurant, right?

60

A. Correct.

Q. Who filled in the time on the timecards?

A. Salim or Imran.

Q. So not the employee?

A. Correct.

Q. Did kitchen staff employees use the timecards?

A. I don't know.

Q. Do you know if any cooks used them?

A. I do not know.

Q. Busboys?

A. Do not know.

Q. Food preparers?

A. There was not that many different employees for, like, food preparers and busboys, so no.

Q. I'm trying to jog your memory. Do you know if food preparers ever used the timecards?

A. No.

Q. Do you know if dishwashers ever did?

A. I do not know.

Q. Do you know where the timecards are kept for whomever used them?

A. In that room that I mentioned earlier.

Q. I'm sorry?

A. In the soda room that I mentioned earlier.

61

Q. So you still have them?

A. I don't think so, no.

Q. When were they thrown out?

A. When we cleaned the place out last year.

Q. When?

A. Late last year.

Q. Are we talking December, November, when?

A. Yeah, probably third quarter, fourth quarter.

Q. After the restaurant was sold, I take it?

A. Correct.

Q. Timecards were actually thrown out last year then as opposed to stored somewhere?

A. I believe so.

Q. Who threw them out?

A. My brother cleaned the place out, so.

Q. Were any documents saved?

A. No.

Q. Do you know what was thrown out other than timecards?

A. No.

Q. But other documents were thrown out, correct?

A. I'm not sure what --

Q. Other records?

A. Yeah, I'm not sure what they threw out and

62

didn't throw out.

Q. You wouldn't know that, right?

A. Yeah.

Q. Did M. Salim throw out documents too?

A. I don't know who threw them out.

Q. Do you know how much Mr. Shaikh was paid?

A. No.

Q. Do you know what his rate of pay was?

A. No, I do not.

Q. Do you know if he received pay in the form of cash, check, or both?

A. I do not know.

Q. Other than Mr. Shaikh's name appearing in the State of Illinois quarterly filings, are you aware of any other record that relates to his employment with the Kabab House?

A. No.

Q. There's no record of his time at the restaurant, correct?

A. Correct.

Q. No record of his hours worked, correct?

A. Correct.

Q. Was he issued a W-2 or 1099, do you know?

A. I don't know.

63

Q. Let's talk about the codefendant, okay, M. Salim Moten.  Does he go by the name Talisman?

A. I'm sorry?

Q. Does he go by the name Talisman?

A. Talisman?

Q. Yeah.

A. No.

Q. Do you know if anyone does at the restaurant --

A. No.

Q. -- use that name?  No?

When did he stop working at the restaurant?

A. Right about the third quarter.  He retired when we --

Q. When you sold?

A. When we sold.

Q. And you said he had been working there from the start when you took over, right?

A. Correct.

Q. Do you know how many days a week he worked?

A. No.

Q. Do you know anything about his hours or the shifts that he worked?

A. No.

64

Q. Do you know how he was paid?

A. No.

Q. Was he paid?

A. Yes.

Q. I'm sorry?

A. I'm assuming yes.  No one works for free.

Q. Oh, I'm assuming too, but I'm not sure right now.

A. Yes.

Q. Do you know if he was paid?

A. Yes.

Q. Was he paid in check or cash?

A. I believe both.

MR. MILLER:  If you don't know, I don't want you to speculate, so either you know or you don't know.

THE WITNESS:  I don't know for a fact.

BY MR. NOLAN:

Q. Okay.  It's certainly not uncommon to pay cash in a restaurant business, right?  You're aware of that?

MR. MILLER:  Object to that question.

BY MR. NOLAN:

Q. I mean, people were paid cash at the restaurant, right?

A.   I do not know.

Q.   You don't know if people were paid cash?

A.   No.

Q.   Anyone?

A.   Correct.

Q.   Who would know that?

A.   Imran.

Q.   Would M. Salim know that?

A.   I don't know.

Q.   Do you know his rate of pay, M. Salim Moten's?

A.   I don't know.

Q.   Was he paid a salary?

A.   I don't know.

Q.   Did he have any other job or income between 2016 and 2019?

A.   Not that I'm aware of.

Q.   Are you aware of any records that reflect the amount of wages paid to M. Salim Moten between 2016 and '19?

A.   Besides what we gave you, no.

Q.   Are you aware of any record of the hours that he worked at the restaurant?

A.   No.

Q.   Who is Saher Moten?  S-a-h-e-r.

Q.   Well, has she worked there within the last year?

A.   No.

Q.   Does she have another job?

A.   No.

Q.   You identified Rogelio, correct?

A.   Correct.

Q.   Now, you're spelling that with an H.  I spell it with a G.  Have you ever seen his name in writing?

A.   No.

Q.   It was on the wall, wasn't it?

A.   Correct.

Q.   How was it spelled there?

A.   R-o-y.

Q.   R-o what?

A.   R-o-y.

Q.   R-o-y.  That's a short for his name Rogelio?

A.   Yes.

Q.   Do you know his last name?

A.   No.

Q.   I understand it's Martinez.  Have you ever heard that?

A.   I'm sorry?

Q.   I understand it's Martinez.  Have you ever

---

66

A.   My wife.

Q.   Your wife?  And she worked at the restaurant?

A.   Yes.

Q.   When did she work at the restaurant?

A.   A few years ago.  I don't remember the timeframe.

Q.   Well, is it 2017, '18, '19?

A.   I don't remember.

Q.   Did she use a timecard?

A.   No.

Q.   Why not?

A.   She's my wife.

Q.   Was she paid wages?

A.   I believe so.

Q.   Do you know how much she was paid?

A.   I don't recall.

Q.   Was she paid cash?

A.   No.

Q.   So all of her wages were in the form of a check?

A.   Correct.

Q.   Do you know the last time she worked at the restaurant?

A.   No.

68

heard that?

A.   No.

Q.   Was he a busboy?

A.   Well, when I see him, he used to work both, in the back and front.  He'd help out wherever help was needed.

Q.   So he was a busboy in part?

A.   Yes.

Q.   And what else did he do?

A.   He'd rewarm food.

Q.   Rewarm food?  Did he handle the cash register at all?

A.   I believe so.

Q.   Did he do that in 2016 through 2019?

A.   I don't know.

Q.   Do you know who hired him?

A.   Imran or Salim.

Q.   Do you know when he was hired?

A.   No.

Q.   Do you know when he stopped working?

A.   He left in 2019.

Q.   I understand he left around July of 2019.  Is that your recollection?

A.   It sounds about right.

69

Q. And he worked prior to that for several years, correct?

A. For a few years, correct.

Q. Well, how far back? Do you know?

A. No, I don't.

Q. Did he go back to '13, '14, '15?

A. No.

Q. No, or you don't know?

A. I don't know his timeframe, no.

Q. Do you know his work schedule?

A. No, I do not.

Q. Do you know the days of the week that he worked?

A. No.

Q. Was he paid wages? I presume he was.

A. I presume he was. He was.

Q. Do you know how much he was paid?

A. No.

Q. Do you know if he was paid cash?

A. I don't know.

Q. You don't know?

A. If he was paid cash?

Q. Yeah.

A. He was paid.

70

Q. I'm asking you if he was paid his wages in cash. Do you know that?

A. Yes. Correct.

Q. Okay. Do you know how much he was paid in cash wages?

A. No.

Q. You have no idea?

A. No.

Q. Did you ever pay him any cash wages?

A. No.

Q. Do you know who did?

A. Imran or Salim.

Q. And they never told you how much Rogilio was being paid?

A. I never asked.

Q. And they never told you?

A. No.

Q. And you saw no records that reflect it, correct?

A. Correct.

Q. In addition to his cash wages, do you know if he was ever paid a check?

A. I don't think so, no.

Q. I don't either because I've never seen his

71

name reported to the state, correct?

A. Correct.

Q. So all wages were unreported cash wages, right?

A. Correct.

Q. Right. And the cash that was used to pay Rogelio came from the cash revenue of the restaurant business, correct?

A. Correct.

Q. And you have no idea how much that was?

A. Correct.

Q. Do you have any inkling of how much it was in 2019?

A. No idea.

Q. Do you have any inkling as to how much Rogelio was paid in cash wages in 2018?

A. No, I do not.

Q. Do you have any idea what Rogelio was paid in cash wages in 2017?

A. I don't even know if he worked back then.

Q. You don't know if he did or didn't?

A. Correct.

Q. If he did work in 2017, you don't have any idea how much he was paid in cash wages, do you?

72

A. Correct.

Q. And the same goes for 2016, correct?

A. Correct.

Q. If he was paid cash wages, the cash from the cash revenue of the business, though, correct?

A. Correct.

Q. Have you ever seen any record with Rogelio's name on it of any kind?

A. No.

Q. Did you ever see a timecard?

A. No.

Q. Do you know if he used a timecard?

A. I do not know.

Q. Did you ever see any record that showed his start or stop time for hours worked?

A. No.

Q. Have you ever seen any record of the cash wages paid to Rogelio?

A. No.

Q. Do you know where he is right now?

A. No.

Q. Did he make approximately $450 a week when he was working for the restaurant?

A. I do not know.

Q. You believe either your brother or M. Salim Moten paid him his wages?

A. Correct.

Q. Were they paid on a weekly basis?

A. I believe so.

Q. I've been informed that Rogelio worked six days a week. Do you have a recollection of his days of work per week?

A. No.

Q. Do you know how he traveled to and from the restaurant?

A. No.

Q. Have you ever heard of Lazaro Morales?

A. No.

Q. He's a long-term cook, I understand, at the restaurant?

A. Not that I'm aware of.

Q. Have you ever seen a Latino or Hispanic cook at the restaurant?

A. We did the cooking.

Q. Who's "we"?

A. My brother did the cooking or I did the cooking.

Q. My question was: Have you ever seen or observed a Latino or Hispanic person cooking at the kitchen?

A. No.

Q. So the name Lazaro Morales doesn't mean anything to you?

A. Correct.

Q. Now, I identified him in our disclosures. Did you read that?

A. I don't recall reading it.

Q. Did you ever ask your brother if there was a Lazaro working at the restaurant?

A. No.

Q. Is it possible there could have been a cook working at the restaurant that you were unaware of?

A. No.

Q. Have you ever heard of a woman by the name of Alicia?

A. No.

Q. Have you ever -- other than your wife, has there ever been a female working at the restaurant?

A. Not that I can recall, no.

Q. Well, you hesitated.

A. No, I was --

Q. Is it that you can recall but you just don't recall the names?

A. I just don't recall a female working.

Q. Never?

A. Never.

Q. Have you ever heard a busboy by the name of Juan?

A. No.

Q. Other than Rogelio, were there other busboys?

A. Not that I'm aware of, no.

Q. There may have been; you just don't know?

MR. MILLER: Object to the form of the question.

BY MR. NOLAN:

Q. Correct?

MR. MILLER: Go ahead. You can answer.

THE WITNESS: What was the question again?

BY MR. NOLAN:

Q. There may have been other busboys working besides Rogelio; you just don't know of them, correct?

A. No. There was not that big of a staff there.

Q. I didn't ask you that. I'm just asking if there was a possibility of a busboy working at the restaurant whom you didn't know.

A. Correct.

Q. It could have been by the name of Juan, correct?

MR. MILLER: Objection. Calls for speculation, and he already said he doesn't know.
Go ahead and answer.

BY THE WITNESS:

A. Correct.

Q. Did the restaurant ever keep a roster of employees?

A. No.

Q. Can you name one person who used a timecard other than the plaintiff?

A. No. I asked my brother for these timecards and that's what he produced.

Q. And he threw out the others, right?

A. Correct.

Q. So if there was a timecard prepared on behalf of Lazaro, Alicia, or Juan, they were thrown out, correct?

A. I don't know if they were working there. I don't know.

Q. But if they were, they were thrown out, correct?

MR. MILLER: Objection.

Case 21:00096-04D6c Document Filed 06/09/21 Entered 06/11/21 22:56:25 PageID Exhibit

BY MR. NOLAN:

Q. You didn't keep any, correct?

A. I don't know.

Q. Well, did your brother tell you if he saved any timecards?

A. I never asked him.

Q. Well, he told you he threw them out, though, right?

A. He said he threw out all the -- a box of stuff that was in there, correct.

Q. And he didn't save anything, right, to your knowledge?

A. Correct.

Q. Correct?

A. Right.

Q. Have you ever heard of a cook by the name of Nicholas?

A. No.

Q. Can you name any of the cooks?

A. We were doing the cooking. My family did the cooking.

Q. Well, you weren't doing the cooking, were you?

A. My brother was doing the cooking. My mom could work there.

---

would work inside and outside.

Q. I understand that. Were there times when the kitchen was not staffed at all?

A. No.

Q. And other than your brother who worked in the kitchen?

A. I don't recall their names, all their names.

Q. You can't name anyone other than your brother right now?

A. Yes.

Q. Did M. Salim Moten work the kitchen?

A. He would help out when needed, correct.

Q. How many tables are at the restaurant?

A. Fourteen.

Q. Do you know what the occupancy is?

A. No. Well, 14 tables and each table had, like, four chairs, and four of the tables had five chairs.

Q. When did you first meet Mr. Zavala, the plaintiff?

A. A few years ago when he started working there.

Q. When you started?

A. When he started working there.

Q. When did he start working there, to your knowledge?

---

Q. My question was: You didn't do the cooking, did you?

A. Not in the past few years, no.

Q. Okay. So between 2016 and 2019 who did the cooking?

A. Imran.

Q. And he did it during the 77 or 79 hours of operation?

A. Correct.

Q. All of it? Eleven, 12 hours a day, he did it all?

A. You don't cook 12 hours a day. You cook the food, then you put it in the cooler.

Q. So you have no kitchen staff for most of the time there or what?

A. There was a kitchen staff that rewarmed the food, but the food would get cooked, then be put in a cooler, then it would get rewarmed.

Q. You have kitchen staff there the entire day, correct?

A. No.

Q. No? So there's times of the day when the kitchen has no staff; that's what you're saying?

A. Well, for example, Rogelio would come in; he

---

A. I think around 2016, '17.

Q. Are you guessing or do you know?

A. I'm guessing.

Q. Did he work at the restaurant prior to 2016? Do you know?

A. Not to my knowledge, no.

Q. Did he work during 2016?

A. I believe so.

Q. Did he work during 2017?

A. I believe so.

Q. 2018?

A. I believe so.

Q. 2019?

A. I believe so.

Q. Do you know when he stopped working?

A. No.

Q. Do you know if he worked at the restaurant before you acquired it?

A. There was nothing there.

Q. What do you mean, "there was nothing there"?

A. It was a vacant storefront.

Q. Well, was a Delhi Darbar Kabab House opened in 1986? Do you know?

A. No.

**81**

Q. It wasn't?

A. No.

Q. Do you know when it was opened for the first time?

A. Well, this one was opened in 2009.

Q. Well, that's when you --

A. 2010.

Q. That's when you acquired it, correct?

A. Correct.

Q. It was -- did you start the business new?

A. My father did.

Q. When did he start it?

A. It was the mid-eighties.

Q. 1986, wasn't it?

A. Yeah.

Q. Okay. Was it at a different location?

A. Yes.

Q. Okay. Where was it?

A. It was somewhere on Broadway.

Q. Okay. And then it moved to Devon, correct?

A. Correct.

Q. When did it move to Devon?

A. 2009.

Q. Okay. And how much time was there between

**82**

2009 when you opened it on Devon and when it closed on Broadway?

A. Well, we had -- the family, we had no restaurant for like a year.

Q. I'm sorry?

A. We had no restaurant for like a year.

Q. For one year?

A. Yeah, one to two years.

Q. So it was opened in '86, correct?

A. Correct.

Q. And you think it stopped around 2008?

A. 2007, 2008, correct.

Q. Okay. And then it opened in 2009, correct?

A. Correct.

Q. Did Mr. Zavala work at the restaurant on Broadway?

A. I don't even know.

Q. Did you ever meet him when you were a little boy?

A. No.

Q. Never?

A. No.

Q. But you don't know if he worked at the restaurant?

**83**

A. No.

Q. In the eighties or the nineties?

A. No.

Q. Did he start working at the restaurant shortly after it opened on Devon?

A. No.

Q. All right. Let me do this. Okay. In your answers to the original interrogatories, and you can look at them if you want, that will be Exhibit 3. I'm directing your attention to four. Would you read that, please?

A. "Identify the term of plaintiff's employment."

Q. Right. And you answered?

A. "Defendants state the plaintiff worked periodically with Darbar Management over a three-year period. Further responding, most recently he worked 2019."

Q. February, you say, 2019 until April of 2019?

A. Correct.

Q. Did you look at records for that or is that your recollection?

A. According to the records that I was given.

Q. Okay. So you're basing that answer solely on the records you were provided by your brother, correct?

**84**

A. And what him and Salim told me.

Q. Ah. So they also explained it to you verbally then, right?

A. Yes.

Q. You have no personal recollection of when the plaintiff worked at the restaurant in 2016, do you?

A. Correct.

Q. And you have no personal recollection of when he worked at any time between 2016 and 2019, correct?

A. Correct.

Q. All right. So that information only came from your brother? Is that what you're saying?

A. Or Salim.

Q. Okay. And yet you verified these interrogatory answers?

A. Yes.

Q. Now, are you certain that the plaintiff did not work at the restaurant in 2015?

A. Correct. To my knowledge, correct.

Q. Well, what do you mean to your knowledge? No one told you but you don't know?

A. I don't remember seeing him there, but you're talking about five years ago. I don't remember.

Q. So you don't remember? That's --

85

A.  No.

Q.  -- the answer?

A.  Correct.

Q.  All right.  Do you know how much he was paid?

A.  No.

Q.  He was paid all of his wages, whatever they were, in cash, correct?

A.  Correct.

Q.  Do you know what shifts he worked?

A.  No.

Q.  Do you know what days of the week he worked?

A.  No.

Q.  Do you know his rate of pay at all?

A.  No.

Q.  Do you know who handed him his cash wages?

A.  Salim or Imran.

Q.  And those cash wages came from the cash revenue generated by the Kabab House, correct?

A.  I do not know.

Q.  I'm sorry?

A.  I don't know.

Q.  Well, do you think he could have been paid cash from some other source?

A.  My brother was paying him so if he needed it,

86

yes, maybe.  It's possible.

Q.  Are you aware that your brother used cash from another source to ever pay employees?

A.  No.  Not that I'm aware of, no.

Q.  He never told you that, right?

A.  No.

Q.  So why would you speculate that he used cash from a source other than the restaurant to pay cash wages --

A.  Because I don't know --

Q.  -- for employees of the restaurant?

A.  -- for a fact where he was paying from.

Q.  Did anyone at the restaurant ever tell you they paid wages with cash from a source other than cash revenue of the restaurant?

A.  No.

Q.  Just so I'm clear:  You have no idea how many hours Mr. Zavala worked in 2016, do you?

A.  Correct.

Q.  And you have no idea how many hours he worked in 2017, correct?

A.  Correct.

Q.  2018, correct?

A.  Correct.

87

Q.  And 2019, correct?

A.  Correct.

Q.  Similarly, you have no idea how much cash wages he was paid in the period between 2016 and 2019, correct?

A.  Correct.

Q.  Okay.  I'm going to give you Exhibit -- I think this is 17.  I'll take the other ones from you at this point.

(Deposition Exhibit Number 17 was marked for identification.)

MR. NOLAN:  That's yours and that's yours.

MR. MILLER:  Thank you.

MR. NOLAN:  Does anyone need a break?

THE WITNESS:  I'm good.

MR. NOLAN:  Good?

MR. MILLER:  Good.

MR. NOLAN:  All right.

MR. MILLER:  You said this was Exhibit 17?

MR. NOLAN:  I think so because we did skip one, Rich.

BY MR. NOLAN:

Q.  Do you know who prepared this chart?

A.  This Excel sheet?

88

Q.  Yeah, the very first page.  It's Defendant's Numbered 1.

A.  I had my daughter prepare it.

Q.  Your daughter prepared it?

A.  Yes.

Q.  What's your daughter's name?

A.  Aisha.

Q.  Aisha?

A.  Yes.

Q.  Could you spell that for the record, please?

A.  A-i-s-h-a.

Q.  How old is she?

A.  Sixteen.

Q.  She's good with a computer, I take it?

A.  Yeah.  She's good in school.

Q.  Off the record.

(Discussion held off the record.)

BY MR. NOLAN:

Q.  The gaps that are presented in this chart, did she ask you about those when she did this, or did she just take the timecards and prep this chart, as far as you know?

A.  I was just telling her and she was kind of just typing it up.

89

Q.  Well, what do you mean you were telling her? You were telling her the hours that you were reading off of the timecards?

A.  Yes.

Q.  Okay.  And you have no independent recollection as to whether or not those timecards are correct, do you?

A.  Correct.

Q.  All right.  And there's certainly no chart for 2016, correct?

A.  Correct.

Q.  And no chart for 2019, correct?

A.  Correct.

Q.  Do you know if Mr. Zavala or someone on his behalf was using timecards in 2016?

A.  I don't know.

Q.  I've not seen any.  Have you seen any?

A.  No.

Q.  How about for 2019?

A.  I thought '19 we gave you.  It's on the back of your pages.

Q.  Okay.  Do you know why a chart wasn't done for 2019?

A.  I might have just overlooked it.  I don't

90

know.

Q.  Let's turn to page 2 of that Exhibit 17, if you would.  Do you know whose handwriting that is?

A.  No, I don't.

Q.  It's not yours?

A.  No.

Q.  And I want you to be careful.  When I say "your handwriting," I mean from the top where "Don" is written to the dates, to the numbers.

A.  Yeah.

Q.  None of that's your writing, correct?

A.  No.

Q.  And you don't know whose it is?

A.  It could be Salim's or Imran's.  I can't tell you by looking at it.

Q.  Do you know when the timecards were actually filled out?

A.  No.

Q.  It seemed to me that the writing was similar. And you can go through and page through that.  I noticed that the format of the "Paid" reference is a little different at or about page 18.

MR. MILLER:  I'm going to object to the form of the question.  Is there --

91

MR. NOLAN:  Well, I'm pointing --

MR. MILLER:  -- a question?

MR. NOLAN:  Yeah.  Yeah.  I'm going to point it out.

BY MR. NOLAN:

Q.  Let's look at 18.  Do you know who wrote the "Paid" references on that card?  18.

MR. MILLER:  They're numbered on the --

THE WITNESS:  Oh, they are?

MR. NOLAN:  Yeah, they're numbered on the bottom.

MR. MILLER:  On the right-hand corner.

MR. NOLAN:  The very bottom.  Go ahead.  Show it to him.

THE WITNESS:  I see it.  What was the question again?

BY MR. NOLAN:

Q.  Okay.  Starting at -- I'll point out where it changes.  You'll notice that the pages 1 through 14 the "Paid" reference is written right across the timecards. See that?

A.  Mm-hmm.

Q.  And there's a squiggly under the -- it looks a date and the number, the dollar amount.  See that?

92

A.  Mm-hmm.

Q.  Okay.  And that seems to go all the way until page -- it's consistent through page 14.  And then we start seeing the "Paid" reference on the side.  See that?

A.  Yes.

Q.  And you can turn the next page and there's a card there where it's on the side.

A.  The one that says "2017"?

Q.  Yes.  See that on the side?

A.  Yes.

Q.  Yeah.  Do you know who wrote that?

A.  No.

Q.  And how about on 2018, the next page?

A.  No.

Q.  And you have no idea why it's written differently?

A.  No.

Q.  And you have no idea when it was written, correct?

A.  Correct.

Q.  And you have no idea if it's accurate, correct?

A.  It's accurate from what I've been told.

**93**

Q. But you have no idea yourself whether or not it is accurate, correct?

A. It's impossible for me to remember four -- anybody to remember three, four years.

Q. My question --

A. No.

Q. -- is different. You have no personal recollection as to whether or not any of the information depicted on these timecards is accurate, correct?

A. Correct.

Q. Okay. And they're not date-stamped, right? They're not mechanically stamped like a timecard?

A. Like the punch button machines?

Q. Right.

A. No.

Q. They're written in, correct?

A. Correct.

Q. And everything is pretty much a standard number. Five-three is a common entry, right?

A. What does that mean, "five-three"?

Q. Well, what if someone showed up at 4:45 or 5:15? Everything is a flat five and a flat three, correct?

**94**

A. Correct. My understanding: The restaurant closed at 2. They would take the last customer at 2 and they would leave as early as 2:30.

Q. And what about the start time?

A. Usually guys would show up -- I guess he would show up on time and sometimes he would show up late.

Q. Right. And the start time was before 5, wasn't it?

A. Correct.

Q. Did you see the original timecards?

A. Yes.

Q. And where are they?

A. I believe my brother got them.

Q. Your brother has them now?

A. Yeah. I believe so.

Q. Okay. Well, I'd like to see those. Do you know if they were ink or pencil markings?

A. I do not know.

Q. You don't recall?

A. No.

Q. Did you look and hold the actual timecards?

A. Yeah.

Q. Okay. And they're with your brother right now?

**95**

A. I believe so. I don't want to guess.

Q. Well, you don't have them, right?

A. Correct.

Q. And I know you testified that your brother threw out whatever box of records was at the restaurant, correct?

A. Correct.

Q. Did you see timecards other than Mr. Zavala?

A. No.

Q. Have you ever seen timecards other than for Mr. Zavala?

A. No.

Q. Do you know if timecards were ever used purportedly for anyone other than Mr. Zavala?

A. I do not know.

Q. Do you know if Mr. Zavala ever worked on a Monday?

A. I do not.

Q. Do you know if he ever worked on a Sunday?

A. I do not know.

Q. Do you know how much he was paid by hour or day or any other method of payment?

A. No.

Q. Do you know who determined how he was paid?

**96**

A. Imran or Salim.

Q. Do you know which one hired him?

A. No.

Q. Do you know if he was ever paid tips?

A. I believe so.

Q. And what do you base that on?

A. Salim told me.

Q. When did he tell you that?

A. When we got the lawsuit, when I spoke to him about it.

Q. I take it you have no idea how much in tips he was paid, if he was paid any, right?

A. Correct.

Q. And you never saw any record of tip payment?

A. No.

Q. There's no reference of tip payment in any of the timecards. Go ahead and look if you want. Right? Go ahead and look if you want.

A. Where do you want me to look?

Q. There's no reference to tip payment in those cards, is there?

A. No.

Q. Do you know if any other employee was ever paid a tip?

97

A. I do not know.

Q. Do you know what his job was, Zavala's job at the restaurant?

A. I was told he was being used as a busboy.

Q. Do you know if he washed dishes?

A. I'm sorry?

Q. Do you know if he washed dishes?

A. I do not know.

Q. Do you know if he did any food preparation?

A. No, I do not.

Q. Do you know if he chopped chicken, for example?

A. No, I do not know.

Q. Was he responsible for cleaning the bathrooms?

A. I'm not aware of his daily schedule.

Q. Was he responsible for cleaning the windows and the floors?

A. I don't know.

Q. Do you know if he shoveled snow?

A. I do not know.

Q. Does the restaurant keep any job descriptions?

A. Not that I'm aware of.

Q. Whose job is it to count the cash revenue?

A. Salim or Imran.

98

Q. And you said earlier that Rogelio worked the cash register too, correct?

A. Correct.

Q. Other than Rogelio, do you know if anyone else worked the cash register?

A. Imran would work it.

Q. I'm sorry?

A. My brother would work it.

Q. Did you ever see any record that reported the amount of cash revenue taken in by the restaurant?

A. No.

Q. Did you ever see any daily cash slips or receipts?

A. No.

Q. Was there a safe on-site?

A. Yes.

Q. Was it used?

A. I believe so, yes.

Q. Was it a drop safe? In other words, you drop the money periodically into the safe through a hole?

A. No, it had a key in there.

Q. Who used it? Do you know?

A. Salim and Imran.

Q. Was cash taken from the register and kept in

99

the safe for safekeeping?

A. I don't think so, no.

Q. Just so I'm clear: You've never seen any record of any kind, whether that would be a daily tally, a weekly tally, a shift tally, of cash revenue generated by the restaurant?

A. Correct.

Q. Do you know if there was any such record kept and you just didn't see it?

A. What was the question again?

Q. Yeah. Do you know if there was ever any record kept of cash revenue that you may not have seen?

A. Not that I'm aware of, no.

Q. Did your brother or M. Salim report to you the cash revenue?

A. No.

Q. So you have no idea what the cash revenue was, right?

A. No.

Q. Did the business ever use food delivery people? You know what I mean by that?

A. Yeah. Uber Eats.

Q. Yeah. I don't know them all. Frankly, I haven't used them, but I recall the names of Uber Eats.

100

Grubhub, that's another one. Do they use Grubhub?

A. I think it was primarily Uber Eats.

Q. How about DoorDash? That's another one my kids told me about at college.

A. Yeah.

Q. Do you know if you used that?

A. I don't know.

Q. How long has the restaurant been using Uber Eats?

A. I don't know the dates. I mean, a few years maybe.

Q. Okay. I don't know --

A. Uber Eats came out a few years ago, I believe.

Q. Yeah. And I don't know when it came out. Is it fair for me to assume that the restaurant was using Uber Eats at least during the last three and four years?

A. I don't know if Uber Eats was out back then. I don't know when they came out.

Q. Who would know how long the restaurant has been using Uber Eats?

A. Whenever Uber Eats came out. I mean, I don't think anybody can remember the date, but if they came out in '17, then '17. If they came out in '18, then '18.

Q. Did you sign up with Uber Eats right away?

A. I don't know.

Q. Who signed up?

A. With Uber Eats?

Q. Yeah.

A. I believe my brother Imran did.

Q. Your brother did?

A. Imran did, yeah.

Q. I've not seen any records from Uber Eats, have you?

A. No.

MR. NOLAN: Rich, let's take a break for a little bit.

(A short recess was taken.)

BY MR. NOLAN:

Q. Mr. Moten, does the restaurant use any security cameras?

A. No.

Q. Has it ever?

A. Yeah. One was put in seven, eight years ago.

Q. And is it used?

A. No. It broke many years ago.

Q. Okay.

MR. NOLAN: I think I might be off on the number, Rich, but I think I'm going to use 18, have you take a look at this.

(Deposition Exhibit Number 18 was marked for identification.)

BY MR. NOLAN:

Q. This is the affidavit that was tendered and filed on January 15 of 2020, correct?

A. Correct.

Q. And you've seen this before, Mr. Moten?

A. Yes.

Q. And you read it before signing it?

A. Yes.

Q. And at the time you signed it, the affidavit was truthful and complete, correct?

A. Yes.

Q. And accurate, complete?

A. Yes.

Q. I mean, true?

A. Correct.

Q. Looking at sentence one, not to belabor it, but it says "I was the president of Darbar Management, Inc., up until June of 2019." Do you see that?

A. Yes.

Q. That's not correct, though, is it?

A. Correct.

Q. I mean, you didn't sell the business until, we believe, sometime after September 30 and October 22.

A. Correct.

Q. So you were the president in June, July, August, September, at least, correct?

A. Correct.

Q. And although the business is dormant, it still lists you as the president currently, correct?

A. Correct.

Q. Directing your attention to paragraph 5. Okay. I'm not clear exactly what you intend to say here, so I want to make this very clear for the record. Okay? Correct me if I'm wrong. You're certifying under oath that the tax returns that you produced to me for the years 2016, '17, and '18 were, in fact, filed with the government, correct?

A. Yes.

Q. Okay. Are you also swearing under oath to the veracity and the accuracy of the line item dollar amounts that are included in the tax return?

A. What does that mean?

Q. Well, are you telling me under oath that you have knowledge, for example, of the actual revenue amount that is stated in the tax return, or are you just telling me that's the tax return that was filed with those numbers?

A. That's the tax return that was filed with the numbers.

Q. You don't have any -- strike that. You're not swearing under oath that the dollar amounts included in the tax returns are accurate, complete, truthful, are you?

A. They are accurate. My accountant prepared them.

Q. Okay. But you don't know that the numbers are accurate. You're just assuming they're accurate.

A. I'm not a CPA, but, I mean, that's what the accountant is for.

Q. For example, you don't know how much revenue came in in any given month at the restaurant, do you?

A. Well, it was based off the sales tax returns, so the accountant does all that. I don't know how -- I don't know the answer to this question.

Q. Okay. Do you know -- and we'll go through the math with each one. Do you know, for example, if the dollar amount stated in the tax returns for revenue are before or after revenue was used to pay cash wages?

105

MR. MILLER: I'll object to that question because he never stated that he knew that wages were paid out of the --

MR. NOLAN: Sure he did.

MR. MILLER: He said he didn't know.

MR. NOLAN: No, not as to that question. I asked him specifically whether or not the cash wages paid to Rogelio and Zavala came from the cash revenue generated by the restaurant.

BY MR. NOLAN:

Q. And your answer was yes; is that correct?

A. I believe so, yes.

Q. Okay. And my question then is simple. Were those cash wages included in the revenue line items in the tax returns or not?

A. I still don't understand the question.

Q. Cash revenue from the restaurant was used to pay cash wages to Zavala and Rogelio, correct?

A. Well, like I said earlier, I don't know if they were paid from the restaurant. My brother was paying them.

Q. Ah. So you don't know where the cash came from now; is that what you're saying?

MR. MILLER: I believe that was his testimony

106

because --

MR. NOLAN: No, I don't think it was.

MR. MILLER: -- you asked him --

MR. NOLAN: That's okay.

MR. MILLER: Okay.

BY MR. NOLAN:

Q. So if you don't know where the cash came from, Mr. Moten, how do you know that the cash revenue stated in the tax returns is truthful, accurate, and complete?

A. Because that's what my brother gave to the accountant. The accountant was doing the paperwork.

Q. Now you're saying your brother gave the information to the accountant, correct?

A. As far as, like, numbers?

Q. Yeah.

A. Monthly numbers? Sales tax numbers?

Q. No. Revenue numbers.

A. Yeah.

Q. Your brother gave it, not you?

A. Correct.

Q. Then why are you verifying this affidavit?

A. Well, it's under my name. We're family, so.

Q. But you don't have any knowledge; your brother does?

107

A. Well, the accountant is doing the sales tax, so, I mean, I don't know how to answer this question.

Q. Yes or no: Was the wages paid to Rogelio and Zavala, the cash wages, included in the revenue stated in the tax return? Yes or no, or tell me if you don't know.

A. I don't know.

Q. And you believe your brother might know, or --

A. Correct.

Q. -- you don't know?

A. I don't know.

Q. I'm curious then as to why you were verifying under oath the accuracy of the tax returns.

MR. MILLER: Is that a question?

MR. NOLAN: Yes.

MR. MILLER: Well, I'm going to object to the form of the question. But, as you have restated several times and he's affirmed, he is the president of the corporation.

MR. NOLAN: So what?

MR. MILLER: Well, that's why he -- he is affirmatively stating that he --

MR. NOLAN: Richard, this --

MR. MILLER: -- these are accurate and

108

correct.

MR. NOLAN: -- is a very serious matter. This is a verification sworn under oath tendered to the federal court and this witness cannot validate the accuracy of the tax returns. The only thing he can do is say that they were filed.

BY MR. NOLAN:

Q. Is that correct, Mr. Moten?

A. They were filed accurately with the sales.

Q. But you don't know if the dollar amounts included in the revenue line item included cash wages or not. You just don't know that, do you?

A. I'm not an accountant. I don't know how --

Q. My question is: You don't know whether the cash wages paid to Zavala and Rogelio are included in the statement of revenue included in these tax returns. You don't know, do you?

A. They would not be -- how can they be minus from revenue? I still don't understand the question in full.

Q. Okay. I'll ask it again. And I'll ask that Judge Seeger pay particular attention to this testimony. Yes or no, sir: Were the cash wages paid to Rogelio and Zavala included in the statement of revenue

109

in the tax returns?

MR. MILLER: I'm going to object to the form of the question, and he's already answered that.

BY MR. NOLAN:

Q. Okay. Well, let's go through them one at a time and do some math. Okay?

Let's start with 2016. I'm going to give you three things here. I'm going to give you -- here, I'll take this one back so it's out of the way.

I'm going to give you Exhibit 19, which is a 2016 tax return. That's '16.

(Deposition Exhibit Number 19 was marked for identification.)

MR. NOLAN: I'm going to give you the Federal FUTA form which is 20.

(Deposition Exhibit Number 20 was marked for identification.)

(Deposition Exhibit Number 21 was marked for identification.)

MR. NOLAN: And then I'm going to give you the set of state filings which is 21.

BY MR. NOLAN:

Q. And 19, 20, and 21 are all for the tax year 2016, correct, Mr. Moten?

110

A. Correct.

Q. All right. Did you authorize the filing of the tax return that's Exhibit 19?

A. Yes.

Q. Did you provide any information to your accountant with respect to the tax return that is Exhibit 19, or did your brother --

A. For '16?

Q. -- provide it?

A. For '16?

Q. Yeah.

A. I would give him bank statements, and they would actually go online and get them.

Q. I'm sorry. Say that again.

A. The bank statements.

Q. Bank statements? Did you provide bank statements to the accountant?

A. I don't remember if I provided them or my brother provided them. I do not recall.

Q. Did you provide anything else to the accountant other than bank statements?

A. No.

Q. At line 1A of Darbar Management, Inc.'s 2016 tax return, gross receipts or sales of 361,622 are

111

stated, correct?

A. Correct.

Q. Is that truthful and complete or do you not know?

A. That's what the accountant prepared, so I'm guessing yes.

Q. I didn't ask that. I'm asking you if you know if that number is truthful, accurate, and complete.

A. Yes, that is.

Q. And there was no other revenue for Darbar Management, Inc., in 2016 other than the total number of $361,622?

A. Correct.

Q. In looking at line 8, there's a statement of salaries and wages. Do you see that?

A. Yes.

Q. And it says 21,650, correct?

A. Correct.

Q. Is that number truthful, accurate, and complete?

A. I'm guessing it came from this FUTA.

Q. Well, I'm just -- and we'll go through that later. Do you know if it's accurate?

A. I mean, I'm not an accountant. I'm reading

112

what you've given me.

Q. Well, this was given to me. I didn't prepare it.

A. Yeah, but I'm not an accountant by trade. I'm just reading what you've given me.

Q. Did you provide the line 8 number of 21,650 to your accountant?

A. Yes. I mean, I'm guessing you got it from this FUTA thing. I don't know.

Q. Did line 8 include any cash wages paid --

A. No.

Q. -- to Rogelio or Zavala?

A. No.

Q. So it is not correct then, is it?

A. I guess so. Yes.

Q. I don't want you to guess. Yes or no: Is 21,650 false or true?

A. It would be -- well, I don't know if Rogelio was working back then, so I don't know.

Q. You said he was before. Do you know if that number is truthful or false? That's all I'm asking.

A. I do not know.

Q. So you cannot then swear under oath to the accuracy of this return, can you?

113

A. I don't know how to answer this. I mean, what do you want me to say?

Q. The truth.

A. Well, what should be -- I mean, I don't -- I don't understand the answer. I don't even understand the question in full.

This is what was filed to me. I don't --

Q. Well, I know it was filed, Mr. Moten. My position is that it is false, unreliable, incomplete, and inaccurate.

A. No, I believe it's truthful.

Q. You believe it is complete and accurate, correct?

A. Correct.

Q. Even though line 8 is false, correct?

MR. MILLER: Objection. He never said it was false.

MR. NOLAN: Yes, he did. He said it didn't include the cash wages paid to Rogelio or Zavala.

BY MR. NOLAN:

Q. Correct?

A. Well, my brother could have been paying from other sources. I don't know.

Q. Nonetheless, it doesn't include the cash

114

wages, does it?

A. But if he's paying from other sources, I don't know. I don't know if it should be or should not be added here.

Q. All right. Let's do this. Let's go to the FUTA.

By the way, you did authorize that this income tax return be filed with the federal government, correct? The Exhibit 19?

A. What do you mean?

Q. You authorized this to be filed, correct?

A. Yes.

Q. All right. And, to your knowledge, it was filed, correct?

A. Yes.

Q. Let's look at Exhibit 20. This is the federal FUTA that was filed for 2016, correct?

A. Mm-hmm. Correct.

Q. And line 3 says total payments to all employees is what?

A. 21,650.

Q. And that number is false, isn't it?

A. Why would it be false?

Q. Because it doesn't include Mr. Zavala's wages,

115

first of all, correct?

A. Correct.

Q. And it doesn't Rogelio's wages if he received any cash wages, correct?

A. Correct.

Q. So it's false, correct?

A. Correct.

Q. And, therefore, the line number 8 on the 2016 tax return is also false, correct?

A. Again, I don't know where he paid for them. He could have paid from out of pocket. I don't know.

Q. You said line 3 on Exhibit 20 is false, correct?

A. Yeah, but I read off this FUTA.

Q. It's false, correct?

A. This is what was filed with the unemployment or whatever this office is.

Q. Mr. Moten, this isn't tough. Is line 3 correct or false?

MR. MILLER: I'm going to object to the form of the question.

MR. NOLAN: I'm sure you will, Rich, but this is a serious matter. Okay?

MR. MILLER: I --

116

MR. NOLAN: You filed these with the federal judge telling him he can rely on them, and these numbers are not accurate.

BY MR. NOLAN:

Q. Let's go --

MR. MILLER: Is that a question?

MR. NOLAN: No, it's a statement, Rich. And I'm going to ask that you go with caution at this point. Okay?

MR. MILLER: Okay.

BY MR. NOLAN:

Q. Mr. Moten, let me direct your attention to Exhibit Number 21. That's the Illinois quarterlies, correct?

A. Correct.

Q. And these are filed on behalf of Darbar Management, correct?

A. Correct.

Q. And that's your name at the top left, correct?

A. Correct.

Q. And you're certifying under penalty of law that these filings are truthful and correct, are you not?

A. Correct.

Case 21:00096 04D4t Document #06/09/21 Filed 06/11/21 12:56:25 PageID Exhibit

**117**

Q. Show me where Mr. Zavala's name is on any of these pages.

A. He's not on here.

Q. You're not looking. You want to check the other four?

A. He's not on here.

Q. Is Rogelio's name on here?

A. No.

Q. Therefore, these filings, which, by the way, add up to the same number, 21,650, are false, are they not?

MR. MILLER: I'm going to object to that question and instruct --

MR. NOLAN: Why?

MR. MILLER: -- my client not to answer --

MR. NOLAN: On what basis?

MR. MILLER: -- the question under the Fifth Amendment.

MR. NOLAN: Richard, this is a civil proceeding. It's improper to do that.

MR. MILLER: But --

MR. NOLAN: Do you want to withdraw your motion?

MR. MILLER: My motion -- what?

**118**

MR. NOLAN: For summary judgment.

MR. MILLER: For summary judgment?

MR. NOLAN: Yeah.

MR. MILLER: I'm going to amend it anyhow, so.

MR. NOLAN: You're going to amend it?

MR. MILLER: I --

MR. NOLAN: How about withdraw it or I proceed? Because I'm going to have to get Judge Fuentes on the phone. You cannot instruct a witness in a civil proceeding not to answer basic questions --

MR. MILLER: Well, you're asking him if he lied under oath.

MR. NOLAN: I am.

MR. MILLER: That asks self-incrimination.

MR. NOLAN: It's a civil case, Rich.

MR. MILLER: And I understand that --

MR. NOLAN: He filed the returns, I did not.

MR. MILLER: I understand. Can we take a break? Thank you.

MR. NOLAN: Yeah. There's a question pending, and I don't like this, Richard.

MR. MILLER: Okay. Well, I want to -- you asked if I want to withdraw the motion. That's

**119**

why --

MR. NOLAN: Yeah.

MR. MILLER: -- I want to talk to him. Fair? Is that fair?

MR. NOLAN: Yes.

MR. MILLER: Okay.

(A short recess was taken.)

MR. MILLER: Pursuant to discussion with my client, we are going to withdraw our motion for summary judgment at this point in time.

MR. NOLAN: Okay. I'll leave the interrogation concerning the returns for later and perhaps no date. Okay?

There will be some follow-up that I have that is not directly related to that issue. Do you want me to finish that or do you want to postpone this in general?

MR. MILLER: What's your preference?

THE WITNESS: Let's finish it.

MR. NOLAN: Finish it?

MR. MILLER: You want to finish it?

THE WITNESS: I'm --

MR. NOLAN: Based on your withdrawal of the motion, I'm not going to ask any more questions on

**120**

the tax returns. Okay?

MR. MILLER: Okay. Then finish the rest.

MR. NOLAN: If that motion is revived, then I will return to it.

Give me a moment because I think some of this can be short-circuited. Okay?

MR. MILLER: Yeah.

BY MR. NOLAN:

Q. Mr. Moten, do you know what type of cash registers were used at the restaurant between 2016 and '19?

A. No.

Q. Do you know if it's one, two, three, how many?

A. Just one.

Q. Is it electric, digital, or is it --

A. I'm not --

Q. -- just the old manual keys only with no electronic component to it?

A. No, it's electric.

Q. It is electric. Do you know what kind of software is used on that cash register?

A. None. I mean, no. I do not know.

Q. How old is it?

A. I think it's seven, eight years old, nine

years old maybe.

Q. To your knowledge, is it still on-site?

A. It is not on-site, to my knowledge.

Q. It is or isn't?

A. It is not.

Q. Do you know where it is?

A. I think garbage, I think.

Q. Well, I don't want you to guess. Do you know if that register is available or not?

A. No.

Q. Do you know if any expenses of the Kabab House were charged to a company other than Darbar Management, Inc.?

A. If any expenses were?

Q. Charged to another company. In other words, any lease expenses, any utility expenses, were those all born and paid for by Darbar Management, Inc., or did any other company pay for any of those expenses related to the restaurant?

A. No. I believe it was just Darbar Management.

Q. I saw a company by the name Delhi Darbar Kabab House, Inc. Are you familiar with that company?

A. Yes.

Q. And what is that company?

---

put that request through Mr. Miller.

Similarly, we received bank statements for Darbar Management, Inc.'s bank accounts or bank account with PNC Bank; however, we did not receive any statements for the period after December 2018. I take it that bank account is still open?

A. Correct.

Q. All right. I take it you have bank statements for 2019?

A. Correct.

Q. I'd like to get those produced to us as well.

The bank statements that were produced to us, and I'll show those to you, one sample here. This is Exhibit 30.

(Deposition Exhibit Number 30 was marked for identification.)

BY MR. NOLAN:

Q. Have you take a look at that. Who has check signing authority on this bank account?

A. Salim, me, my brother.

Q. So Salim -- the codefendant, M. Salim Moten?

A. Correct.

Q. Your brother, Imran?

A. Correct.

---

122

A. I think that was the old corporation.

Q. And you were the president of that old corporation?

A. It was me or my brother. I don't remember.

Q. Has it conducted any business since 2011?

A. I don't think so, no.

Q. Do you know if it has filed any tax returns in the last three years?

A. No.

Q. Okay. We received some records, of course, from your lawyer. One thing that we received was the Illinois Department -- the sales and use tax returns. You're familiar with those?

A. Yes.

Q. They're filed on a monthly basis, correct?

A. Correct.

Q. Okay. We did not receive any for the period after December 2018. I take it that they were filed after December 2018, at least for several months, correct?

A. Correct.

Q. And you filed them?

A. Correct.

Q. All right. I'd like to get those, and I'll

---

124

Q. And you?

A. Correct.

Q. And is that the case going back till 2016?

A. I believe so.

Q. Does Darbar Management, Inc., have any other bank accounts?

A. No.

Q. Has it had any other bank accounts going back to 2016?

A. No.

Q. Do you know why the redactions were made on the bottom of page 1 and elsewhere?

A. Why what were made?

Q. Why these items are crossed out or blacked out.

A. No.

Q. Okay.

MR. NOLAN: Rich, are those your redactions?

MR. MILLER: No.

MR. NOLAN: They're not? I mean, because I assume they're just dates and numbers, but I don't know.

THE WITNESS: What does a redaction look like?

MR. NOLAN: When you hide something.

**Page 125**

MR. MILLER: When you cross this out.

THE WITNESS: Oh, I cut those off.

BY MR. NOLAN:

Q. You did that?

A. Yeah.

Q. Okay. And why did you do that, Mr. Moten?

A. I didn't think it was important to give ledger --

Q. Okay.

A. -- amounts and dates.

Q. Well, as your lawyer can tell you, there's a procedure we're supposed to go through with privilege logs and all that when we're going to redact documents that are required to be produced, so I'll speak with your lawyer about that as well as the 2019 statements.

Do you know if there was filed a fourth-quarter report with the State of Illinois for 2019 for Darbar Management, Inc.?

A. I don't believe so.

Q. We received sales information sheets. I'll give you a sample of that. This will be Exhibit 29.

(Deposition Exhibit Number 29 was marked for identification.)

**Page 126**

BY MR. NOLAN:

Q. And this is a portion of the sales information sheet you provided to me. Whose signature is lower left on each of these --

A. Mine.

Q. -- sheets? I'm sorry?

A. Mine.

Q. All right. Where did you get the number that's listed as high-tax item from?

A. My brother Urdu [sic].

Q. From your brother?

A. Yeah.

Q. All right. You don't have any personal knowledge then of gathering that number from the cash register or any other form, correct?

A. No.

Q. I assume that's the case with all the numbers that are listed here?

A. Correct.

Q. All right. The last sales information sheet we received is for the month of July 2019, it's the last sheet, 203, D203 at the bottom. Do you see that?

A. Yes.

Q. Were there any information sheets generated

**Page 127**

after that?

A. I don't think so.

MR. NOLAN: Okay. Based on counsel's representation that the motion for summary judgment is being withdrawn, I'll adjourn the deposition at this time and not complete my interrogation concerning the tax returns as it would appear that this issue is going to be mooted.

If, however, the motion is revived and also pending the production of the other documents, I do reserve my right to renew the deposition and to follow-up with the interrogation.

In the meantime, Rich, if you have any follow-up.

MR. MILLER: Yeah, I just have a couple of questions.

CROSS-EXAMINATION

BY MR. MILLER:

Q. Mr. Moten, you had testified that you had your brother and Salim search for records; that's correct?

A. Yes.

Q. You personally didn't keep any records as it relates to Darbar Management, Inc., or the restaurants, correct?

**Page 128**

A. Correct.

Q. You also testified earlier that your brother or Salim, it might have been your brother as well, threw out documents that were in the soda room, correct?

A. Correct.

Q. But you don't know to what extent what documents were thrown out and what documents were kept; isn't that true?

A. Correct.

Q. So he may have kept certain records and threw out records that weren't relevant; is that correct? That's a possibility?

A. Yes.

Q. Okay. Do you have any idea as it relates to -- and if you don't, that's fine. Do you have any idea about how much revenue you take in on a weekly basis what percent of that might be cash?

MR. NOLAN: I'm going to make a statement. Rich, if we're going to talk about revenue, I'm going to talk about revenue. Okay?

I ceased my interrogation on the returns and the revenue because the motion is being withdrawn. Okay?

MR. MILLER: Okay.

MR. NOLAN: So if we're going to get into it, I'm going to finish it.

MR. MILLER: Okay.

MR. NOLAN: Okay?

MR. MILLER: Well, I'll strike that question.

MR. NOLAN: Okay. Thank you.

MR. MILLER: Okay?

BY MR. MILLER:

Q. You earlier looked at the plaintiff's timecards with that spreadsheet, correct?

A. Yes.

Q. Do you recall that?

A. Yes.

Q. And I don't know what exhibit that was. It's right here. It's Exhibit Number 17. Do you recall looking at that?

A. Yes.

Q. Do you have any explanation of why the plaintiff is missing certain time periods in this particular?

A. My understanding is he didn't work.

Q. What is your understanding -- let me backup.

Did the plaintiff work 12 months out of the year '16, '17, '18, and '19?

A. No.

Q. What is your understanding of why he didn't work those 12 consecutive months in '16, '17, '18, and '19?

A. My brother also mentioned that -- well, he would sell ice cream in the summer and he was also scrap metal collecting, so he was doing those things. Just he didn't want to work when they would ask him.

Q. So it's your belief that he did not work every month, every week in '16, '17, '18, and '19?

A. Correct.

Q. Okay. And thus, that would explain the gaps in the timecards?

A. Correct.

Q. We were talking about the cash register earlier. Do you recall that?

A. Yes.

Q. Does that cash register, does it have any memory function, like I could hit a calculation key and I could get the revenue for '16?

A. Not to my knowledge, no.

Q. It's just a simple, basic cash register?

A. Yeah.

Q. It's not a POS system, correct?

A. No, it's a cash register. It doesn't have any kind of -- from my understanding, there was no -- I don't know the word for it, but there was no, like, data on it or anything like that.

Q. No data capture?

A. Right.

Q. So if we had the cash register today, we couldn't hit a button and get all the revenues for the last year, two years?

A. To my knowledge, that is correct.

Q. Okay. Do you know: Is the majority of your business takeout or eat-in?

A. I was not there in the past four or five years that much, but, I mean, it was I would say a mixture of both.

Q. 60/40? 50/50?

MR. NOLAN: I think he's guessing at this point.

BY THE WITNESS:

A. I mean, I wasn't --

Q. If you don't, you don't know.

A. I don't know.

Q. Okay. That's fair.

We had talked earlier and you had testified to your father owning a restaurant that had a similar name? Do you recall that?

A. Yes.

Q. The restaurant that you opened up under Darbar Management, Inc., is a new entity and had no relation to the prior restaurant your father --

A. Correct.

Q. -- ran, correct?

A. Correct.

Q. And you opened that up in, what did you say, 2009?

A. It was like 2010, I believe.

Q. Okay.

MR. MILLER: I have no further questions.

MR. NOLAN: Okay. I'm just going to grab one here that we had produced recently. I don't think I have a copy handy, but I'll let you see it. This is our production last week, P13. Okay?

REDIRECT EXAMINATION

BY MR. NOLAN:

Q. I'm going to hand this to you. Does that look familiar to you, Mr. Moten?

A. Yes.

Q. Is that your restaurant?

**133**

A. That's correct.

Q. Okay. And what's it say on the awning? "Established" when?

A. "Established 1986."

Q. Okay. I'll take that back. We'll mark this. What number did we leave off? 30? So I think this will be 31 and I'll mark it as such. Okay?

MR. MILLER: Okay.

MR. NOLAN: I think we're going to be out of order anyway. I'll leave it at that based on the withdrawal of the motion. All right?

MR. MILLER: Okay.

MR. NOLAN: Your lawyer probably explained to you how this works. The court reporter is going to go back and type this up. You have the opportunity to review the transcript. You can't make substantive changes, but you can correct typos and name spellings, or you can waive it. I don't know what you care to do.

MR. MILLER: We're going to reserve at this time.

MR. NOLAN: Okay. And you can write it up,

**135**

STATE OF ILLINOIS )
                   ) SS.
COUNTY OF COOK     )

I, BETH SKLAR, Certified Shorthand Reporter and Registered Professional Reporter, do hereby certify that on the 4th day of March, 2020, the deposition of the witness, IRFAN MOTEN, called by the Plaintiff, was taken before me, reported stenographically and was thereafter reduced to typewriting under my direction.

The said deposition was taken at the offices of Nolan Law Office, 53 West Jackson Boulevard, Suite 1137, Chicago, Illinois, and there were present Counsel as previously set forth.

The said witness, IRFAN MOTEN, was first duly sworn to tell the truth, the whole truth, and nothing but the truth, and was then examined upon oral interrogatories.

I further certify that the foregoing is a true, accurate and complete record of the questions asked of and answers made by the said witness, IRFAN MOTEN, at the time and place hereinabove referred to.

The signature of the witness, IRFAN MOTEN, was not waived by agreement.

The undersigned is not interested in the within, case, nor of kin or counsel to any of the parties.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office in Cook County, Illinois, this 12th day of March, 2020.

_____ *Beth Sklar* _____
Beth Sklar, CSR, RPR
License No. 084-002148

**134**

Beth.

THE REPORTER: Are you taking a copy, counsel?

MR. MILLER: Let me -- I'll get back to you.

(Deposition Exhibit Number 31 was marked for identification.)

(Witness excused.)

(The deposition was concluded at 12:50 p.m.)

**136**

REPORTER:  BETH SKLAR

DEPOSITION OF: IRFAN MOTEN

TAKEN: 03/04/2020

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

IRFAN MOTEN

REPORTER: BETH SKLAR

DEPOSITION OF: IRFAN MOTEN

TAKEN: 03/04/2020

WITNESS CERTIFICATE

Case Caption: ZAVALA-ALVAREZ vs. DARBAR

I hereby certify that I have read the entire transcript of my deposition consisting of pages 1 through 137, inclusive. Subject to the changes set forth on the preceding pages, the foregoing is a true and correct transcript of my deposition.

Signed on the _____ day of _____,

_____.

_____

IRFAN MOTEN

SUBSCRIBED AND SWORN TO before me this_____day of_____, _____.

_____

NOTARY PUBLIC

| $ | | | 3 | 28:22, 43:10 |
|---|---|---|---|---|

**$361,622** [1] - 111:12
**$450** [1] - 72:22

**'**

**'09** [3] - 47:22, 48:2, 48:3
**'13** [1] - 69:6
**'14** [1] - 69:6
**'15** [1] - 69:6
**'16** [8] - 56:4, 109:11, 110:8, 110:10, 129:24, 130:3, 130:10, 130:20
**'17** [10] - 10:14, 45:4, 45:9, 80:1, 100:23, 103:16, 129:24, 130:3, 130:10
**'18** [10] - 10:14, 45:4, 45:9, 66:7, 100:23, 100:24, 103:16, 129:24, 130:3, 130:10
**'19** [9] - 45:4, 45:10, 65:19, 66:7, 89:20, 120:11, 129:24, 130:4, 130:10
**'86** [1] - 82:9

**0**

**03/04/2020** [2] - 136:2, 137:2
**084-002148** [1] - 135:20

**1**

**1** [10] - 3:9, 11:11, 11:15, 35:20, 35:24, 51:16, 88:2, 91:19, 124:12, 137:8
**10** [10] - 3:19, 9:16, 28:6, 28:11, 31:11, 31:16, 33:5, 33:7, 33:17, 51:13
**102** [1] - 4:6
**1051** [1] - 2:10
**109** [3] - 4:6, 4:7, 4:8
**1099** [1] - 62:23
**11** [5] - 3:9, 3:21, 33:9, 33:12, 33:18
**1137** [3] - 1:18, 2:4, 135:8
**12** [7] - 3:23, 38:23, 39:1, 78:10, 78:12,

129:23, 130:3
**123** [1] - 4:9
**125** [1] - 4:9
**127** [1] - 3:4
**12:50** [1] - 134:7
**12th** [1] - 135:16
**13** [3] - 4:3, 39:3, 39:4
**132** [1] - 3:5
**134** [1] - 4:10
**137** [1] - 137:9
**14** [3] - 79:16, 91:19, 92:3
**15** [4] - 4:4, 40:13, 40:15, 102:7
**15th** [1] - 28:16
**17** [6] - 4:5, 87:8, 87:10, 87:19, 90:2, 129:15
**18** [6] - 4:6, 90:22, 91:6, 91:7, 102:1, 102:3
**19** [7] - 4:6, 109:10, 109:12, 109:23, 110:3, 110:7, 114:9
**19-cv-4041** [1] - 6:4
**1986** [3] - 80:23, 81:14, 133:4
**1:19-cv-4041** [1] - 1:7
**1A** [1] - 110:23
**1B** [1] - 21:23

**2**

**2** [10] - 3:10, 12:11, 21:1, 21:2, 21:15, 44:6, 44:14, 90:2, 94:2
**2/17/77** [1] - 7:13
**20** [8] - 4:7, 32:19, 46:1, 109:15, 109:16, 109:23, 114:16, 115:12
**2000** [2] - 37:22, 38:12
**2007** [1] - 82:12
**2008** [2] - 82:11, 82:12
**2009** [6] - 10:23, 81:5, 81:23, 82:1, 82:13, 132:11
**2010** [3] - 10:3, 81:7, 132:12
**2011** [1] - 122:5
**2015** [1] - 84:18
**2016** [37] - 4:6, 4:7, 10:14, 45:4, 45:9, 45:17, 45:20, 46:18,

54:4, 55:20, 56:3, 56:13, 65:15, 65:18, 68:14, 72:2, 78:4, 80:1, 80:4, 80:7, 84:6, 84:9, 86:18, 87:4, 89:10, 89:15, 103:16, 109:7, 109:11, 109:24, 110:23, 111:11, 114:17, 115:8, 120:10, 124:3, 124:9
**2017** [6] - 66:7, 71:19, 71:23, 80:9, 86:21, 92:9
**2018** [7] - 71:16, 80:11, 86:23, 92:14, 122:18, 122:19, 123:5
**2019** [43] - 13:8, 13:13, 13:17, 13:20, 13:24, 14:3, 19:8, 19:10, 27:7, 28:16, 29:7, 29:21, 30:2, 35:17, 45:18, 49:4, 50:5, 54:4, 55:20, 56:3, 57:6, 57:14, 65:15, 68:14, 68:21, 68:22, 71:13, 78:4, 80:13, 83:17, 83:18, 84:9, 87:1, 87:4, 89:12, 89:19, 89:23, 102:22, 123:9, 125:15, 125:18, 126:21
**2020** [5] - 1:19, 12:3, 102:7, 135:5, 135:16
**203** [1] - 126:22
**21** [7] - 3:10, 4:8, 37:5, 109:18, 109:21, 109:23, 116:13
**21,650** [5] - 111:17, 112:6, 112:17, 114:21, 117:10
**22** [3] - 29:7, 30:6, 103:3
**22nd** [1] - 29:21
**24,000** [2] - 18:7, 18:8
**25** [1] - 3:11
**26** [1] - 3:12
**26(A)(1** [1] - 3:10
**26th** [2] - 12:3, 12:14
**27** [2] - 3:14, 3:14
**28** [1] - 3:15
**29** [3] - 4:9, 125:21, 125:22
**2:30** [1] - 94:3

**3** [11] - 3:11, 25:13, 25:14, 28:4, 41:21, 44:5, 44:9, 83:9, 114:19, 115:12, 115:18
**30** [8] - 4:9, 30:2, 30:6, 35:17, 103:3, 123:14, 123:15, 133:7
**31** [4] - 3:16, 4:10, 133:7, 134:4
**312-322-1100** [1] - 2:5
**33** [4] - 3:17, 3:18, 3:19, 3:21
**34** [1] - 3:19
**361,622** [1] - 110:24
**39** [2] - 3:23, 4:3

**4**

**4** [10] - 3:12, 26:3, 26:5, 27:6, 41:21, 41:22, 44:5, 44:8, 58:20
**40** [1] - 4:4
**400** [1] - 2:10
**409-7460** [1] - 8:24
**418-2300** [1] - 9:4
**4:45** [1] - 93:22
**4th** [2] - 1:19, 135:5

**5**

**5** [8] - 3:4, 3:14, 9:16, 26:23, 27:1, 38:13, 94:7, 103:11
**50/50** [1] - 131:16
**53** [3] - 1:17, 2:4, 135:7
**5:15** [1] - 93:23

**6**

**6** [3] - 3:14, 27:11, 27:12
**60/40** [1] - 131:16
**60173** [1] - 2:11
**60604** [1] - 2:5
**6448** [1] - 7:9
**6715** [1] - 7:17

**7**

**7** [4] - 3:15, 28:20,

**77** [5] - 44:20, 45:3, 45:7, 45:8, 78:7
**773** [1] - 9:6
**79** [3] - 44:20, 45:7, 78:7
**7:30** [1] - 43:10

**8**

**8** [9] - 3:16, 31:4, 31:5, 58:19, 111:14, 112:6, 112:10, 113:15, 115:8
**847** [1] - 8:24
**847-995-1205** [1] - 2:11
**87** [1] - 4:5
**8:00** [1] - 43:10

**9**

**9** [3] - 3:17, 33:1, 33:15
**9:49** [1] - 1:19

**A**

**A-h-m-e-d** [1] - 56:6
**A-i-s-h-a** [1] - 88:11
**A-s-i-f** [2] - 17:4, 17:6
**a.m** [7] - 1:19, 41:21, 41:22, 44:5, 44:6, 44:9, 44:14
**a/k/a** [1] - 1:4
**able** [1] - 55:19
**absence** [1] - 46:4
**accident** [1] - 52:5
**According** [1] - 83:22
**according** [1] - 42:12
**ACCOUNT** [1] - 4:9
**account** [3] - 123:3, 123:6, 123:19
**accountant** [23] - 29:15, 29:16, 35:7, 35:18, 36:1, 36:2, 36:13, 36:15, 104:10, 104:15, 104:19, 106:11, 106:13, 107:1, 108:13, 110:6, 110:17, 110:21, 111:5, 111:24, 112:4, 112:7
**accounts** [3] - 123:3, 124:6, 124:8
**accuracy** [4] -

103:20, 107:13, 108:5, 112:24

**accurate** [21] - 26:14, 28:2, 34:19, 39:15, 92:22, 92:24, 93:2, 93:9, 102:16, 104:8, 104:10, 104:13, 106:9, 107:24, 111:8, 111:19, 111:23, 113:12, 116:3, 135:11

**accurately** [1] - 108:9

**acquire** [1] - 10:1

**acquired** [3] - 10:4, 80:18, 81:8

**active** [5] - 12:21, 12:22, 16:5, 16:6, 32:2

**actual** [2] - 94:21, 103:24

**add** [1] - 117:10

**added** [1] - 114:4

**addition** [1] - 70:21

**address** [2] - 7:8, 41:4

**adjourn** [1] - 127:5

**admit** [1] - 28:9

**AFFIDAVIT** [2] - 3:17, 4:6

**affidavit** [5] - 32:17, 33:23, 102:6, 102:13, 106:21

**affirmatively** [1] - 107:22

**affirmed** [2] - 5:9, 107:18

**affixed** [1] - 135:16

**afternoon** [1] - 44:8

**age** [1] - 24:14

**agent** [1] - 12:5

**ago** [12] - 5:19, 7:21, 41:13, 50:20, 55:10, 57:4, 66:5, 79:20, 84:23, 100:13, 101:20, 101:22

**agreement** [3] - 6:2, 34:5, 135:13

**ahead** [9] - 6:14, 8:6, 8:10, 23:4, 75:15, 76:5, 91:13, 96:17, 96:18

**Ahmed** [1] - 56:7

**Aisha** [2] - 88:7, 88:8

**ALBERTO** [1] - 1:4

**Alicia** [2] - 74:17, 76:18

**allegation** [1] - 28:6

**allegations** [1] - 28:9

**allow** [1] - 6:13

**allowed** [2] - 44:13,

58:11

**Alvarez** [1] - 6:3

**ALVAREZ** [2] - 1:4, 137:5

**amend** [2] - 118:4, 118:5

**amended** [2] - 31:3, 31:11

**AMENDED** [1] - 3:16

**Amendment** [1] - 117:18

**amount** [5] - 65:18, 91:24, 98:10, 104:1, 104:23

**amounts** [4] - 103:21, 104:8, 108:10, 125:10

**AN** [1] - 4:7

**AND** [3] - 3:18, 4:5, 137:18

**Anjaam** [3] - 51:22, 52:14, 57:2

**answer** [26] - 6:14, 6:18, 6:20, 8:10, 27:15, 27:18, 27:21, 28:1, 31:2, 31:10, 31:15, 31:20, 34:22, 46:10, 75:15, 76:5, 83:23, 85:2, 104:20, 105:11, 107:2, 113:1, 113:5, 117:15, 118:10

**ANSWER** [4] - 3:11, 3:14, 3:16, 3:19

**answered** [3] - 6:22, 83:13, 109:3

**answering** [1] - 53:3

**Answers** [1] - 25:20

**ANSWERS** [1] - 3:23

**answers** [15] - 6:7, 6:9, 25:12, 26:12, 26:17, 33:6, 33:16, 33:21, 38:23, 39:10, 51:14, 83:8, 84:15, 135:12

**anyhow** [1] - 118:4

**anyway** [1] - 133:11

**appear** [1] - 127:7

**APPEARANCES** [1] - 2:1

**appearing** [1] - 62:13

**approach** [2] - 18:13, 18:14

**approached** [1] - 18:17

**April** [1] - 83:18

**area** [1] - 9:5

**Asif** [8] - 17:15, 17:17, 18:2, 18:6, 18:15, 18:18, 19:5, 35:9

**Asif's** [1] - 19:16

**aspect** [1] - 16:10

**assigned** [1] - 58:4

**assume** [6] - 6:21, 36:4, 46:6, 100:15, 124:21, 126:17

**assumed** [2] - 12:16, 12:23

**assuming** [5] - 20:6, 20:8, 64:6, 64:7, 104:13

**assumption** [1] - 46:22

**attention** [5] - 34:12, 83:10, 103:11, 108:22, 116:12

**attorney** [3] - 5:13, 6:16, 32:18

**August** [3] - 13:14, 28:16, 103:6

**authenticated** [1] - 20:22

**authority** [1] - 123:19

**authorize** [3] - 29:18, 110:2, 114:7

**authorized** [1] - 114:11

**auto** [1] - 52:5

**available** [1] - 121:9

**aware** [16] - 14:22, 19:18, 35:3, 56:18, 62:14, 64:20, 65:16, 65:17, 65:21, 73:17, 75:9, 86:2, 86:4, 97:15, 97:22, 99:13

**awning** [1] - 133:2

## B

**backup** [1] - 129:22

**bad** [1] - 8:4

**BANK** [1] - 4:9

**Bank** [2] - 110:16, 123:4

**bank** [13] - 110:12, 110:15, 110:16, 110:21, 123:2, 123:3, 123:6, 123:8, 123:12, 123:19, 124:6, 124:8

**banker's** [1] - 23:10

**base** [1] - 96:6

**based** [3] - 34:22, 104:18, 133:12

**Based** [2] - 119:23, 127:3

**basic** [2] - 118:10, 130:22

**basing** [1] - 83:23

**basis** [4] - 73:4, 117:16, 122:15, 128:17

**bathrooms** [1] - 97:14

**behalf** [6] - 2:2, 2:8, 36:5, 76:17, 89:15, 116:16

**belabor** [1] - 102:20

**belief** [1] - 130:9

**Beth** [3] - 5:3, 134:1, 135:19

**BETH** [4] - 1:14, 135:4, 136:1, 137:1

**Between** [1] - 56:3

**between** [11] - 6:2, 18:2, 54:4, 55:20, 65:14, 65:18, 78:4, 81:24, 84:9, 87:4, 120:10

**big** [2] - 23:10, 75:20

**bill** [1] - 17:21

**birth** [1] - 7:12

**bit** [2] - 30:4, 101:13

**blacked** [1] - 124:14

**born** [1] - 121:17

**boss** [3] - 42:9, 42:11, 46:7

**bottom** [6] - 28:5, 30:8, 91:11, 91:13, 124:12, 126:22

**Boulevard** [3] - 1:18, 2:4, 135:7

**box** [8] - 23:7, 23:9, 23:10, 23:13, 23:18, 23:20, 77:9, 95:5

**boy** [1] - 82:19

**break** [5] - 7:4, 51:10, 87:14, 101:12, 118:20

**Broadway** [3] - 81:19, 82:2, 82:16

**broke** [1] - 101:22

**broker** [3] - 37:4, 38:11, 38:12

**brother** [70] - 7:16, 18:17, 22:3, 22:5, 22:18, 23:2, 23:24, 25:1, 34:23, 35:13, 36:12, 41:13, 41:24, 42:5, 43:24, 44:7, 45:6, 46:5, 46:6, 46:10, 46:15, 47:10, 47:19, 48:5, 49:19, 51:5, 51:6, 52:23, 53:2, 54:6, 58:2, 61:15, 73:1, 73:22, 74:10, 76:13, 77:4, 77:23, 79:5, 79:8, 83:24, 84:12, 85:24,

86:2, 94:13, 94:14, 94:23, 95:4, 98:8, 99:14, 101:6, 101:7, 105:20, 106:10, 106:12, 106:19, 106:23, 107:8, 110:7, 110:19, 113:22, 122:4, 123:20, 123:23, 126:10, 126:11, 127:20, 128:2, 128:3, 130:5

**bulk** [1] - 15:13

**busboy** [5] - 68:3, 68:7, 75:5, 75:22, 97:4

**Busboys** [1] - 60:10

**busboys** [3] - 60:14, 75:8, 75:18

**business** [51] - 10:18, 12:15, 12:20, 12:23, 13:6, 14:10, 14:13, 14:15, 15:3, 15:8, 15:11, 15:17, 15:18, 15:22, 16:11, 16:16, 17:17, 17:18, 18:14, 19:12, 19:15, 19:19, 29:20, 35:5, 35:10, 36:5, 38:6, 40:19, 40:20, 40:23, 41:1, 41:9, 42:12, 44:2, 46:19, 47:20, 48:1, 48:6, 49:13, 50:8, 57:9, 57:12, 64:20, 71:8, 72:5, 81:10, 99:20, 103:2, 103:8, 122:5, 131:12

**BUSINESS** [1] - 4:4

**businesses** [1] - 16:14

**button** [2] - 93:14, 131:8

**buy** [2] - 17:17, 17:18

**buyer** [1] - 35:10

**BY** [49] - 3:4, 3:4, 3:5, 5:12, 8:11, 8:17, 11:13, 11:19, 21:5, 25:17, 26:7, 27:3, 27:14, 29:1, 31:8, 33:14, 39:8, 39:20, 40:17, 51:12, 54:1, 64:18, 64:22, 75:13, 75:17, 76:6, 77:1, 87:22, 88:18, 91:5, 91:17, 101:15, 102:5, 105:10, 106:6, 108:7, 109:4, 109:22, 113:20, 116:4, 116:11, 120:8, 123:17, 125:3, 126:1,

127:18, 129:8, 131:19, 132:20

## C

calculation [1] - 130:19
cameras [1] - 101:17
cannot [3] - 108:4, 112:23, 118:9
capacity [1] - 17:18
Caption [1] - 137:5
capture [1] - 131:5
card [10] - 40:19, 40:20, 40:23, 41:1, 41:9, 42:13, 44:2, 59:21, 91:7, 92:8
CARD [1] - 4:5
cards [2] - 25:5, 96:21
care [1] - 133:21
careful [1] - 90:7
case [8] - 5:20, 21:16, 34:15, 40:19, 118:16, 124:3, 126:17, 135:14
Case [2] - 1:7, 137:5
cash [71] - 47:14, 49:15, 62:11, 64:12, 64:19, 64:23, 65:2, 66:17, 68:11, 69:19, 69:22, 70:2, 70:5, 70:9, 70:21, 71:3, 71:6, 71:7, 71:16, 71:19, 71:24, 72:4, 72:5, 72:17, 85:7, 85:15, 85:17, 85:23, 86:2, 86:7, 86:8, 86:14, 87:3, 97:23, 98:2, 98:5, 98:10, 98:12, 98:24, 99:5, 99:12, 99:15, 99:17, 104:24, 105:7, 105:8, 105:14, 105:18, 105:22, 106:7, 106:8, 107:4, 108:11, 108:15, 108:23, 112:10, 113:19, 113:24, 115:4, 120:9, 120:21, 126:14, 128:17, 130:15, 130:18, 130:22, 131:1, 131:7
Cash [1] - 105:17
caution [1] - 116:8
cease [3] - 14:9, 14:12, 48:8
ceased [5] - 13:6, 14:6, 14:24, 28:15,

128:21
cell [1] - 9:1
Century [1] - 37:5
certain [3] - 84:17, 128:10, 129:19
certainly [2] - 64:19, 89:9
CERTIFICATE [1] - 137:4
Certified [2] - 1:14, 135:4
certified [1] - 29:10
certify [3] - 135:4, 135:11, 137:7
certifying [2] - 103:14, 116:21
cessation [2] - 15:3, 15:17
chairs [2] - 79:17
change [6] - 136:6, 136:9, 136:12, 136:15, 136:18, 136:21
changed [13] - 6:6, 9:12, 19:22, 20:7, 20:8, 20:10, 20:12, 41:13, 41:24, 42:1, 43:24, 44:4, 44:7
changes [3] - 91:19, 133:19, 137:9
charge [3] - 46:3, 46:11, 46:23
charged [1] - 121:12
Charged [1] - 121:15
CHART [1] - 4:5
chart [6] - 87:23, 88:19, 88:21, 89:9, 89:12, 89:22
check [8] - 45:17, 47:15, 62:11, 64:12, 66:20, 70:22, 117:4, 123:18
CHECKING [1] - 4:9
Chicago [4] - 1:18, 2:5, 20:5, 135:8
chicken [1] - 97:11
chopped [1] - 97:11
circuited [1] - 120:6
City [1] - 20:5
civil [3] - 117:19, 118:10, 118:16
Civil [1] - 1:16
clarification [1] - 53:19
cleaned [2] - 61:4, 61:15
cleaners [1] - 53:23
cleaning [2] - 97:14, 97:16
clear [6] - 13:15,

16:1, 86:17, 99:3, 103:12, 103:13
client [2] - 117:15, 119:9
clients [1] - 21:14
clock [3] - 59:20, 59:21, 59:23
close [1] - 42:18
closed [8] - 42:16, 42:22, 42:24, 43:1, 43:16, 43:17, 82:1, 94:2
co [8] - 22:7, 22:18, 30:15, 35:13, 39:24, 40:20, 47:24, 51:23
co-defendant [8] - 22:7, 22:18, 30:15, 35:13, 39:24, 40:20, 47:24, 51:23
code [1] - 9:5
codefendant [5] - 52:23, 53:2, 54:15, 63:1, 123:21
collecting [1] - 130:7
college [1] - 100:4
commencing [1] - 1:19
common [1] - 93:20
company [6] - 121:12, 121:15, 121:18, 121:21, 121:22, 121:24
compensation [1] - 49:6
compilations [1] - 21:24
complaint [7] - 27:15, 27:19, 28:1, 31:3, 31:11, 51:4
COMPLAINT [2] - 3:15, 3:17
complete [12] - 26:14, 34:20, 102:14, 102:16, 104:9, 106:9, 111:3, 111:8, 111:20, 113:12, 127:6, 135:11
COMPLIANCE [1] - 3:18
component [1] - 120:18
comprehensive [1] - 52:19
computer [1] - 88:14
computers [1] - 58:10
concern [1] - 46:18
concerning [3] - 36:4, 119:12, 127:7
concluded [1] - 134:7

conditions [1] - 8:4
conduct [1] - 16:13
conducted [2] - 34:23, 122:5
conducting [3] - 12:15, 12:23, 13:6
conference [1] - 51:9
connection [1] - 22:2
consecutive [1] - 130:3
consistent [1] - 92:3
consisting [1] - 137:8
contend [2] - 13:2, 13:4
context [1] - 50:21
continually [1] - 57:5
CONTINUED [1] - 4:1
conversation [1] - 9:17
cook [6] - 73:15, 73:18, 74:13, 77:16, 78:12
COOK [1] - 135:2
Cook [1] - 135:16
cooked [1] - 78:17
cooking [10] - 73:20, 73:22, 73:23, 74:1, 77:20, 77:21, 77:22, 77:23, 78:1, 78:5
cooks [3] - 53:22, 60:8, 77:19
cooler [2] - 78:13, 78:18
copies [1] - 11:16
copy [3] - 40:13, 132:17, 134:2
corner [1] - 91:12
corporate [5] - 11:23, 15:2, 15:16, 15:19, 36:23
CORPORATION [1] - 4:7
corporation [11] - 1:8, 12:21, 12:22, 16:4, 19:20, 32:1, 32:2, 34:9, 107:19, 122:1, 122:3
CORPORATION / LLC [1] - 3:9
Correct [189] - 7:19, 9:2, 10:6, 10:9, 10:11, 10:22, 10:24, 11:2, 11:23, 12:1, 12:4, 12:7, 12:9, 12:13, 12:17, 13:18, 13:21, 16:12, 16:21, 16:24, 17:16, 19:4, 22:8, 22:20, 22:23, 26:1,

26:8, 26:15, 27:8, 27:17, 27:23, 28:3, 28:13, 28:17, 29:6, 29:9, 29:12, 30:7, 30:11, 30:13, 30:16, 31:13, 31:21, 32:7, 33:19, 34:11, 34:18, 34:21, 35:2, 36:14, 36:21, 36:24, 39:14, 39:17, 41:19, 41:23, 42:2, 42:4, 42:15, 43:14, 44:3, 44:10, 44:12, 44:15, 44:18, 45:1, 46:8, 46:16, 47:6, 47:9, 47:12, 47:18, 47:23, 48:4, 50:3, 50:6, 50:12, 51:3, 51:19, 52:1, 52:5, 52:21, 53:1, 53:9, 53:12, 53:21, 53:24, 54:8, 54:11, 54:16, 54:19, 56:8, 58:23, 60:1, 60:5, 61:10, 62:20, 62:22, 63:19, 65:5, 66:21, 67:7, 67:12, 70:3, 70:20, 71:2, 71:5, 71:9, 71:11, 71:22, 72:1, 72:3, 72:6, 73:3, 74:6, 75:14, 75:24, 76:7, 76:16, 77:13, 77:14, 78:9, 81:9, 81:21, 82:10, 82:14, 83:19, 84:7, 84:10, 84:19, 85:3, 85:8, 86:19, 86:22, 86:24, 87:2, 87:6, 89:8, 89:11, 89:13, 92:21, 93:10, 93:18, 94:1, 94:9, 95:3, 95:7, 96:13, 98:3, 99:7, 102:8, 102:19, 103:1, 103:4, 103:7, 103:10, 103:14, 106:20, 107:9, 110:1, 111:2, 111:13, 111:18, 113:14, 113:21, 114:18, 115:2, 115:5, 115:7, 116:15, 116:18, 116:20, 116:24, 122:16, 122:21, 122:23, 123:7, 123:10, 123:22, 123:24, 124:2, 126:19, 128:1, 128:5, 128:9, 130:11, 130:14, 132:7, 132:9
correct [172] - 9:1, 10:5, 10:8, 10:10, 10:18, 10:21, 10:23, 11:24, 12:3, 12:6,

12:8, 12:12, 12:16, 12:18, 12:21, 13:17, 13:20, 13:24, 14:3, 16:7, 17:10, 17:15, 21:20, 22:7, 22:19, 25:21, 25:24, 26:4, 26:10, 26:14, 27:4, 27:7, 27:16, 27:22, 28:2, 28:10, 28:16, 29:5, 29:8, 29:11, 29:14, 30:6, 30:10, 30:15, 31:12, 31:18, 32:6, 33:18, 33:23, 34:6, 34:10, 34:17, 34:20, 35:1, 36:13, 39:13, 39:16, 41:4, 41:6, 41:9, 41:18, 41:22, 42:21, 43:13, 44:2, 44:9, 44:17, 44:21, 44:24, 45:4, 45:10, 46:15, 47:11, 50:5, 50:11, 51:18, 51:24, 52:20, 52:24, 53:14, 53:15, 61:21, 62:19, 62:21, 67:6, 69:2, 69:3, 70:19, 71:1, 71:8, 72:2, 72:5, 75:19, 76:2, 76:19, 76:23, 77:2, 77:10, 78:20, 79:12, 81:8, 81:20, 82:9, 82:12, 82:13, 83:24, 84:9, 84:19, 85:7, 85:18, 86:21, 86:23, 87:1, 87:5, 89:7, 89:10, 89:12, 90:11, 92:20, 92:23, 93:2, 93:9, 93:17, 93:24, 95:6, 98:2, 102:7, 102:14, 102:24, 103:6, 103:9, 103:17, 105:11, 105:18, 106:13, 108:1, 108:8, 109:24, 111:1, 111:17, 112:14, 113:13, 113:15, 114:9, 114:11, 114:14, 114:17, 115:1, 115:4, 115:6, 115:9, 115:13, 115:15, 115:19, 116:14, 116:17, 116:19, 116:22, 122:15, 122:20, 126:15, 127:20, 127:24, 128:4, 128:11, 129:10, 130:24, 131:10, 132:8, 133:1, 133:19, 137:11

**Counsel** [1] - 135:8

**counsel** [3] - 6:3,

134:2, 135:14

**counsel 's** [1] - 127:3

**count** [1] - 97:23

**COUNTY** [1] - 135:2

**County** [1] - 135:16

**couple** [5] - 7:21, 32:12, 40:12, 51:10, 127:15

**course** [3] - 20:21, 26:17, 122:10

**COURT** [2] - 1:1, 3:18

**court** [4] - 6:9, 27:22, 108:4, 133:16

**Court** [1] - 7:9

**CPA** [2] - 29:17, 104:14

**cream** [1] - 130:6

**Crescent** [1] - 29:17

**cross** [1] - 125:1

**CROSS** [2] - 3:2, 127:17

**CROSS-EXAMINATION** [1] - 127:17

**crossed** [1] - 124:14

**CSR** [2] - 5:3, 135:19

**curious** [2] - 19:14, 107:12

**curtailed** [1] - 43:21

**customer** [3] - 44:6, 44:13, 94:2

**cut** [1] - 125:2

**CyberDrive** [1] - 11:22

## D

**d/b/a** [1] - 1:8

**D1** [1] - 34:15

**D203** [1] - 126:22

**D264** [1] - 34:15

**daily** [3] - 97:15, 98:12, 99:4

**Darbar** [50] - 6:3, 10:1, 10:4, 10:8, 10:10, 10:15, 10:20, 11:4, 11:24, 12:14, 12:16, 12:19, 12:23, 13:4, 13:6, 13:16, 13:19, 13:22, 13:23, 14:6, 14:18, 14:23, 15:9, 15:21, 16:3, 16:10, 16:13, 21:19, 28:7, 28:8, 29:5, 31:23, 34:10, 35:5, 36:6, 80:22, 83:15, 102:21, 110:23, 111:10, 116:16,

121:12, 121:17, 121:20, 121:21, 123:3, 124:5, 125:18, 127:23, 132:4

**DARBAR** [4] - 1:8, 1:9, 4:11, 137:5

**data** [3] - 21:24, 131:3, 131:5

**date** [10] - 7:12, 14:5, 14:8, 14:23, 16:19, 28:15, 91:24, 93:11, 100:22, 119:13

**date-stamped** [1] - 93:11

**dated** [2] - 12:2, 32:19

**dates** [7] - 20:17, 49:5, 57:7, 90:9, 100:10, 124:21, 125:10

**daughter** [2] - 88:3, 88:4

**daughter 's** [1] - 88:6

**day-to-day** [2] - 45:12, 46:7

**days** [9] - 42:13, 44:11, 57:24, 58:5, 63:20, 69:12, 73:7, 85:11

**December** [5] - 31:11, 61:7, 122:18, 122:19, 123:5

**decided** [2] - 47:5, 47:13

**decisions** [1] - 50:10

**defendant** [8] - 22:7, 22:18, 30:15, 35:13, 39:24, 40:20, 47:24, 51:23

**Defendant** [1] - 28:8

**DEFENDANT 'S** [1] - 3:10

**Defendant 's** [1] - 88:1

**Defendants** [3] - 1:10, 2:8, 83:14

**defendants** [1] - 34:16

**DEFENDANTS '** [2] - 3:14, 3:16

**Delhi** [21] - 10:1, 12:16, 12:19, 12:23, 13:4, 13:6, 13:16, 13:19, 13:22, 13:23, 14:6, 14:18, 14:23, 15:9, 15:21, 16:2, 28:7, 35:5, 36:6, 80:22, 121:21

**DELHI** [2] - 1:9, 4:11

**delivery** [1] - 99:20

**Department** [2] - 15:14, 122:12

**depicted** [1] - 93:9

**deposed** [1] - 6:5

**DEPOSITION** [25] - 3:9, 3:10, 3:11, 3:12, 3:14, 3:14, 3:15, 3:16, 3:17, 3:19, 3:21, 3:23, 4:3, 4:4, 4:5, 4:6, 4:6, 4:7, 4:8, 4:9, 4:9, 4:10, 136:1, 136:3, 137:1

**deposition** [11] - 1:13, 5:18, 6:1, 20:21, 127:5, 127:11, 134:7, 135:5, 135:7, 137:8, 137:11

**Deposition** [25] - 5:3, 11:11, 11:15, 21:1, 21:2, 25:14, 26:5, 27:1, 27:12, 28:22, 31:5, 33:1, 33:7, 33:12, 39:1, 39:4, 40:15, 87:10, 102:3, 109:12, 109:16, 109:18, 123:15, 125:22, 134:4

**depositions** [1] - 1:16

**described** [3] - 43:21, 45:3, 50:11

**DESCRIPTION** [2] - 3:8, 4:2

**descriptions** [1] - 97:21

**determined** [1] - 95:24

**device** [1] - 9:10

**Devon** [4] - 81:20, 81:22, 82:1, 83:5

**devote** [1] - 38:5

**different** [4] - 60:13, 81:16, 90:22, 93:7

**differently** [1] - 92:17

**digital** [1] - 120:15

**digitally** [1] - 58:11

**direct** [1] - 116:12

**DIRECT** [2] - 3:2, 5:11

**Directing** [1] - 103:11

**directing** [3] - 34:12, 51:15, 83:10

**direction** [2] - 8:1, 135:6

**directly** [1] - 119:15

**disclosures** [1] - 74:7

**DISCLOSURES** [1] -

3:11

**discovery** [3] - 1:17, 26:22, 36:9

**discussion** [1] - 119:8

**Discussion** [2] - 39:19, 88:17

**dishes** [2] - 97:5, 97:7

**dishwashers** [2] - 53:23, 60:18

**dissolved** [1] - 32:3

**distributions** [1] - 49:10

**DISTRICT** [2] - 1:1, 1:1

**DIVISION** [1] - 1:2

**document** [10] - 15:8, 15:20, 17:23, 33:10, 33:18, 33:22, 39:11, 40:18, 49:24

**DOCUMENTS** [3] - 3:13, 3:22, 4:4

**documents** [27] - 14:22, 19:14, 20:21, 21:24, 22:9, 22:13, 22:19, 22:22, 24:21, 25:1, 25:8, 25:10, 34:14, 34:16, 35:4, 35:9, 35:13, 37:1, 52:24, 61:16, 61:21, 62:4, 125:13, 127:10, 128:4, 128:7

**dollar** [5] - 91:24, 103:20, 104:7, 104:23, 108:10

**Don** [1] - 90:8

**done** [1] - 89:22

**DoorDash** [1] - 100:3

**dormant** [3] - 32:8, 34:9, 103:8

**down** [4] - 6:10, 44:20, 45:7, 45:8

**draft** [1] - 21:13

**Drive** [1] - 2:10

**drop** [2] - 98:19

**duly** [2] - 5:9, 135:9

**During** [3] - 10:14, 46:17, 55:24

**during** [11] - 20:21, 26:17, 43:12, 44:24, 45:4, 45:17, 46:24, 78:7, 80:7, 80:9, 100:16

**duties** [2] - 45:12, 57:18

## E

early [1] - 94:3
easier [2] - 11:10, 25:9
EASTERN [1] - 1:2
eat [1] - 131:12
eat-in [1] - 131:12
Eats [12] - 99:22, 99:24, 100:2, 100:9, 100:13, 100:16, 100:17, 100:20, 100:21, 101:1, 101:4, 101:9
eight [3] - 37:22, 101:20, 120:24
Eight [1] - 37:23
eighties [2] - 81:13, 83:2
either [3] - 64:15, 70:24, 73:1
electric [3] - 120:15, 120:19, 120:20
electronic [1] - 120:18
electronically [1] - 29:14
Eleven [1] - 78:10
eliminated [1] - 44:23
elsewhere [1] - 124:12
Email [2] - 2:6, 2:12
employee [5] - 30:18, 46:13, 50:13, 60:4, 96:23
employees [26] - 38:4, 46:24, 47:5, 47:8, 47:14, 51:17, 53:6, 53:11, 53:13, 53:17, 53:20, 54:3, 55:18, 55:19, 56:21, 58:11, 59:6, 59:9, 59:10, 59:15, 60:6, 60:13, 76:9, 86:3, 86:11, 114:20
Employees [1] - 59:14
employment [2] - 62:15, 83:12
end [2] - 12:24, 42:18
ended [3] - 13:1, 13:2, 30:5
entire [3] - 27:18, 78:19, 137:7
entirely [1] - 13:24
entity [6] - 15:10, 17:19, 28:8, 31:23,

35:3, 132:5
entry [1] - 93:20
ERRATA [1] - 136:3
ESQUIRE [2] - 2:3, 2:9
Established [2] - 133:3, 133:4
estate [4] - 37:4, 38:6, 38:10, 38:12
EX [22] - 3:9, 3:10, 3:11, 3:12, 3:14, 3:14, 3:15, 3:16, 3:17, 3:19, 3:21, 3:23, 4:3, 4:4, 4:5, 4:6, 4:6, 4:7, 4:8, 4:9, 4:9, 4:10
exact [2] - 20:17, 57:7
exactly [2] - 23:21, 103:12
EXAMINATION [3] - 5:11, 127:17, 132:19
examined [2] - 5:9, 135:10
example [5] - 78:24, 97:12, 103:24, 104:16, 104:22
Excel [1] - 87:24
except [1] - 34:14
excused [1] - 134:6
Exhibit [44] - 11:11, 11:15, 21:1, 21:2, 25:14, 26:5, 27:1, 27:12, 28:22, 31:5, 33:1, 33:7, 33:12, 33:15, 35:20, 35:24, 38:23, 39:1, 39:4, 40:13, 40:15, 51:13, 83:9, 87:7, 87:10, 87:19, 90:2, 102:3, 109:10, 109:12, 109:16, 109:18, 110:3, 110:7, 114:9, 114:16, 115:12, 116:13, 123:14, 123:15, 125:21, 125:22, 129:15, 134:4
exhibit [2] - 32:20, 129:14
expect [1] - 7:3
expenses [5] - 121:11, 121:14, 121:16, 121:18
expire [2] - 20:14, 20:16
expired [2] - 20:11, 20:13
explain [1] - 130:12
explained [3] - 51:1, 84:2, 133:15
explanation [1] -

129:18
extent [1] - 128:6
extra [1] - 23:8

## F

fact [3] - 64:17, 86:12, 103:16
fair [5] - 46:6, 50:13, 100:15, 119:4, 131:23
Fair [1] - 119:3
fall [2] - 5:21
false [13] - 112:17, 112:21, 113:9, 113:15, 113:17, 114:22, 114:23, 115:6, 115:9, 115:12, 115:15, 115:19, 117:10
familiar [5] - 9:18, 11:21, 121:22, 122:13, 132:22
family [6] - 18:19, 42:7, 55:21, 77:20, 82:3, 106:22
family-owned [1] - 42:7
far [3] - 69:4, 88:21, 106:14
fast [2] - 21:10, 43:6
fasting [1] - 42:20
father [3] - 81:11, 132:1, 132:6
February [8] - 9:16, 9:21, 12:3, 12:14, 20:14, 20:16, 32:19, 83:18
Federal [2] - 1:15, 109:14
federal [5] - 36:23, 108:4, 114:8, 114:16, 116:1
female [2] - 74:20, 75:2
few [8] - 53:15, 56:2, 66:5, 69:3, 78:3, 79:20, 100:10, 100:13
Fifth [1] - 117:17
file [2] - 29:18, 36:4
filed [26] - 27:22, 29:14, 31:11, 35:16, 39:12, 102:7, 103:16, 104:2, 104:4, 108:6, 108:9, 113:7, 113:8, 114:8, 114:11, 114:14, 114:17, 115:16, 116:1, 116:16, 118:18, 122:7, 122:15,

122:18, 122:22, 125:16
filing [2] - 15:13, 110:2
filings [4] - 62:14, 109:21, 116:22, 117:9
fill [1] - 38:3
filled [2] - 60:2, 90:17
fine [2] - 35:23, 128:15
finish [5] - 119:16, 119:19, 119:21, 120:2, 129:2
Finish [1] - 119:20
firing [1] - 50:10
FIRM [1] - 2:9
firm [2] - 14:5, 14:8
first [12] - 5:9, 13:16, 13:23, 21:7, 21:14, 26:22, 31:16, 79:18, 81:3, 88:1, 115:1, 135:9
Five [3] - 9:8, 37:19, 93:20
five [10] - 9:8, 45:14, 45:22, 52:16, 57:4, 79:17, 84:23, 93:21, 93:23, 131:13
Five-three [1] - 93:20
five-three [1] - 93:21
flat [2] - 93:23
floor [1] - 23:14
floors [1] - 97:17
follow [3] - 119:14, 127:12, 127:14
follow-up [3] - 119:14, 127:12, 127:14
follows [1] - 5:10
Food [1] - 60:12
food [9] - 60:14, 60:16, 68:10, 68:11, 78:13, 78:17, 97:9, 99:20
FOR [2] - 1:1, 4:7
foregoing [2] - 135:11, 137:10
forgets [1] - 24:13
form [9] - 62:10, 66:19, 75:11, 90:23, 107:17, 109:2, 109:15, 115:20, 126:15
formal [1] - 15:20
format [1] - 90:21
former [2] - 31:17, 31:18
forth [2] - 135:8, 137:10

four [11] - 34:12, 46:2, 52:16, 79:17, 83:10, 93:3, 93:4, 100:16, 117:5, 131:13
Four [1] - 45:22
Fourteen [1] - 79:14
fourth [3] - 20:2, 61:8, 125:17
fourth-quarter [1] - 125:17
Frankly [1] - 99:23
free [1] - 64:6
Friday [1] - 41:21
friend [1] - 18:19
front [4] - 21:14, 56:23, 57:19, 68:5
FRUCTUOSO [1] - 1:4
Fuentes [1] - 118:9
full [4] - 37:4, 50:23, 108:20, 113:6
full-time [1] - 37:4
function [1] - 130:19
FUTA [7] - 4:7, 109:15, 111:21, 112:9, 114:6, 114:17, 115:14

## G

G-o-n-w-a-l-a [1] - 17:14
gaps [2] - 88:19, 130:12
garbage [1] - 121:7
gas [8] - 37:6, 37:7, 37:8, 37:12, 37:13, 37:16, 37:20, 38:19
gathering [1] - 126:14
general [1] - 119:17
generally [1] - 46:23
generated [4] - 85:18, 99:5, 105:9, 126:24
given [6] - 5:18, 83:22, 104:17, 112:1, 112:2, 112:5
GOOD [1] - 3:9
government [2] - 103:17, 114:8
grab [1] - 132:15
graffiti [2] - 55:2, 55:3
gross [1] - 110:24
Grubhub [2] - 100:1
guess [7] - 41:15, 43:9, 94:5, 95:1, 112:15, 112:16, 121:8

**guessing** [7] - 36:7, 80:2, 80:3, 111:6, 111:21, 112:8, 131:17
**guys** [2] - 53:15, 94:5

## H

**hand** [11] - 20:24, 26:21, 28:18, 31:2, 32:16, 33:5, 33:9, 40:11, 91:12, 132:21, 135:16
**handed** [1] - 85:15
**handle** [1] - 68:11
**handwriting** [2] - 90:3, 90:8
**handy** [1] - 132:17
**hard** [1] - 46:9
**head** [1] - 53:10
**heard** [6] - 67:22, 68:1, 73:13, 74:16, 75:5, 77:16
**held** [2] - 39:19, 88:17
**help** [4] - 56:16, 68:5, 79:12
**hereby** [2] - 135:4, 137:7
**hereinabove** [1] - 135:12
**hereunto** [1] - 135:15
**hesitated** [1] - 74:22
**hide** [1] - 124:24
**high** [1] - 126:9
**high-tax** [1] - 126:9
**hired** [4] - 57:16, 68:16, 68:18, 96:2
**hiring** [2] - 46:23, 50:10
**Hispanic** [2] - 73:18, 74:1
**hit** [2] - 130:19, 131:8
**hmm** [5] - 19:18, 57:21, 91:22, 92:1, 114:18
**hold** [1] - 94:21
**hole** [1] - 98:20
**host** [1] - 50:9
**hour** [2] - 43:11, 95:21
**hours** [33] - 7:4, 37:18, 38:2, 41:8, 41:12, 41:13, 41:17, 41:20, 43:21, 44:1, 44:4, 44:8, 44:17, 44:23, 45:2, 45:4,

45:7, 45:8, 45:9, 46:1, 46:2, 47:11, 58:7, 62:21, 63:22, 65:21, 72:15, 78:7, 78:10, 78:12, 86:18, 86:20, 89:2
**HOUSE** [2] - 1:9, 4:11
**House** [14] - 10:2, 12:16, 12:24, 13:7, 13:23, 14:7, 14:24, 15:10, 36:6, 62:16, 80:22, 85:18, 121:11, 121:22
**house** [1] - 56:23

## I

**ice** [1] - 130:6
**idea** [16] - 70:7, 71:10, 71:14, 71:18, 71:24, 86:17, 86:20, 87:3, 92:16, 92:19, 92:22, 93:1, 96:11, 99:17, 128:14, 128:16
**identical** [2] - 40:8, 40:9
**identification** [22] - 11:12, 21:3, 25:15, 26:6, 27:2, 27:13, 28:23, 31:6, 33:2, 33:8, 33:13, 39:2, 39:5, 40:16, 87:11, 102:4, 109:13, 109:17, 109:19, 123:16, 125:23, 134:5
**identified** [7] - 21:15, 21:19, 49:3, 51:17, 51:20, 67:6, 74:7
**Identify** [1] - 83:12
**identify** [1] - 14:23
**ILLINOIS** [3] - 1:1, 4:8, 135:1
**Illinois** [15] - 1:8, 1:18, 2:5, 2:11, 5:4, 7:9, 29:4, 29:8, 38:20, 62:14, 116:13, 122:12, 125:17, 135:8, 135:16
**important** [1] - 125:7
**impossible** [1] - 93:3
**improper** [1] - 117:20
**Imran** [23] - 7:14, 8:21, 22:3, 22:6, 22:18, 46:5, 47:1, 47:16, 47:17, 57:17, 60:3, 65:7, 68:17, 70:12, 78:6, 85:16, 96:1, 97:24, 98:6,

98:23, 101:6, 101:8, 123:23
**IMRAN** [1] - 7:14
**Imran's** [1] - 90:14
**IN** [2] - 1:1, 135:15
**inaccurate** [2] - 26:18, 113:10
**Inc** [30] - 6:4, 10:5, 10:8, 10:10, 10:15, 10:21, 11:4, 11:24, 12:15, 13:22, 14:19, 15:9, 15:22, 16:3, 16:10, 16:13, 21:20, 28:9, 29:5, 31:24, 34:10, 102:22, 111:11, 121:13, 121:17, 121:22, 124:5, 125:18, 127:23, 132:5
**INC** [1] - 1:8
**Inc.'s** [2] - 110:23, 123:3
**include** [4] - 112:10, 113:19, 113:24, 114:24
**included** [9] - 103:21, 104:8, 105:14, 107:4, 108:11, 108:15, 108:16, 108:24
**inclusive** [1] - 137:9
**INCOME** [1] - 4:6
**income** [3] - 37:3, 65:14, 114:7
**incomplete** [2] - 26:18, 113:9
**incrimination** [1] - 118:15
**independent** [1] - 89:5
**indicate** [2] - 31:17, 34:13
**indication** [1] - 21:23
**individual** [3] - 1:4, 1:9, 17:18
**inform** [2] - 19:5, 19:11
**INFORMATION** [1] - 4:9
**information** [11] - 29:11, 52:3, 53:8, 84:11, 93:8, 106:13, 110:5, 125:20, 126:2, 126:20, 126:24
**informed** [1] - 73:6
**INITIAL** [1] - 3:11
**initial** [1] - 25:12
**injury** [1] - 5:22
**ink** [1] - 94:17
**inkling** [2] - 71:12,

71:15
**inside** [1] - 79:1
**inspections** [1] - 20:2
**instruct** [2] - 117:13, 118:9
**intend** [1] - 103:12
**interested** [1] - 135:14
**interpose** [1] - 6:16
**interrogation** [4] - 119:12, 127:6, 127:12, 128:21
**interrogatories** [8] - 25:12, 26:12, 33:6, 33:16, 39:10, 51:15, 83:8, 135:10
**INTERROGATORIES** [3] - 3:12, 3:20, 3:24
**Interrogatories** [1] - 25:21
**interrogatory** [3] - 33:21, 53:3, 84:15
**Interrogatory** [1] - 51:16
**involved** [5] - 22:17, 47:19, 48:1, 48:5, 52:5
**involvement** [1] - 45:15
**IRFAN** [14] - 1:9, 1:13, 3:3, 4:6, 5:8, 5:17, 135:5, 135:9, 135:12, 135:13, 136:1, 136:24, 137:1, 137:16
**Irfan** [8] - 5:17, 6:2, 25:10, 35:20, 35:21, 35:23, 35:24, 47:14
**issue** [3] - 46:14, 119:15, 127:8
**issued** [1] - 62:23
**issues** [1] - 32:13
**item** [3] - 103:20, 108:11, 126:9
**items** [2] - 105:14, 124:14
**itself** [2] - 9:10, 10:18

## J

**Jackson** [3] - 1:18, 2:4, 135:7
**January** [2] - 20:16, 102:7
**job** [8] - 37:3, 57:18, 65:14, 67:4, 97:2, 97:21, 97:23

**jog** [1] - 60:15
**Juan** [3] - 75:6, 76:1, 76:18
**judge** [1] - 116:2
**Judge** [2] - 108:22, 118:8
**judgment** [4] - 118:1, 118:2, 119:10, 127:4
**July** [4] - 13:14, 68:22, 103:5, 126:21
**June** [2] - 102:22, 103:5

## K

**Kabab** [15] - 10:1, 12:16, 12:24, 13:7, 13:23, 14:7, 14:24, 15:10, 35:5, 36:6, 62:16, 80:22, 85:18, 121:11, 121:21
**KABAB** [2] - 1:9, 4:11
**keep** [10] - 6:9, 23:23, 25:10, 27:9, 39:6, 58:11, 76:8, 77:2, 97:21, 127:22
**keeps** [1] - 36:4
**kept** [8] - 23:20, 58:7, 60:20, 98:24, 99:8, 99:12, 128:7, 128:10
**key** [2] - 98:21, 130:19
**keys** [1] - 120:17
**kids** [1] - 100:4
**kin** [1] - 135:14
**kind** [11] - 5:20, 9:13, 15:16, 17:23, 22:10, 49:10, 72:8, 88:23, 99:4, 120:20, 131:2
**kitchen** [13] - 54:3, 55:18, 56:16, 56:23, 60:6, 74:2, 78:14, 78:16, 78:19, 78:23, 79:3, 79:6, 79:11
**knocked** [1] - 38:22
**knowledge** [17] - 21:16, 42:17, 43:22, 59:23, 77:12, 79:24, 80:6, 84:19, 84:20, 103:24, 106:23, 114:13, 121:2, 121:3, 126:14, 130:21, 131:10

## L

**Labor** [1] - 15:14

**landlord** [1] - 37:15
**language** [1] - 21:13
**last** [30] - 9:12, 14:17, 18:22, 18:24, 20:3, 26:21, 30:8, 38:16, 40:9, 44:5, 44:13, 48:19, 48:21, 50:18, 52:9, 55:9, 61:4, 61:6, 61:11, 66:22, 67:1, 67:19, 94:2, 100:16, 122:8, 126:20, 126:21, 131:9, 132:18
**Last** [1] - 9:22
**late** [5] - 13:8, 13:9, 56:4, 56:13, 94:6
**Late** [2] - 13:10, 61:6
**Latino** [2] - 73:18, 74:1
**LAW** [2] - 2:3, 2:9
**Law** [2] - 1:17, 135:7
**law** [2] - 29:11, 116:21
**lawsuit** [9] - 19:5, 24:9, 50:16, 50:19, 50:24, 51:1, 55:13, 55:16, 96:9
**lawyer** [4] - 122:11, 125:11, 125:15, 133:15
**lawyers** [1] - 21:12
**Lazaro** [4] - 73:13, 74:4, 74:11, 76:18
**lease** [4] - 37:7, 37:8, 37:14, 121:16
**least** [7] - 7:3, 12:14, 31:16, 42:12, 100:16, 103:6, 122:19
**leave** [4] - 94:3, 119:11, 133:6, 133:12
**ledger** [1] - 125:8
**left** [7] - 23:8, 57:8, 58:19, 68:21, 68:22, 116:19, 126:3
**lengthy** [1] - 27:19
**Less** [1] - 44:23
**License** [1] - 135:20
**license** [4] - 20:5, 20:6, 20:11, 20:18
**licenses** [3] - 19:21, 19:22, 20:4
**lied** [1] - 118:13
**limited** [1] - 53:20
**Lincolnwood** [2] - 7:9, 7:18
**line** [13] - 34:12, 103:20, 105:14, 108:11, 110:23, 111:14, 112:6, 112:10, 113:15,

114:19, 115:8, 115:12, 115:18
**list** [6] - 52:18, 52:19, 53:13, 54:7, 54:10, 55:1
**listed** [5] - 12:5, 12:8, 12:11, 126:9, 126:18
**lists** [1] - 103:9
**litigation** [1] - 22:2
**lived** [2] - 7:10, 56:20
**lives** [1] - 7:17
**living** [1] - 56:14
**location** [2] - 24:1, 81:16
**log** [1] - 59:1
**logs** [1] - 125:13
**long-term** [1] - 73:15
**Longmeadow** [1] - 7:17
**look** [24] - 11:20, 21:1, 22:19, 23:16, 24:15, 27:11, 28:21, 31:3, 31:15, 32:18, 36:8, 40:14, 83:9, 83:20, 91:6, 94:21, 96:17, 96:18, 96:19, 102:2, 114:16, 123:18, 124:23, 132:21
**looked** [9] - 22:24, 23:24, 24:5, 24:8, 24:12, 24:18, 35:20, 50:2, 129:9
**Looking** [1] - 102:20
**looking** [7] - 22:22, 31:19, 52:24, 90:15, 111:14, 117:4, 129:16
**looks** [2] - 41:3, 91:23
**loud** [1] - 6:9
**lower** [2] - 12:2, 126:3

## M

**M-o-t-e-n** [1] - 5:17
**machines** [1] - 93:14
**majority** [1] - 131:11
**Management** [39] - 6:4, 10:5, 10:8, 10:10, 10:15, 10:20, 11:4, 11:24, 12:15, 13:4, 13:16, 13:20, 13:22, 14:6, 14:19, 14:23, 15:9, 15:22, 16:3, 16:10, 16:13, 21:20, 28:9, 29:5, 31:23, 34:10, 83:15, 102:21,

110:23, 111:11, 116:17, 121:12, 121:17, 121:20, 123:3, 124:5, 125:18, 127:23, 132:5
**MANAGEMENT** [1] - 1:8
**manager** [2] - 50:13, 50:14
**manual** [1] - 120:17
**March** [3] - 1:19, 135:5, 135:16
**mark** [2] - 133:6, 133:7
**marked** [24] - 11:11, 11:14, 20:24, 21:2, 25:14, 26:5, 27:1, 27:12, 28:22, 31:5, 33:1, 33:7, 33:12, 39:1, 39:4, 40:15, 87:10, 102:3, 109:12, 109:16, 109:18, 123:15, 125:22, 134:4
**markings** [1] - 94:17
**Martinez** [2] - 67:21, 67:24
**math** [3] - 44:19, 104:22, 109:6
**matter** [4] - 5:22, 6:3, 108:2, 115:23
**mean** [42] - 12:20, 14:14, 20:4, 20:11, 23:21, 24:4, 24:13, 37:11, 38:7, 40:2, 42:10, 42:24, 46:9, 47:14, 48:9, 49:5, 54:23, 59:11, 64:23, 74:4, 80:20, 84:20, 89:1, 90:8, 93:21, 99:21, 100:10, 100:21, 102:18, 103:2, 103:22, 104:14, 107:2, 111:24, 112:8, 113:1, 113:4, 114:10, 120:22, 124:20, 131:14, 131:20
**means** [1] - 32:9
**meantime** [1] - 127:13
**mechanically** [1] - 93:12
**meet** [2] - 79:18, 82:18
**memory** [2] - 60:15, 130:19
**mentioned** [3] - 60:22, 60:24, 130:5
**metal** [1] - 130:7
**method** [2] - 47:13,

95:22
**Mexico** [1] - 8:4
**Mid** [1] - 52:9
**mid** [1] - 81:13
**mid-2019** [1] - 19:3
**mid-eighties** [1] - 81:13
**middle** [1] - 19:2
**might** [8] - 35:4, 36:5, 46:9, 89:24, 101:24, 107:8, 128:3, 128:17
**Miller** [2] - 6:17, 123:1
**MILLER** [73] - 2:9, 2:9, 3:4, 8:7, 11:18, 21:4, 25:16, 31:7, 32:22, 53:19, 53:22, 64:14, 64:21, 75:11, 75:15, 76:3, 76:24, 87:13, 87:17, 87:19, 90:23, 91:2, 91:8, 91:12, 105:1, 105:5, 105:24, 106:3, 106:5, 107:14, 107:16, 107:21, 107:24, 109:2, 113:16, 115:20, 115:24, 116:6, 116:10, 117:12, 117:15, 117:17, 117:21, 117:24, 118:2, 118:4, 118:6, 118:12, 118:15, 118:17, 118:19, 118:23, 119:3, 119:6, 119:8, 119:18, 119:21, 120:2, 120:7, 124:19, 125:1, 127:15, 127:18, 128:24, 129:3, 129:5, 129:7, 129:8, 132:14, 133:9, 133:14, 133:22, 134:3
**mind** [5] - 8:12, 14:5, 35:21, 53:16, 54:2
**Mine** [2] - 126:5, 126:7
**minimum** [1] - 45:15
**minor** [1] - 44:16
**minus** [1] - 108:18
**minutes** [2] - 46:1, 51:10
**missing** [1] - 129:19
**mixture** [1] - 131:14
**Mohammed** [2] - 30:10, 30:14
**mom** [1] - 77:23
**moment** [1] - 120:5
**Monday** [2] - 58:19, 95:17

**Mondays** [1] - 42:19
**money** [4] - 18:2, 18:5, 49:12, 98:20
**month** [12] - 9:22, 30:21, 42:19, 42:20, 43:12, 43:15, 43:20, 44:24, 50:20, 104:17, 126:21, 130:10
**Monthly** [1] - 106:16
**monthly** [1] - 122:15
**months** [4] - 55:10, 122:19, 129:23, 130:3
**mooted** [1] - 127:8
**Morales** [2] - 73:13, 74:4
**morning** [1] - 44:9
**most** [5] - 28:19, 43:1, 46:17, 78:14, 83:16
**Moten** [49] - 5:17, 5:18, 6:2, 7:14, 7:15, 11:10, 16:1, 21:6, 22:18, 24:11, 24:23, 28:6, 30:10, 30:12, 31:4, 32:20, 34:24, 35:22, 36:13, 39:23, 40:20, 47:24, 48:13, 48:22, 49:22, 51:13, 51:22, 51:23, 54:2, 54:9, 56:9, 63:2, 65:18, 65:24, 73:2, 79:11, 101:16, 102:9, 106:8, 108:8, 109:24, 113:8, 115:18, 116:12, 120:9, 123:21, 125:6, 127:19, 132:22
**MOTEN** [13] - 1:9, 1:13, 3:3, 4:6, 5:8, 135:5, 135:9, 135:12, 135:13, 136:1, 136:24, 137:1, 137:16
**Moten's** [3] - 8:21, 50:7, 65:10
**motion** [10] - 117:23, 117:24, 118:24, 119:9, 119:24, 120:3, 127:4, 127:9, 128:22, 133:13
**move** [1] - 81:22
**moved** [1] - 81:20
**moving** [1] - 27:9
**MR** [177] - 3:4, 3:4, 3:5, 5:12, 8:7, 8:11, 8:14, 11:13, 11:18, 11:19, 21:4, 21:5, 25:16, 25:17, 27:3, 27:14, 29:1, 31:7, 31:8, 32:22, 32:23, 33:3, 33:9, 33:14,

| 39:3, 39:6, 39:8, 39:20, 40:17, 51:12, 53:19, 53:21, 53:22, 53:24, 54:1, 64:14, 64:18, 64:21, 64:22, 75:11, 75:13, 75:15, 75:17, 76:3, 76:24, 77:1, 87:12, 87:13, 87:14, 87:16, 87:17, 87:18, 87:19, 87:20, 87:22, 88:18, 90:23, 91:1, 91:2, 91:3, 91:5, 91:8, 91:10, 91:12, 91:13, 91:17, 101:12, 101:15, 101:24, 102:5, 105:1, 105:4, 105:5, 105:6, 105:10, 105:24, 106:2, 106:3, 106:4, 106:5, 106:6, 107:14, 107:15, 107:16, 107:20, 107:21, 107:23, 107:24, 108:2, 108:7, 109:2, 109:4, 109:14, 109:20, 109:22, 113:16, 113:18, 113:20, 115:20, 115:22, 115:24, 116:1, 116:4, 116:6, 116:7, 116:10, 116:11, 117:12, 117:14, 117:15, 117:16, 117:17, 117:19, 117:21, 117:22, 117:24, 118:1, 118:2, 118:3, 118:4, 118:5, 118:6, 118:7, 118:12, 118:14, 118:15, 118:16, 118:17, 118:18, 118:19, 118:21, 118:23, 119:2, 119:3, 119:5, 119:6, 119:8, 119:11, 119:18, 119:20, 119:21, 119:23, 120:2, 120:3, 120:7, 120:8, 123:17, 124:18, 124:19, 124:20, 124:24, 125:1, 125:3, 126:1, 127:3, 127:15, 127:18, 128:18, 128:24, 129:1, 129:3, 129:4, 129:5, 129:6, 129:7, 129:8, 131:17, 132:14, 132:15, 132:20, 133:9, 133:10, 133:14, 133:15, 133:22, 133:24, 134:3 | **N**<br><br>**N-o-r** [1] - 56:10<br>**name** [44] - 5:13, 5:15, 12:16, 12:23, 17:2, 17:10, 17:11, 19:16, 19:23, 21:17, 29:16, 30:8, 30:23, 42:8, 51:21, 55:3, 55:19, 56:5, 56:21, 62:13, 63:2, 63:4, 63:11, 67:9, 67:17, 67:19, 71:1, 72:8, 74:4, 74:16, 75:5, 76:1, 76:11, 77:16, 77:19, 79:8, 88:6, 106:22, 116:19, 117:1, 117:7, 121:21, 132:1, 133:20<br>**names** [15] - 30:9, 40:7, 40:9, 53:5, 53:11, 53:16, 54:2, 54:7, 54:10, 55:1, 55:7, 75:1, 79:7, 99:24<br>**need** [1] - 87:14<br>**needed** [3] - 68:6, 79:12, 85:24<br>**nephew** [2] - 40:2<br>**Nephew** [1] - 40:5<br>**never** [13] - 9:20, 49:15, 58:22, 70:13, 70:15, 70:16, 70:24, 77:6, 86:5, 96:14, 99:3, 105:2, 113:16<br>**Never** [3] - 75:3, 75:4, 82:21<br>**new** [3] - 17:2, 81:10, 132:5<br>**New** [3] - 43:17, 43:19, 43:20<br>**next** [3] - 25:11, 92:7, 92:14<br>**Nicholas** [1] - 77:17<br>**nine** [4] - 32:22, 32:23, 37:23, 120:24<br>**nineties** [1] - 83:2<br>**No._____Change** [6] - 136:4, 136:7, 136:10, 136:13, 136:16, 136:19<br>**No._____Line** [6] - 136:4, 136:7, 136:10, 136:13, 136:16, 136:19<br>**Nolan** [3] - 1:17, 5:13, 135:7<br>**NOLAN** [108] - 2:3, 2:3, 3:4, 3:5, 5:12, | 8:11, 8:14, 11:13, 11:19, 21:5, 25:17, 27:3, 27:14, 29:1, 31:8, 32:23, 33:3, 33:9, 33:14, 39:3, 39:6, 39:8, 39:20, 40:17, 51:12, 53:21, 53:24, 54:1, 64:18, 64:22, 75:13, 75:17, 77:1, 87:12, 87:14, 87:16, 87:18, 87:20, 87:22, 88:18, 91:1, 91:3, 91:5, 91:10, 91:13, 91:17, 101:12, 101:15, 101:24, 102:5, 105:4, 105:6, 105:10, 106:2, 106:4, 106:6, 107:15, 107:20, 107:23, 108:2, 108:7, 109:4, 109:14, 109:20, 109:22, 113:18, 113:20, 115:22, 116:1, 116:4, 116:7, 116:11, 117:14, 117:16, 117:19, 117:22, 118:1, 118:3, 118:5, 118:7, 118:14, 118:16, 118:18, 118:21, 119:2, 119:5, 119:11, 119:20, 119:23, 120:3, 120:8, 123:17, 124:18, 124:20, 124:24, 125:3, 126:1, 127:3, 128:18, 129:1, 129:4, 129:6, 131:17, 132:15, 132:20, 133:10, 133:15, 133:24<br>**None** [2] - 90:11, 120:22<br>**Nonetheless** [1] - 113:24<br>**North** [1] - 7:17<br>**NORTHERN** [1] - 1:1<br>**NOTARY** [1] - 137:22<br>**nothing** [3] - 80:19, 80:20, 135:9<br>**notice** [1] - 91:19<br>**noticed** [1] - 90:20<br>**November** [2] - 27:6, 61:7<br>**NUMBER** [2] - 3:8, 4:2<br>**Number** [34] - 11:11, 21:2, 25:13, 25:14, 26:3, 26:5, 26:23, 27:1, 27:11, 27:12, 28:11, 28:20, 28:22, | 31:4, 31:5, 33:1, 33:7, 33:12, 33:17, 33:18, 39:1, 39:4, 40:15, 51:16, 87:10, 102:3, 109:12, 109:16, 109:18, 116:13, 123:15, 125:22, 129:15, 134:4<br>**number** [25] - 8:19, 8:21, 9:3, 9:9, 31:19, 32:19, 32:20, 54:12, 54:17, 54:20, 55:4, 91:24, 93:20, 102:1, 111:8, 111:11, 111:19, 112:6, 112:21, 114:22, 115:8, 117:10, 126:8, 126:14, 133:6<br>**Numbered** [1] - 88:2<br>**numbered** [4] - 28:5, 34:15, 91:8, 91:10<br>**numbers** [13] - 41:6, 55:7, 90:9, 104:3, 104:5, 104:12, 106:14, 106:16, 106:17, 116:3, 124:21, 126:17<br><br>**O**<br><br>**o'clock** [2] - 58:19, 58:20<br>**oath** [8] - 103:15, 103:19, 103:23, 104:7, 107:13, 108:3, 112:23, 118:13<br>**object** [7] - 8:7, 90:23, 105:1, 107:16, 109:2, 115:20, 117:12<br>**Object** [2] - 64:21, 75:11<br>**Objection** [3] - 76:3, 76:24, 113:16<br>**objection** [2] - 6:17<br>**observed** [1] - 74:1<br>**obviously** [1] - 40:7<br>**occupancy** [1] - 79:15<br>**occur** [1] - 20:1<br>**October** [5] - 29:7, 29:21, 29:22, 30:6, 103:3<br>**OF** [12] - 1:1, 3:9, 3:17, 4:4, 4:6, 4:8, 4:10, 4:11, 135:1, 135:2, 136:1, 137:1<br>**OFFICE** [1] - 2:3<br>**Office** [2] - 1:17, 135:7 | **office** [4] - 38:14, 38:16, 115:17, 135:16<br>**officer** [2] - 15:6, 15:21<br>**officers** [2] - 11:3, 12:10<br>**offices** [1] - 135:7<br>**official** [1] - 42:10<br>**often** [3] - 45:16, 45:21, 45:22<br>**old** [8] - 41:3, 88:12, 120:17, 120:23, 120:24, 121:1, 122:1, 122:2<br>**on-site** [3] - 98:15, 121:2, 121:3<br>**One** [3] - 23:18, 101:20, 122:11<br>**one** [26] - 25:11, 29:13, 31:1, 32:20, 33:4, 34:4, 38:22, 64:6, 76:11, 81:5, 82:7, 82:8, 84:21, 87:21, 92:9, 96:2, 100:1, 100:3, 102:20, 104:22, 109:5, 109:9, 120:13, 120:14, 123:13, 132:15<br>**ones** [3] - 39:6, 39:7, 87:8<br>**online** [2] - 35:17, 110:13<br>**open** [2] - 43:10, 123:6<br>**opened** [10] - 42:13, 80:22, 81:3, 81:5, 82:1, 82:9, 82:13, 83:5, 132:4, 132:10<br>**opening** [1] - 43:6<br>**operated** [2] - 10:7, 41:11<br>**operating** [9] - 13:23, 14:2, 14:6, 14:19, 14:24, 17:19, 28:8, 31:23, 32:10<br>**operation** [6] - 41:8, 41:18, 44:1, 45:9, 47:11, 78:8<br>**operations** [1] - 45:17<br>**opportunity** [1] - 133:17<br>**opposed** [1] - 61:12<br>**oral** [1] - 135:10<br>**order** [4] - 32:14, 32:15, 40:12, 133:11<br>**original** [3] - 31:10, 83:8, 94:10<br>**otherwise** [1] - 46:21<br>**outside** [2] - 24:5, |

79:1
  **overlooked** [1] - 89:24
  **own** [10] - 10:10, 10:12, 14:16, 16:1, 16:3, 16:7, 19:20, 19:21, 21:12, 37:6
  **owned** [4] - 10:7, 37:8, 37:10, 42:7
  **owner** [13] - 10:15, 10:17, 13:15, 13:19, 15:6, 17:2, 28:7, 28:15, 28:16, 29:20, 30:1, 30:23, 31:17
  **ownership** [2] - 19:15, 30:5
  **owning** [5] - 14:9, 14:12, 14:15, 14:20, 132:1
  **owns** [3] - 19:19, 37:12, 37:13

## P

  **P.C** [1] - 2:9
  **p.m** [6] - 9:16, 41:21, 41:22, 44:5, 44:8, 134:7
  **P13** [1] - 132:18
  **Page** [6] - 136:4, 136:7, 136:10, 136:13, 136:16, 136:19
  **PAGE** [2] - 3:8, 4:2
  **page** [13] - 12:11, 21:15, 28:4, 31:15, 88:1, 90:2, 90:20, 90:22, 92:3, 92:7, 92:14, 124:12
  **pages** [5] - 89:21, 91:19, 117:2, 137:8, 137:10
  **Paid** [4] - 90:21, 91:7, 91:20, 92:4
  **paid** [60] - 18:10, 47:5, 47:14, 49:6, 49:9, 49:17, 49:19, 49:22, 56:17, 56:19, 62:6, 64:1, 64:3, 64:10, 64:12, 64:23, 65:2, 65:12, 65:18, 66:13, 66:15, 66:17, 69:15, 69:17, 69:19, 69:22, 69:24, 70:1, 70:4, 70:14, 70:22, 71:16, 71:18, 71:24, 72:4, 72:18, 73:2, 73:4, 85:4, 85:6, 85:22, 86:14, 87:4, 95:21, 95:24, 96:4,

96:12, 96:24, 105:3, 105:8, 105:20, 107:3, 108:15, 108:23, 112:10, 113:19, 115:10, 115:11, 121:17
  **Pakistan** [2] - 52:4, 52:6
  **paper** [4] - 23:7, 23:8, 23:22, 33:11
  **paperwork** [1] - 106:11
  **paragraph** [2] - 31:15, 103:11
  **part** [4] - 53:15, 59:6, 59:10, 68:7
  **part-time** [3] - 53:15, 59:6, 59:10
  **particular** [3] - 58:4, 108:22, 129:20
  **parties** [1] - 135:15
  **past** [3] - 45:14, 78:3, 131:13
  **Patel** [3] - 30:17, 30:18, 30:19
  **pay** [13] - 62:8, 62:10, 64:19, 65:10, 70:9, 71:6, 85:13, 86:3, 86:8, 104:24, 105:18, 108:22, 121:18
  **paying** [5] - 85:24, 86:12, 105:21, 113:22, 114:2
  **payment** [6] - 47:13, 50:11, 95:22, 96:14, 96:16, 96:20
  **payments** [2] - 18:11, 114:19
  **penalty** [2] - 29:10, 116:21
  **pencil** [2] - 54:24, 94:17
  **pending** [4] - 7:6, 19:5, 118:21, 127:10
  **people** [5] - 47:4, 52:19, 64:23, 65:2, 99:21
  **per** [5] - 45:3, 45:7, 45:8, 73:8
  **percent** [1] - 128:17
  **perhaps** [1] - 119:13
  **Perimeter** [1] - 2:10
  **period** [7] - 46:17, 46:18, 46:24, 83:16, 87:4, 122:17, 123:5
  **periodically** [2] - 83:15, 98:20
  **periods** [1] - 129:19
  **person** [5] - 15:9,

21:16, 35:3, 74:1, 76:11
  **personal** [5] - 5:22, 84:5, 84:8, 93:7, 126:13
  **personally** [1] - 127:22
  **pertaining** [1] - 1:16
  **Phone** [2] - 2:5, 2:11
  **phone** [10] - 8:19, 8:21, 9:1, 9:7, 9:9, 9:18, 54:17, 55:4, 55:5, 118:9
  **PHOTOCOPY** [2] - 4:4, 4:10
  **PHOTOGRAPH** [1] - 4:10
  **Physically** [1] - 22:14
  **picking** [1] - 38:9
  **pile** [1] - 51:13
  **place** [5] - 7:23, 52:8, 61:4, 61:15, 135:12
  **placed** [1] - 7:20
  **plaintiff** [8] - 5:14, 76:12, 79:19, 83:14, 84:6, 84:17, 129:19, 129:23
  **Plaintiff** [3] - 1:6, 2:2, 135:5
  **plaintiff 's** [4] - 31:10, 51:14, 83:12, 129:9
  **Plaintiff 's** [1] - 25:20
  **PLAINTIFF 'S** [7] - 3:11, 3:12, 3:16, 3:20, 3:21, 3:23, 4:3
  **planning** [2] - 18:5, 18:11
  **PNC** [2] - 4:9, 123:4
  **pocket** [1] - 115:11
  **point** [9] - 7:5, 12:24, 58:24, 87:9, 91:3, 91:18, 116:9, 119:10, 131:18
  **pointing** [1] - 91:1
  **portion** [3] - 8:15, 14:3, 126:2
  **POS** [2] - 59:1, 130:24
  **position** [1] - 113:9
  **possess** [1] - 34:16
  **possession** [1] - 35:4
  **possibility** [2] - 75:22, 128:12
  **possible** [2] - 74:13, 86:1
  **postpone** [1] - 119:16
  **preceding** [1] -

137:10
  **preference** [1] - 119:18
  **prep** [1] - 88:21
  **preparation** [1] - 97:9
  **prepare** [2] - 88:3, 112:2
  **prepared** [5] - 76:17, 87:23, 88:4, 104:10, 111:5
  **preparers** [3] - 60:12, 60:14, 60:16
  **present** [1] - 135:8
  **presented** [1] - 88:19
  **president** [17] - 10:20, 10:23, 11:1, 12:8, 21:19, 28:7, 31:18, 31:22, 31:24, 32:6, 34:4, 34:5, 102:21, 103:5, 103:9, 107:19, 122:2
  **pressing** [1] - 32:13
  **presume** [2] - 69:15, 69:16
  **pretty** [3] - 39:18, 41:3, 93:19
  **previously** [1] - 135:8
  **primarily** [1] - 100:2
  **printer** [1] - 23:17
  **privilege** [1] - 125:12
  **Procedure** [1] - 1:16
  **procedure** [1] - 125:12
  **proceed** [1] - 118:8
  **proceeding** [2] - 117:20, 118:10
  **process** [1] - 16:17
  **PRODUCE** [3] - 3:13, 3:22, 4:4
  **produce** [2] - 26:3, 36:15
  **produced** [10] - 34:14, 34:24, 40:18, 76:14, 103:15, 123:11, 123:12, 125:14, 132:16
  **production** [3] - 26:13, 127:10, 132:18
  **Professional** [2] - 1:15, 135:4
  **profits** [1] - 49:9
  **Profits** [1] - 49:11
  **provide** [10] - 6:7, 37:1, 53:5, 54:6, 54:9, 110:5, 110:9, 110:16, 110:20, 112:6
  **provided** [8] - 28:19, 32:17, 52:3, 54:12,

83:24, 110:18, 110:19, 126:3
  **PUBLIC** [1] - 137:22
  **punch** [1] - 93:14
  **purportedly** [2] - 9:17, 95:14
  **purports** [1] - 40:19
  **purpose** [1] - 1:17
  **Pursuant** [1] - 119:8
  **pursuant** [2] - 1:15, 6:2
  **put** [5] - 51:13, 78:13, 78:17, 101:20, 123:1

## Q

  **quarter** [21] - 13:8, 13:9, 13:10, 13:16, 13:20, 14:3, 14:17, 16:23, 20:3, 30:1, 48:19, 48:21, 49:4, 50:1, 50:5, 57:6, 61:8, 63:13, 125:17
  **quarterlies** [1] - 116:13
  **quarterly** [1] - 62:14
  **QUARTERLY** [2] - 3:15, 4:8
  **quarters** [1] - 13:24
  **questions** [7] - 6:6, 46:17, 118:11, 119:24, 127:16, 132:14, 135:11

## R

  **R-a-n** [3] - 17:8, 17:11, 17:12
  **R-o-y** [3] - 67:14, 67:16, 67:17
  **Ramadan** [7] - 42:19, 43:3, 43:4, 43:12, 43:15, 43:21, 44:24
  **ran** [1] - 132:8
  **rate** [3] - 62:8, 65:10, 85:13
  **rates** [1] - 47:5
  **read** [15] - 8:14, 8:15, 25:23, 26:9, 27:18, 27:21, 27:24, 31:10, 32:21, 33:20, 74:8, 83:10, 102:11, 115:14, 137:7
  **reading** [5] - 21:9, 74:9, 89:2, 111:24, 112:5
  **ready** [1] - 36:9
  **real** [4] - 37:4, 38:6,

38:10, 38:12

**really** [3] - 6:6, 44:16, 50:23

**Reason** [6] - 136:6, 136:9, 136:12, 136:15, 136:18, 136:21

**reason** [1] - 8:3

**receipts** [2] - 98:13, 110:24

**receive** [2] - 122:17, 123:4

**received** [9] - 9:15, 26:2, 62:10, 115:3, 122:10, 122:11, 123:2, 125:20, 126:21

**recent** [1] - 28:19

**recently** [2] - 83:16, 132:16

**recess** [3] - 51:11, 101:14, 119:7

**recognize** [1] - 27:16

**recollection** [8] - 53:11, 68:23, 73:7, 83:21, 84:5, 84:8, 89:6, 93:8

**record** [24] - 5:16, 6:1, 8:15, 8:23, 39:18, 39:19, 53:20, 62:15, 62:18, 62:21, 65:21, 72:7, 72:14, 72:17, 88:10, 88:16, 88:17, 96:14, 98:9, 99:4, 99:8, 99:12, 103:13, 135:11

**records** [27] - 19:15, 19:17, 19:18, 22:1, 22:19, 23:24, 24:5, 24:8, 24:12, 24:16, 24:19, 34:23, 34:24, 35:1, 61:23, 65:17, 70:18, 83:20, 83:22, 83:24, 95:5, 101:9, 122:10, 127:20, 127:22, 128:10, 128:11

**RECROSS** [1] - 3:2

**redact** [1] - 125:13

**redaction** [1] - 124:23

**redactions** [2] - 124:11, 124:18

**REDIRECT** [2] - 3:2, 132:19

**reduced** [4] - 45:2, 45:6, 45:8, 135:6

**reduction** [2] - 44:17, 44:24

**reference** [5] - 90:21, 91:20, 92:4, 96:16,

96:20

**references** [2] - 33:15, 91:7

**referred** [1] - 135:12

**reflect** [3] - 6:1, 65:17, 70:18

**reflecting** [1] - 15:10

**register** [12] - 68:11, 98:2, 98:5, 98:24, 120:21, 121:9, 126:15, 130:15, 130:18, 130:22, 131:1, 131:7

**registered** [1] - 12:5

**Registered** [2] - 1:14, 135:4

**registers** [1] - 120:10

**related** [6] - 30:23, 35:4, 39:23, 40:10, 119:15, 121:18

**relates** [3] - 62:15, 127:23, 128:14

**relation** [1] - 132:5

**relevant** [1] - 128:11

**rely** [1] - 116:2

**remember** [17] - 19:13, 20:17, 25:7, 49:5, 52:16, 57:7, 57:15, 66:5, 66:8, 84:22, 84:23, 84:24, 93:3, 93:4, 100:22, 110:18, 122:4

**renew** [1] - 127:11

**replaced** [2] - 32:5, 34:8

**REPORT** [2] - 3:15, 4:8

**report** [6] - 11:23, 29:3, 35:16, 50:1, 99:14, 125:17

**Report** [1] - 29:4

**reported** [3] - 71:1, 98:9, 135:6

**Reporter** [4] - 1:14, 1:15, 135:4, 135:4

**REPORTER** [3] - 134:2, 136:1, 137:1

**reporter** [3] - 6:10, 8:16, 133:16

**reports** [1] - 36:8

**representation** [1] - 127:4

**request** [4] - 26:3, 33:18, 33:22, 123:1

**REQUEST** [3] - 3:13, 3:22, 4:3

**requests** [5] - 26:13, 33:11, 34:17, 36:10, 39:11

**required** [1] - 125:14

**reserve** [2] - 127:11, 133:22

**residence** [1] - 7:8

**resignation** [1] - 15:5

**resolution** [3] - 15:2, 15:16, 15:19

**respect** [3] - 26:21, 31:9, 110:6

**respond** [1] - 36:9

**responding** [1] - 83:16

**RESPONSE** [1] - 3:12

**response** [6] - 26:3, 33:10, 33:17, 33:22, 51:15, 51:17

**RESPONSES** [2] - 3:21, 4:3

**responses** [3] - 26:13, 26:16, 39:11

**responsible** [2] - 97:14, 97:16

**responsive** [2] - 21:24, 34:16

**rest** [1] - 120:2

**restate** [1] - 8:6

**restated** [1] - 107:17

**Restaurant** [5] - 14:7, 14:24, 15:11, 28:7, 35:5

**restaurant** [100] - 10:2, 10:7, 10:18, 12:19, 14:2, 14:9, 14:12, 14:19, 16:11, 18:18, 18:20, 18:23, 19:15, 23:6, 24:4, 24:6, 30:20, 41:11, 42:6, 42:7, 42:13, 43:1, 43:10, 43:16, 43:22, 44:7, 45:13, 45:17, 45:21, 46:3, 46:7, 47:11, 48:10, 48:14, 48:16, 48:23, 49:7, 52:13, 54:4, 54:22, 55:11, 55:20, 57:3, 57:12, 58:10, 59:24, 61:9, 62:19, 63:9, 63:12, 64:20, 64:24, 65:22, 66:2, 66:4, 66:23, 71:7, 72:23, 73:11, 73:16, 73:19, 74:11, 74:14, 74:20, 75:23, 76:8, 79:13, 80:4, 80:17, 82:4, 82:6, 82:15, 82:24, 83:4, 84:6, 84:18, 86:8, 86:11, 86:13, 86:15, 94:1, 95:5, 97:3, 97:21,

98:10, 99:6, 100:8, 100:15, 100:19, 101:16, 104:17, 105:9, 105:17, 105:20, 120:10, 121:19, 132:1, 132:4, 132:6, 132:24

**restaurant 's** [2] - 28:8, 31:23

**restaurants** [1] - 127:23

**retired** [2] - 49:2, 63:13

**return** [13] - 103:21, 104:1, 104:2, 104:4, 107:5, 109:11, 110:3, 110:6, 110:24, 112:24, 114:8, 115:9, 120:4

**RETURN** [1] - 4:6

**returns** [20] - 36:19, 36:20, 36:23, 103:15, 104:8, 104:18, 104:23, 105:15, 106:9, 107:13, 108:5, 108:16, 109:1, 118:18, 119:12, 120:1, 122:7, 122:12, 127:7, 128:21

**revenue** [29] - 71:7, 72:5, 85:18, 86:15, 97:23, 98:10, 99:5, 99:12, 99:15, 99:17, 103:24, 104:16, 104:23, 104:24, 105:9, 105:14, 105:17, 106:8, 107:4, 108:11, 108:16, 108:19, 108:24, 111:10, 128:16, 128:19, 128:20, 128:22, 130:20

**Revenue** [1] - 106:17

**revenues** [1] - 131:8

**review** [1] - 133:18

**revived** [2] - 120:3, 127:9

**rewarm** [1] - 68:10

**Rewarm** [1] - 68:11

**rewarmed** [2] - 78:16, 78:18

**Rich** [11] - 11:17, 31:4, 87:21, 101:12, 102:1, 115:22, 116:7, 118:16, 124:18, 127:13, 128:19

**Richard** [4] - 39:7, 107:23, 117:19, 118:22

**RICHARD** [1] - 2:9

**richard .miller @ millerlawfirm .org** [1] - 2:12

**right -hand** [1] - 91:12

**RO** [1] - 67:15

**Rogelio** [23] - 51:22, 54:20, 55:9, 67:6, 67:17, 71:7, 71:15, 71:18, 72:18, 73:6, 75:8, 75:19, 78:24, 98:1, 98:4, 105:8, 105:18, 107:3, 108:15, 108:24, 112:12, 112:18, 113:19

**Rogelio 's** [3] - 72:7, 115:3, 117:7

**Rogilio** [2] - 52:2, 70:13

**room** [4] - 23:5, 60:22, 60:24, 128:4

**roster** [1] - 76:8

**RPR** [2] - 5:3, 135:19

**RULE** [1] - 3:10

**RULES** [1] - 3:18

**rules** [1] - 6:6

**Rules** [1] - 1:15

**running** [1] - 12:20

## S

**S-a-h-e-r** [1] - 65:24

**safe** [4] - 98:15, 98:19, 98:20, 99:1

**safekeeping** [1] - 99:1

**Saher** [1] - 65:24

**salaries** [1] - 111:15

**salary** [1] - 65:12

**sale** [7] - 15:8, 15:10, 15:13, 17:21, 18:6, 18:7, 58:24

**sales** [10] - 36:19, 36:20, 104:18, 107:1, 108:9, 110:24, 122:12, 125:20, 126:2, 126:20

**SALES** [1] - 4:9

**Sales** [1] - 106:16

**Salim** [48] - 22:6, 22:7, 22:18, 24:11, 24:13, 24:23, 30:12, 34:24, 36:12, 39:23, 40:20, 47:1, 47:16, 47:17, 47:24, 48:13, 48:22, 49:22, 50:7, 51:22, 51:23, 54:9, 54:14, 57:17, 58:2,

60:3, 62:4, 63:2, 65:8, 65:10, 65:18, 68:17, 70:12, 73:1, 79:11, 84:1, 84:13, 85:16, 96:1, 96:7, 97:24, 98:23, 99:14, 123:20, 123:21, 127:20, 128:3

**Salim's** [1] - 90:14

**sample** [2] - 123:13, 125:21

**Samsung** [1] - 9:14

**Saturday** [1] - 41:22

**save** [2] - 20:22, 77:11

**saved** [2] - 61:16, 77:4

**saw** [6] - 31:16, 39:9, 58:22, 70:18, 96:14, 121:21

**Schaumburg** [1] - 2:11

**schedule** [5] - 37:19, 47:7, 57:22, 69:10, 97:15

**school** [1] - 88:15

**scope** [1] - 53:22

**scrap** [1] - 130:6

**seal** [1] - 135:16

**search** [6] - 22:1, 22:9, 22:17, 34:23, 35:12, 127:20

**SEARCH/ CERTIFICATE** [1] - 3:9

**searched** [2] - 22:5, 22:12

**searching** [2] - 22:3, 22:11

**season's** [1] - 38:9

**seasonal** [1] - 38:7

**seasonally** [1] - 42:16

**second** [13] - 13:8, 13:16, 17:9, 17:10, 17:11, 33:5, 33:10, 33:16, 33:17, 33:20, 33:21, 48:18, 51:14

**SECOND** [2] - 3:19, 3:21

**Secretary** [6] - 11:7, 11:8, 11:22, 15:14, 16:6, 35:16

**secretary** [1] - 12:12

**security** [1] - 101:17

**see** [20] - 12:10, 12:11, 21:16, 32:21, 41:20, 58:24, 68:4, 72:10, 72:14, 91:15, 94:10, 94:16, 95:8, 98:9, 98:12, 99:9,

102:22, 111:15, 126:22, 132:17

**See** [4] - 91:21, 91:24, 92:4, 92:10

**Seeger** [1] - 108:22

**seeing** [2] - 84:22, 92:4

**self** [1] - 118:15

**self-incrimination** [1] - 118:15

**sell** [6] - 16:10, 16:16, 17:1, 18:14, 103:2, 130:6

**selling** [1] - 48:23

**sent** [2] - 36:16, 36:18

**sentence** [2] - 34:3, 102:20

**September** [7] - 13:12, 30:2, 30:6, 35:17, 49:4, 103:3, 103:6

**serious** [2] - 108:2, 115:23

**serve** [1] - 21:12

**served** [2] - 39:13, 55:16

**set** [8] - 26:22, 37:19, 47:7, 47:10, 109:21, 135:8, 135:15, 137:9

**Seven** [1] - 44:11

**seven** [3] - 42:13, 101:20, 120:24

**several** [4] - 38:17, 69:1, 107:18, 122:19

**Shaikh** [8] - 51:22, 52:3, 52:4, 52:14, 54:12, 57:2, 58:14, 62:6

**Shaikh 's** [1] - 62:13

**SHEET** [1] - 136:3

**sheet** [6] - 30:9, 58:18, 87:24, 126:3, 126:20, 126:22

**sheets** [3] - 125:20, 126:6, 126:24

**shift** [2] - 58:5, 99:5

**shifts** [3] - 38:3, 63:23, 85:9

**short** [6] - 38:4, 51:11, 67:17, 101:14, 119:7, 120:6

**short-circuited** [1] - 120:6

**Shorthand** [2] - 1:14, 135:4

**shortly** [1] - 83:4

**shoveled** [1] - 97:19

**show** [7] - 11:14, 19:15, 19:19, 94:5,

94:6, 123:13

**Show** [2] - 91:13, 117:1

**showed** [4] - 49:24, 58:19, 72:14, 93:22

**showing** [3] - 15:2, 15:17, 15:22

**shows** [1] - 16:6

**shut** [1] - 43:22

**sic]** [1] - 126:10

**side** [3] - 92:4, 92:8, 92:10

**sign** [1] - 101:1

**signature** [4] - 21:13, 27:4, 126:3, 135:13

**SIGNATURE :_____**

**_____**

**_DATE** [1] - 136:23

**signed** [7] - 15:21, 17:21, 17:24, 21:6, 27:6, 101:3, 102:13

**Signed** [1] - 137:12

**signing** [3] - 33:22, 102:11, 123:19

**similar** [2] - 90:19, 132:1

**Similarly** [2] - 87:3, 123:2

**simple** [2] - 105:13, 130:22

**site** [3] - 98:15, 121:2, 121:3

**six** [3] - 55:10, 57:4, 73:6

**Sixteen** [1] - 88:13

**size** [1] - 23:15

**skip** [2] - 40:12, 87:20

**SKLAR** [4] - 1:14, 135:4, 136:1, 137:1

**Sklar** [2] - 5:3, 135:19

**slightly** [1] - 49:3

**slip** [2] - 5:21

**slips** [1] - 98:12

**slow** [1] - 38:8

**snow** [1] - 97:19

**soda** [3] - 23:5, 60:24, 128:4

**software** [1] - 120:21

**sold** [18] - 16:9, 16:11, 16:17, 16:18, 19:12, 45:18, 45:19, 45:20, 46:18, 48:8, 48:11, 48:17, 57:9, 57:11, 61:9, 63:15, 63:16

**sole** [2] - 10:14, 10:17

**solely** [1] - 83:23

**someone** [3] - 55:5, 89:14, 93:22

**sometime** [3] - 16:22, 30:5, 103:3

**Sometimes** [1] - 46:1

**sometimes** [2] - 46:1, 94:6

**somewhere** [2] - 61:12, 81:19

**sorry** [21] - 8:5, 13:3, 14:11, 17:5, 17:11, 19:9, 32:20, 37:9, 39:12, 43:18, 59:8, 60:23, 63:3, 64:5, 67:23, 82:5, 85:20, 97:6, 98:7, 110:14, 126:6

**Sorry** [1] - 13:9

**sort** [1] - 15:6

**sounds** [3] - 44:22, 45:11, 68:24

**source** [4] - 85:23, 86:3, 86:8, 86:14

**sources** [2] - 113:23, 114:2

**speaking** [1] - 50:21

**specifically** [1] - 105:7

**speculate** [2] - 64:15, 86:7

**speculation** [1] - 76:4

**spell** [3] - 5:15, 67:8, 88:10

**spelled** [1] - 67:13

**spelling** [1] - 67:8

**spellings** [1] - 133:20

**spend** [1] - 45:24

**spoken** [1] - 50:16

**spreadsheet** [1] - 129:10

**squiggly** [1] - 91:23

**SS** [1] - 135:1

**staff** [8] - 54:3, 55:18, 60:6, 75:20, 78:14, 78:16, 78:19, 78:23

**staffed** [1] - 79:3

**stamped** [4] - 39:6, 39:7, 93:11, 93:12

**stand** [1] - 23:16

**standard** [1] - 93:19

**STANDING** [1] - 3:10

**stands** [1] - 30:14

**start** [11] - 18:11, 63:18, 72:15, 79:23, 81:10, 81:12, 83:4, 92:4, 94:4, 94:7, 109:7

**started** [5] - 30:21, 57:2, 79:20, 79:21, 79:22

**Starting** [1] - 91:18

**STATE** [2] - 4:8, 135:1

**State** [11] - 5:4, 11:7, 11:8, 11:22, 15:14, 16:7, 29:4, 29:8, 35:16, 62:14, 125:17

**state** [10] - 5:15, 6:13, 6:17, 8:23, 28:6, 36:23, 51:21, 71:1, 83:14, 109:21

**statement** [6] - 34:13, 108:16, 108:24, 111:14, 116:7, 128:18

**STATEMENT** [1] - 4:10

**statements** [10] - 110:12, 110:15, 110:16, 110:17, 110:21, 123:2, 123:5, 123:8, 123:12, 125:15

**STATES** [1] - 1:1

**stating** [1] - 107:22

**station** [8] - 37:6, 37:7, 37:8, 37:12, 37:13, 37:16, 37:21, 38:19

**stenographically** [1] - 135:6

**stick** [1] - 59:21

**still** [19] - 10:12, 12:18, 12:22, 14:16, 16:1, 16:3, 16:5, 16:7, 31:24, 34:5, 48:5, 48:13, 55:11, 61:1, 103:8, 105:16, 108:19, 121:2, 123:6

**stop** [5] - 14:15, 48:10, 48:16, 63:12, 72:15

**stopped** [8] - 14:19, 14:20, 48:18, 48:22, 57:12, 68:20, 80:15, 82:11

**stored** [1] - 61:12

**storefront** [1] - 80:21

**strike** [3] - 16:2, 104:6, 129:5

**stuff** [2] - 19:21, 77:9

**Subject** [1] - 137:9

**submitted** [1] - 29:7

**SUBSCRIBED** [1] - 137:18

**subset** [1] - 59:9

**substantive** [1] - 133:19

**Suite** [4] - 1:18, 2:4, 2:10, 135:7
**summary** [4] - 118:1, 118:2, 119:10, 127:4
**summer** [3] - 18:12, 57:14, 130:6
**summertime** [1] - 52:11
**Sunday** [2] - 41:20, 95:19
**sunset** [1] - 43:7
**supervisor** [1] - 42:9
**SUPPLEMENTAL** [4] - 3:19, 3:21, 3:23, 4:3
**supplemental** [10] - 33:6, 33:10, 33:16, 33:17, 33:21, 33:22, 38:23, 39:10, 39:11, 51:14
**supposed** [2] - 20:14, 125:12
**SUPREME** [1] - 3:18
**swear** [1] - 112:23
**swearing** [2] - 103:19, 104:7
**sworn** [4] - 5:6, 5:9, 108:3, 135:9
**SWORN** [1] - 137:18
**system** [3] - 59:1, 130:24

### T

**table** [1] - 79:16
**tables** [3] - 79:13, 79:16, 79:17
**TAKEN** [2] - 136:2, 137:2
**takeout** [1] - 131:12
**Talisman** [3] - 63:2, 63:4, 63:5
**tally** [3] - 99:4, 99:5
**tangible** [1] - 22:1
**tax** [32] - 36:19, 36:20, 103:15, 103:21, 104:1, 104:2, 104:4, 104:8, 104:18, 104:23, 105:15, 106:9, 106:16, 107:1, 107:5, 107:13, 108:5, 108:16, 109:1, 109:11, 109:23, 110:3, 110:6, 110:24, 114:8, 115:9, 120:1, 122:7, 122:12, 126:9, 127:7
**TAX** [1] - 4:6
**telephone** [1] - 41:6
**Ten** [1] - 31:20

**ten** [3] - 5:19, 9:8, 31:20
**tender** [1] - 15:5
**tendered** [2] - 102:6, 108:3
**term** [2] - 73:15, 83:12
**testified** [8] - 5:10, 43:24, 47:10, 52:22, 95:4, 127:19, 128:2, 131:24
**testimony** [2] - 105:24, 108:22
**THE** [17] - 1:1, 1:1, 2:9, 8:17, 26:7, 64:17, 75:16, 76:6, 87:15, 91:9, 91:15, 119:19, 119:22, 124:23, 125:2, 131:19, 134:2
**thereafter** [1] - 135:6
**therefore** [1] - 115:8
**Therefore** [1] - 117:9
**Thereupon** [1] - 5:7
**third** [16] - 13:9, 13:10, 13:20, 14:3, 16:22, 20:3, 30:1, 31:15, 48:19, 48:21, 49:4, 50:1, 50:4, 57:6, 61:8, 63:13
**Third** [1] - 14:17
**third-quarter** [1] - 50:1
**this_____day** [1] - 137:18
**three** [16] - 7:3, 9:15, 46:1, 51:8, 51:17, 53:6, 53:17, 83:15, 93:4, 93:20, 93:21, 93:23, 100:16, 109:8, 120:13, 122:8
**three-year** [1] - 83:15
**threw** [9] - 61:14, 61:24, 62:5, 76:15, 77:7, 77:9, 95:5, 128:3, 128:10
**throw** [2] - 62:1, 62:4
**thrown** [7] - 61:3, 61:11, 61:18, 61:21, 76:18, 76:22, 128:7
**Thursday** [1] - 41:21
**Thursdays** [3] - 42:23, 42:24, 43:2
**Tim** [1] - 5:13
**timecard** [6] - 66:9, 72:10, 72:12, 76:11, 76:17, 93:13
**timecards** [30] - 4:5, 25:5, 59:3, 59:5, 59:8, 59:13, 59:17, 59:18, 60:2, 60:6, 60:16,

60:20, 61:19, 76:13, 77:5, 88:21, 89:3, 89:6, 89:15, 90:16, 91:20, 93:9, 94:10, 94:21, 95:8, 95:10, 95:13, 96:17, 129:10, 130:13
**Timecards** [1] - 61:11
**timeframe** [6] - 41:1, 48:24, 52:10, 55:17, 66:6, 69:9
**timesheet** [1] - 58:17
**timesheets** [2] - 58:13, 58:16
**TIMOTHY** [1] - 2:3
**tip** [4] - 96:14, 96:16, 96:20, 96:24
**tips** [2] - 96:4, 96:11
**title** [3] - 42:5, 42:10, 50:7
**tnolan @ nolanwagelaw .com** [1] - 2:6
**TO** [12] - 3:11, 3:12, 3:13, 3:14, 3:16, 3:20, 3:21, 3:22, 3:23, 4:3, 4:3, 137:18
**today** [5] - 10:12, 12:18, 26:17, 34:20, 131:7
**together** [3] - 47:21, 51:8, 56:20
**took** [2] - 49:15, 63:18
**top** [2] - 90:8, 116:19
**total** [2] - 111:11, 114:19
**tough** [1] - 115:18
**Touhy** [1] - 38:15
**toward** [1] - 19:8
**Toward** [1] - 19:10
**towards** [1] - 20:2
**Tower** [1] - 7:9
**trade** [1] - 112:4
**traditional** [1] - 59:21
**transcript** [3] - 133:18, 137:8, 137:11
**transfer** [3] - 15:17, 18:5, 35:9
**transferred** [2] - 15:23, 18:2
**translate** [1] - 51:4
**translator** [2] - 9:18, 9:21
**traveled** [1] - 73:10
**true** [6] - 29:11, 102:18, 112:17, 128:8, 135:11, 137:10

**truth** [4] - 113:3, 135:9, 135:10
**truthful** [13] - 26:14, 28:2, 34:19, 39:15, 102:14, 104:9, 106:9, 111:3, 111:8, 111:19, 112:21, 113:11, 116:22
**truthfully** [1] - 6:22
**try** [3] - 6:12, 27:9, 28:14
**trying** [1] - 60:15
**turn** [12] - 12:11, 21:15, 24:21, 25:1, 25:4, 28:4, 31:1, 31:14, 35:15, 39:21, 90:2, 92:7
**turned** [2] - 25:23, 26:9
**two** [6] - 13:24, 20:18, 33:24, 82:8, 120:13, 131:9
**Two** [1] - 7:11
**two-year** [1] - 20:18
**type** [3] - 15:8, 120:9, 133:17
**typewriting** [1] - 135:6
**typically** [1] - 38:2
**typing** [1] - 88:24
**typos** [1] - 133:19

### U

**U.S** [1] - 4:6
**Uber** [12] - 99:22, 99:24, 100:2, 100:8, 100:13, 100:16, 100:17, 100:20, 100:21, 101:1, 101:4, 101:9
**UI-3/40** [1] - 28:19
**unaware** [1] - 74:14
**uncle** [2] - 56:1, 56:11
**uncommon** [1] - 64:19
**under** [20] - 12:15, 12:23, 16:6, 21:12, 29:10, 42:8, 91:23, 103:14, 103:19, 103:23, 104:7, 106:22, 107:13, 108:3, 112:23, 116:21, 117:17, 118:13, 132:4, 135:6
**undersigned** [1] - 135:14
**understood** [6] - 6:7,

6:10, 6:18, 6:21, 6:22, 7:6
**unemployment** [1] - 115:16
**UNITED** [1] - 1:1
**Unless** [1] - 46:21
**unreliable** [1] - 113:9
**unreported** [1] - 71:3
**up** [20] - 7:17, 23:16, 38:9, 58:19, 88:24, 93:22, 94:5, 94:6, 101:1, 101:3, 102:22, 117:10, 119:14, 127:12, 127:14, 132:4, 132:10, 133:17, 133:24
**Urdu** [1] - 126:10
**utility** [1] - 121:16

### V

**vacant** [1] - 80:21
**validate** [1] - 108:4
**varies** [2] - 42:21, 42:22
**veracity** [1] - 103:20
**verbally** [1] - 84:2
**VERIFICATION** [2] - 3:14, 3:17
**verification** [7] - 26:22, 32:16, 32:17, 33:15, 33:23, 34:3, 108:3
**verified** [1] - 84:14
**verifying** [2] - 106:21, 107:12
**versus** [1] - 6:3
**visiting** [1] - 56:2
**vs** [2] - 1:7, 137:5

### W

**W-2** [1] - 62:23
**wage** [4] - 29:3, 47:5, 47:13, 50:11
**WAGE** [1] - 3:15
**Wage** [1] - 29:4
**wages** [42] - 49:17, 49:20, 49:23, 65:18, 66:13, 66:19, 69:15, 70:1, 70:5, 70:9, 70:21, 71:3, 71:16, 71:19, 71:24, 72:4, 72:18, 73:2, 85:6, 85:15, 85:17, 86:9, 86:14, 87:4, 104:24, 105:2, 105:8, 105:14, 105:18, 107:3, 107:4, 108:11, 108:15,

108:23, 111:15, 112:10, 113:19, 114:1, 114:24, 115:3, 115:4

**waiter** [2] - 57:19, 57:20

**waive** [1] - 133:20

**waived** [1] - 135:13

**wall** [4] - 54:22, 54:23, 54:24, 67:11

**washed** [2] - 97:5, 97:7

**week** [16] - 42:13, 44:11, 45:3, 45:7, 45:8, 45:23, 57:24, 63:20, 69:12, 72:22, 73:7, 73:8, 85:11, 130:10, 132:18

**weekly** [3] - 73:4, 99:5, 128:16

**weeks** [1] - 7:21

**West** [3] - 1:18, 2:4, 135:7

**Western** [1] - 38:15

**Wheeling** [2] - 38:20, 38:21

**WHEREOF** [1] - 135:15

**whole** [1] - 135:9

**wife** [4] - 66:1, 66:2, 66:12, 74:19

**windows** [1] - 97:16

**winter** [2] - 38:7, 42:18

**wishes** [1] - 6:16

**WITH** [1] - 3:18

**withdraw** [4] - 117:22, 118:7, 118:24, 119:9

**withdrawal** [2] - 119:23, 133:12

**withdrawn** [2] - 127:5, 128:22

**WITNESS** [16] - 3:2, 8:17, 26:7, 64:17, 75:16, 76:6, 87:15, 91:9, 91:15, 119:19, 119:22, 124:23, 125:2, 131:19, 135:15, 137:4

**witness** [6] - 108:4, 118:10, 135:5, 135:9, 135:12, 135:13

**Witness** [2] - 5:6, 134:6

**woman** [1] - 74:16

**word** [2] - 17:9, 131:3

**words** [2] - 98:19, 121:15

**works** [3] - 48:13, 64:6, 133:16

**worth** [1] - 34:6

**write** [2] - 58:18, 133:24

**writing** [4] - 31:17, 67:9, 90:11, 90:19

**written** [10] - 15:5, 18:8, 54:22, 54:23, 54:24, 90:9, 91:20, 92:16, 92:19, 93:17

**wrote** [2] - 91:6, 92:12

## Y

**year** [25] - 9:12, 14:17, 18:24, 19:2, 19:8, 19:10, 20:3, 20:15, 20:18, 42:22, 48:19, 48:21, 52:9, 61:4, 61:6, 61:11, 67:2, 82:4, 82:6, 82:7, 83:15, 109:23, 129:24, 131:9

**Year's** [3] - 43:17, 43:19, 43:20

**years** [32] - 5:19, 7:11, 9:8, 37:22, 37:23, 38:17, 41:13, 41:17, 45:14, 52:16, 55:24, 56:2, 57:4, 66:5, 69:1, 69:3, 78:3, 79:20, 82:8, 84:23, 93:4, 100:10, 100:13, 100:16, 101:20, 101:22, 103:16, 120:24, 121:1, 122:8, 131:9, 131:13

**yourself** [1] - 93:1

## Z

**ZAVALA** [3] - 1:4, 1:5, 137:5

**Zavala** [20] - 6:3, 7:21, 8:4, 9:15, 9:20, 79:18, 82:15, 86:18, 89:14, 95:8, 95:11, 95:14, 95:16, 105:8, 105:18, 107:4, 108:15, 108:24, 112:12, 113:19

**Zavala's** [3] - 97:2, 114:24, 117:1

**ZAVALA-ALVAREZ** [2] - 1:4, 137:5

**Zavala-Alvarez** [1] - 6:3

**zero** [1] - 28:14

**zeroing** [1] - 30:4